B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Southern District of New York | | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SIGA TECHNOLOGIES, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**13-3864870** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. and Street, City, and State):<br>**660 Madison Avenue, Suite 1700, New York, New York**<br>ZIP CODE **10065** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**N/A**<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: **New York County** | County of Residence or of the Principal Place of Business: **N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A**    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below). _____

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other **Biotechnology / Pharmaceutical**

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million[1] | $500,000,001 to $1 billion | More than $1 billion |

---

[1] The Debtor's estimated liabilities include, among other things, disputed claims.

WEIL:\95076297\7\99980.0025

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **SIGA TECHNOLOGIES, INC.** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) ||||
|---|---|---|---|
| Location Where Filed: **N/A** || Case Number: **N/A** | Date Filed: **N/A** |
| Location Where Filed: **N/A** || Case Number: **N/A** | Date Filed: **N/A** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) ||||
| Name of Debtor: **N/A** || Case Number: **N/A** | Date Filed: **N/A** |
| District: **N/A** || Relationship: **N/A** | Judge: **N/A** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11). | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☒ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor Venue**
(Check any applicable box).

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes).

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord than obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **SIGA TECHNOLOGIES, INC.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X_____ Signature of Debtor X_____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X_____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X /s/ Stephen Karotkin Signature of Attorney for Debtor(s) Stephen Karotkin Printed Name of Attorney for Debtor(s) Weil, Gotshal & Manges LLP Firm Name 767 Fifth Avenue Address New York, New York 10153 (212) 310-8000 Telephone Number September 16, 2014 Date * In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X_____ Signature _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Name and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.* 11 U.S.C. § 110; 18 U.S.C. § 156. |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States States Code, specified in this petition. X /s/ Daniel J. Luckshire Signature of Authorized Individual Daniel J. Luckshire Printed Name of Authorized Individual Executive Vice President and Chief Financial Officer Title of Authorized Individual September 16, 2014 Date | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
**SIGA TECHNOLOGIES, INC.,** : 14-_____ (___)
:
**Debtor.** :
:
-----------------------------------------------------------------x

### EXHIBIT "A" TO VOLUNTARY PETITION

1.   The debtor's securities are registered under Section 12 of the Securities and Exchange Act of 1934, and the SEC file number is 0001010086.

2.   The following financial data is the latest available information and refers to the debtor's condition on June 30, 2014.

|   |   |   |
|---|---|---|
| a. | Total assets | $209,471,589 |
| b. | Total debts (including debts listed in 2.c., below) | $197,902,884 |
| c. | Debt securities held by more than 500 holders. | N/A |
| d. | Number of shares of preferred stock | 0 |
| e. | Number of shares of common stock | approximately 53,500,000 shares outstanding as of June 30, 2014 |

3.   Brief description of debtor's business: SIGA Technologies, Inc. is a biotech/pharmaceutical company specializing in the development and commercialization of solutions for serious unmet medical needs and biothreats.  The Company's lead product is Tecovirimat, also known as ST−246®, an orally administered antiviral drug that targets orthopoxviruses.  Tecovirimat is a novel small−molecule drug that is being delivered to the U.S. Strategic National Stockpile under the Project BioShield Act of 2004.

4.   List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  To the best of the Debtor's knowledge and belief, based on publicly filed disclosures, as of August 31, 2014, the following entities directly or indirectly own, control, or hold 5% or more of the voting securities of the Debtor: MacAndrews & Forbes Holdings Inc. (approximately 25%) and Jet Capital Investors, LP (approximately 7%).

# SIGA TECHNOLOGIES, INC.

## CERTIFICATE OF RESOLUTIONS

I, Daniel J. Luckshire, solely in my capacity as Secretary of SIGA Technologies, Inc. (the "**Corporation**"), and not in an individual capacity, hereby certify that the following resolutions were duly adopted at a special meeting of the Board of Directors of the Corporation held on September 15, 2014 in accordance with the requirements of the Delaware General Corporation Law and the Corporation's charter and bylaws, that the attached resolutions are true, complete, and correct as they appear, and that these resolutions have not been modified, amended, or rescinded and are still in full force and effect on this date:

Commencement of Chapter 11 Case

RESOLVED, that in the judgment of the Board of Directors of the Corporation, it is desirable and in the best interests of the Corporation and its creditors, employees, shareholders and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

RESOLVED, that the Chairman, the Chief Executive Officer, the President, the General Counsel, the Chief Financial Officer, any other Executive or Senior Vice President, any Vice President (however designated), the Controller, the Treasurer, the Secretary, any Assistant Secretary, and any other person designated and so authorized to act (each, an "**Authorized Officer**") of the Corporation is hereby authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") at such time as any of the Authorized Officer shall determine;

Retention of Advisors

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 is hereby employed as attorneys for the Corporation in the Corporation's chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that the firm of Prime Clerk LLC, 830 Third Avenue, 9th floor, New York, New York 10022 is hereby employed as claims and noticing agent for the Corporation in the Corporation's chapter 11 case, subject to Bankruptcy Court approval;

RESOLVED, that any Authorized Officer is hereby authorized, empowered, and directed to execute and file in the Corporation's chapter 11 case, all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Corporation's chapter 11 case;

General Authorization and Ratification

RESOLVED, that any Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the Corporation's chapter 11 case; and

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer or the directors of the Corporation in the name and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, I have hereunto set my hand this 15th day of September, 2014.

_____
Signature
Name: Daniel J. Luckshire

Title: Executive Vice President and Chief Financial Officer, and Secretary

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re**                                                    :    **Chapter 11 Case No.**
                                                             :
**SIGA TECHNOLOGIES, INC.,**                                 :    **14-_____ (\_\_\_)**
                                                             :
                              **Debtor.**                    :
                                                             :
-------------------------------------------------------------x

# LIST OF CREDITORS
# HOLDING 20 LARGEST UNSECURED CLAIMS[1]

The following is a list of creditors holding the twenty (20) largest unsecured claims against the above-captioned Debtor (the "**Debtor**"). This list has been prepared from the unaudited books and records of the Debtor and reflects amounts as of September 15, 2014. The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure and Rule 1007-1 of the Local Rules of Bankruptcy Procedure and does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (b) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

---

[1] This list excludes any creditors that may have claims on the basis of payroll, benefits, or accrued vacation.

| Name of Creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | Estimated amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| ALBEMARLE CORPORATION | Albemarle Corporation<br>Attn.: Julie Risdon<br>1421 Kalamazoo Street<br>South Haven, MI 49090<br>Tel:  (269) 639-0113<br>Fax: (269) 637-8410<br>E-mail: julie.risdon@albemarle.com | Trade Claim | | $2,762,753.35 |
| COOLEY LLP | Cooley LLP<br>Attn.: William Schwartz<br>1114 Avenue of the Americas<br>New York, NY 10036-7798<br>Tel:  (212) 479-6290<br>Fax: (212) 479-6275<br>E-mail: wschwartz@cooley.com<br>         kguernsey@cooley.com | Legal Services | | $158,902.53 |
| BINGHAM MCCUTCHEN LLP | Bingham McCutchen<br>Attn.: Alphonso Tsinijinni<br>         David O. Johanson<br>One Federal Street<br>Boston, MA 02110-1726<br>Tel:  (617) 951-8161; (617) 951-8304<br>Fax: (617)-951-8736; (617) 951-8736<br>E-mail: al.tsinijinni@bingham.com<br>         david.johanson@bingham.com | Legal Services | | $54,009.24 |
| CATALENT PHARMA SOLUTIONS | Catalent Pharma Solutions<br>Attn.: Jaspreet Jabbal<br>         Lisa Marsicano<br>14 Schoolhouse Road<br>Somerset, NJ 08873<br>Tel:  (859) 745-2200<br>        (877) 321-9388 Ext. 4694<br>Fax:  (859) 745-6636<br>E-mail:  jaspreet.jabbal@catalent.com<br>            lisa.marsicano@catalent-ssc.com | Trade Claim | | $52,426.00 |
| PATHEON MANUFACTURING SERVICES, LLC | Patheon Manufacturing Services, LLC<br>Attn.:  Kaye Byrd<br>5900 Martin Luther King Jr. Hwy.<br>Greenville, NC 27834<br>Tel: (866) 458-9336<br>Fax: (919) 474-2269<br>E-mail: sfsc.usa@dsm.com<br>         kaye.byrd@Patheon.com | Trade Claim | | $40,700.00 |

---

[2]  All claims are subject to customary offsets, rebates, discounts, reconciliations, credits, and adjustments, which are not reflected on this Schedule.

2

| *Name of Creditor* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2]* | *Estimated amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| SENOPSYS LLC | Senopsys LLC<br>Attn.: Jeff Worthington<br>800 West Cumming Park, Suite 1500<br>Woburn, MA 01801<br>Tel: (781) 935-7450<br>E-mail: jeff.worthington@senopsys.com | Trade Claim | | $28,275.00 |
| COVANCE LABS | Covance Labs<br>Attn.: Judy Bieri<br>3301 Kinsman Blvd.<br>Madison, WI 53704<br>Tel: (608) 241-7201<br>Fax: (608) 242-7942<br>E-mail: judy.bieri@covance.com | Trade Claim | | $19,452.00 |
| KCSA STRATEGIC COMMUNICATIONS | KCSA Strategic Communications<br>Attn.: Joseph Septon<br>        Christopher Harrison<br>880 Third Avenue – 6th Floor<br>New York, NY 10022<br>Tel: (212) 682-6300<br>Fax: (212) 697-0910<br>E-mail: jsepton@kcsa.com<br>        charrison@kcsa.com | Consulting Services | | $14,153.72 |
| JENNER & BLOCK LLP | Jenner & Block LLP<br>Attn.: Jay DeVecchio<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, D.C. 20001<br>Tel: (202) 639-6893<br>Fax: (202) 639-6000<br>E-mail: jdevecchio@jenner.com | Legal Services | | $12,759.62 |
| POLIT BUREAU | Polit Bureau<br>Attn.: Peter Tulkens<br>Diamant Building<br>80, A. Reyerslaan<br>1030 Brussels<br>Belgium<br>Tel: +32 (0) 2 706 81 77<br>Fax: +32 1168 3616<br>E-mail: peter.tulkens@politbureau.be | Consulting Services | | $12,000.00 |
| M.L. CORRADO CONSULTING | M.L. Corrado MD<br>Attn.: Michael Corrado<br>1309 Seven Corner Road<br>Perkasie, PA 18944<br>Tel: (267) 373-7471<br>E-mail: mlcorrado4444@yahoo.com | Consulting Services | | $10,281.41 |

WEIL:\95077523\11\99980.0025

| *Name of Creditor* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2]* | *Estimated amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| FISHNET SECURITY, INC. | Fishnet Security, Inc. <br> Attn.: Janet Ashcraft <br> 3701 Solutions Center <br> Chicago, IL 60677-3007 <br> Tel: (816) 421-6611 <br>     (816) 556-3501 <br> Fax: (816) 421-6677 <br> E-mail: janet.ashcraft@fishnetsecurity.com | Trade Claim | | $7,487.50 |
| MARION WEINREB & ASSOCIATES, INC. | Marion Weinreb & Associates, Inc. <br> Attn.: Marion Weinreb <br> 58 Vista Del Sol <br> Mill Valley, CA 94941 <br> Tel: (415) 388-1695 <br> Fax: (415) 634-1767 <br> E-mail: marion@gxpsrus.com | Consulting Services | | $7,000.00 |
| FORMUREX INC. | Formurex Inc. <br> Attn.: Sunny Sun <br> 2470 North Wilcox Road <br> Stockton, CA 95215 <br> Tel: (209) 931-2040 <br> Fax: (209) 931-2177 <br> E-mail: ssun@formurex.com | Trade Claim | | $6,752.20 |
| CONTROL SOLUTIONS INTL. | Control Solutions Intl. <br> Attn.: Kathi Loftus <br> Attn: Accounts Receivable <br> P.O. Box 75343 <br> Chicago, IL 60675-5343 <br> Tel: (888) 902-8348 Ext. 8064 <br> Fax: (781) 998-0214 <br> E-mail: kloftus@controlsolutions.com | Consulting Services | | $6,600.00 |
| JEFFREY HINCKS | Jeffrey R. Hincks <br> Attn.: Jeffrey R. Hincks <br> 230 Balmoral Court <br> Chester Springs, PA 19425 <br> Tel: (610) 216-2407 <br> E-mail: hincksj@aol.com | Consulting Services | | $6,480.00 |
| RICERCA BIOSCIENCES, LLC | Ricerca Biosciences, LLC <br> Attn.: Lori Sedilko <br> 7528 Auburn Road <br> Concord, Ohio 44077 <br> Tel: (440) 357-3512 <br>     (888) 742-3722 <br> Fax: (440) 354-6276 <br> E-mail: lori.sedilko@ricerca.com | Trade Claim | | $5,910.00 |

WEIL:\95077523\11\99980.0025

| *Name of Creditor* | *Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2]* | *Estimated amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| BEND RESEARCH | Bend Research<br>Attn.: Mary Heller<br>64550 Research Road<br>Bend, OR 97701<br>Tel: (541) 382-4100<br>        (541) 706-8309<br>Fax: (541) 382-2713<br>E-mail: mary.heller@bendresearch.com | Trade Claim | | $5,500.00 |
| COMPENSATION ADVISORY PARTNERS, LLC | Compensation Advisory Partners, LLC<br>Attn: Ilana Kanzas<br>1133 Avenue of the Americas, 36th Floor<br>New York, NY 10036<br>Tel: (212)-921-9361<br>Fax: (212)-921-9227<br>E-mail: ilana.kanzas@capartners.com | Consulting Services | | $4,737.50 |
| PHARMATHENE, INC. | PharmAthene, Inc.<br>Attn.: Linda L. Chang<br>One Park Place, Suite #450<br>Annapolis, MD 21401<br>Tel: (410) 269-2600<br>Fax: (410) 269-2601<br>E-mail: linda.chang@pharmathene.com | Litigation | Unliquidated and Disputed | Unliquidated |

**DECLARATION UNDER PENALTY OF PERJURY:**

I, the undersigned authorized officer of the corporation named as Debtor in this case, declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: New York, New York
September 16, 2014

SIGA Technologies, Inc.
(for itself)

/s/ Daniel J. Luckshire
Name: Daniel J. Luckshire
Title: Executive Vice President and
Chief Financial Officer