UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
SIGA TECHNOLOGIES, INC.,                                   :    14-_____ (___)
                                                           :
                    Debtor.                                :
                                                           :
-----------------------------------------------------------x

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. BANKR. P. 1007(a)(1) AND LOCAL RULE OF BANKRUPTCY PROCEDURE 1007-3**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, SIGA Technologies, Inc. (the "**Debtor**"), respectfully represents:

- To the best of the Debtor's knowledge and belief, based on publicly filed disclosures, as of August 31, 2014, MacAndrews & Forbes Holdings Inc. directly or indirectly owns, controls, or holds 10% or more of the voting securities of the Debtor.

- As of August 31, 2014, the Debtor directly or indirectly holds an equity interest (approximately 10%) and other economic interests in Kineta Four, LLC, an entity that is seeking to develop an Anti−Arenavirus drug candidate.

Dated:  New York, New York
        September 16, 2014

                                        SIGA Technologies, Inc.
                                        (for itself)

                                        /s/ Daniel Luckshire
                                        Name:  Daniel Luckshire
                                        Title: Executive Vice President and
                                               Chief Financial Officer

**DECLARATION UNDER PENALTY OF PERJURY:**

    I, the undersigned authorized officer of the corporation named as Debtor in this case, declare under penalty of perjury that I have reviewed the foregoing Corporate Ownership Statement and that it is true and correct to the best of my information and belief.

Dated: New York, New York
    September 16, 2014

                SIGA Technologies, Inc.
                (for itself)

                /s/ Daniel Luckshire
                Name: Daniel Luckshire
                Title: Executive Vice President and
                    Chief Financial Officer