Harvey R. Miller
Stephen Karotkin
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                                      :
In re                                                       :        Chapter 11 Case No.
                                                        :
SIGA TECHNOLOGIES, INC.,        :        14-12623 (SHL)
                                                        :
                  Debtor.                      :
                                                        :
------------------------------------------------------------x

## NOTICE OF COMMENCEMENT OF
## CHAPTER 11 CASE AND FIRST-DAY HEARING

       **PLEASE TAKE NOTICE** that on September 16, 2014 (the "**Commencement Date**"), SIGA Technologies, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**")[1] filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

       **PLEASE TAKE FURTHER NOTICE** that a **hearing has been scheduled for September 17, 2014 at 10:00 a.m. (Eastern Time) before the Honorable Sean H. Lane, United States Bankruptcy Judge, One Bowling Green, Room 701, New York, New York 10004** (the "**Hearing**") and may be adjourned from time to time without further notice other than an announcement at the Hearing.

---

[1] The Debtor's Tax ID number is 13-3864870.

**PLEASE TAKE FURTHER NOTICE** that the Debtor will request the following relief at the Hearing:

**Procedural/Administrative Orders**

1. Order Pursuant to 11 U.S.C. §§ 105(a), 342(a), and 521(a)(1), Fed. R. Bankr. P. 1007(a) and 2002(a), (f), and (*l*), and Local Bankruptcy Rule 1007-1 and 5075-1 (I) Waiving Requirement to File List of Creditors and (II) Granting Debtor Authority to Establish Procedures for Notifying Creditors of Commencement of Debtor's Chapter 11 Case

2. Order Pursuant to Local Bankruptcy Rule 1007-2(e) Scheduling Initial Case Conference

3. Order Pursuant to 11 U.S.C. §§ 105(a) and 521, Fed. R. Bankr. P. 1007(c), and 2002(d), and Local Bankruptcy Rule 1007-1 (I) Extending Time to File Schedules of Assets and Liabilities, Schedule of Executory Contracts and Unexpired Leases and Statement of Financial Affairs; and (II) Waiving Requirement to File List of Equity Security Holders and Provide Notice to Equity Security Holders

4. Order Pursuant to 11 U.S.C. §§ 363(c)(1) and 503(b)(1)(A) Granting Administrative Expense Status to Undisputed Obligations to Vendors Arising from Postpetition Delivery of Goods and Services Ordered Prepetition and Authorizing Debtors to Pay Such Obligations in Ordinary Course of Business

**Substantive Orders**

5. Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), and 364(a) and Fed. R. Bankr. P. 6003 and 6004 (A) Authorizing Debtor to (i) Continue Using Existing Cash Management System, (ii) Honor Certain Prepetition Obligations Related to the Use Thereof, and (iii) Maintain Existing Bank Accounts and Business Forms; and (B) Scheduling a Final Hearing

6. Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing (I) Payment of Prepetition Wages, Salaries, and Other Compensation and Benefits, (II) Maintenance of Employee Benefits Programs and Payment of Related Administrative Obligations, and (III) Applicable Banks and Other Financial Institutions to Receive, Process, Honor, and Pay All Checks Presented for Payment and to Honor All Fund Transfer Requests

7. Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) (i) Authorizing, But Not Directing, Debtor to Pay Prepetition Obligations of Critical Vendors, (ii) Authorizing and Directing Financial Institutions to Honor and Process Related Checks and Transfers, and (iii) Scheduling Final Hearing

8. Order Pursuant to 11 U.S.C. §§ 105 and 546(c) Establishing and Implementing Exclusive and Global Procedures for Treatment of Reclamation Claims

9. Order Pursuant to 11 U.S.C. §§ 105(a) and 503(b)(9) Establishing Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)

10. Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), and 503(b) (i) Authorizing, But Not Directing, Debtor to (a) Continue Its Insurance Programs and (b) Pay All Insurance Obligations, (ii) Modifying the Automatic Stay with Respect to Workers' Compensation Claims, and (iii) Authorizing and Directing Financial Institutions to Honor and Process Related Checks and Transfers

11. Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), and 541 (i) Authorizing, But Not Directing, Debtor to Pay Prepetition Taxes and Assessments, and (ii) Authorizing and Directing Financial Institutions to Honor and Process Related Checks and Transfers

12. Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment to Utilities, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service

**PLEASE TAKE FURTHER NOTICE** that the following documents have also been filed pursuant to the Local Bankruptcy Rules for the Southern District of New York or in connection with the relief requested:

13. Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1) and Local Rule of Bankruptcy Procedure 1007-3

14. Affidavit of Eric A. Rose Pursuant to Local Bankruptcy Rule 1007-2

**PLEASE TAKE FURTHER NOTICE** that a full set of the pleadings referenced above may be obtained by: (i) accessing (a) the website of the Bankruptcy Court at http://www.nysb.uscourts.gov, or (b) the website of the Debtor's proposed claims and noticing agent, Prime Clerk, at https://cases.primeclerk.com/SIGA, or (ii) visiting the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

Dated: New York, New York
September 16, 2014

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession