**K&L GATES LLP**
John A. Bicks
Eunice Rim Hudson
599 Lexington Avenue
New York, New York 10022
Tel: (212) 536-3906
Fax: (212) 536-3901

*Attorneys for PharmAthene, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------x
                              :
**In re**                     :  **Chapter 11**
                              :
**SIGA TECHNOLOGIES, INC.,**  :  **Case No. 14-12623 (SHL)**
                              :
**Debtor.**                   :
                              :
                              :
------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Charles A. Dale III, request admission, *pro hac vice*, before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, to represent PharmAthene, Inc., a creditor and party in interest in the above-captioned Chapter 11 case and to otherwise appear in the above-captioned Chapter 11 case.

I certifiy that I am a member in good standing of the bar of the Commonwealth of Massachusetts, the bar of the United States District Court for the District of Massachusetts and the bar of the United States Court of Appeals for the First and Second Circuits.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Boston, Massachusetts
September 16, 2014

BOS-1437889 v1

Respectfully submitted,

**K&L GATES LLP**

By: _____
Charles A. Dale III (BBO #558839)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
Telephone: (617) 261-3112
Facsimile: (617) 261-3175
chad.dale@klgates.com
*Attorneys for PharmAthene, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SIGA TECHNOLOGIES, INC., | : | Case No. 14-12623 (SHL) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

------------------------------x

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon the motion of Charles A. Dale III to be admitted, *pro hac vice,* to represent PharmAthene, Inc., (the "Client") a creditor and party in interest in the above-captioned Chapter 11 case, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts and the bar of the United States District Court for the District of Massachusetts and the bar of the United States Court of Appeals for the First and Second Circuits, it is hereby

ORDERED, that Charles A. Dale III is admitted to practice, *pro hac vice*, in the above referenced bankruptcy proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2014

_____
BANKRUPTCY JUDGE