**K&L GATES LLP**
John A. Bicks
Eunice Rim Hudson
599 Lexington Avenue
New York, New York 10022
Tel: (212) 536-3906
Fax: (212) 536-3901

*Attorneys for PharmAthene, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
**In re**                                   :    **Chapter 11**
                                            :
**SIGA TECHNOLOGIES, INC.,**                :    **Case No. 14-12623 (SHL)**
                                            :
**Debtor.**                                 :
                                            :
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears as counsel for PharmAthene, Inc., a creditor and party in interest in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that copies of all notices, motions, applications, stipulations, orders, pleadings, and other papers filed in the above-captioned cases be sent to:

K&L GATES LLP
Eunice Rim Hudson
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901
eunice.hudson@klgates.com

Dated: New York, New York
       September 16, 2014

                                Respectfully submitted,

                                K&L GATES LLP

                              By: /s/ *Eunice Rim Hudson*
                                   Eunice Rim Hudson
                                   *Attorneys for PharmAthene, Inc.*
                                   599 Lexington Avenue
                                   New York, NY 10022
                                   (212) 536-3900
                                   eunice.hudson@klgates.com