UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                               :    Chapter 11
                                                     :
SIGA TECHNOLOGIES, INC.,                             :    Case No. 14-12623 (SHL)
                                                     :
                    Debtor.                          :
                                                     :

---

### AFFIDAVIT OF SERVICE

I, Steven Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On September 16, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served in the manner set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Commencement of Chapter 11 Case and First-Day Hearing [Docket No. 15]

Dated: September 16, 2014

/s/ Steven Gordon
Steven Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 16, 2014, by Steven Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

SRF 628

# Exhibit A

SRF 628

**Exhibit A**

Exhibit A
Core/2002 Service List
Served via Fax, Overnight Mail, Email and Hand Delivery as Set Forth Herein

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | FAX | EMAIL | METHOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor | Albemarle Corporation | Attn: Julie Risdon | 1421 Kalamazoo Street | | South Haven | MI | 49090 | | (269) 637-8410 | julie.risdon@albemarle.com | Fax & Email |
| Attorney General for USA | Attorney General for USA | Attn Bankruptcy Dept | US Dept of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | | | | Overnight Mail |
| Top 20 Unsecured Creditor | Bend Research | Attn: Mary Heller | 64550 Research Road | | Bend | OR | 97701 | | (541) 382-2713 | mary.heller@bendresearch.com | Fax & Email |
| Top 20 Unsecured Creditor | BINGHAM MCCUTCHEN LLP | Attn.: Alphonso Tsinijinni & David O. Johanson | One Federal Street | | Boston | MA | 02110-1726 | | (617)-951-8736 | al.tsinijinni@bingham.com; david.johanson@bingham.com | Fax & Email |
| Top 20 Unsecured Creditor | Catalent Pharma Solutions | Attn: Jaspreet Jabbal & Lisa Marsicano | 14 Schoolhouse Road | | Somerset | NJ | 08873-0000 | | (859) 745-6636 | lisa.marsicano@catalent-ssc.com | Fax & Email |
| Top 20 Unsecured Creditor | COMPENSATION ADVISORY PARTNERS, LLC | Attn: Ilana Kanzas | 1133 Avenue of the Americas | 36th Floor | New York | NY | 10036 | | (212)-921-9227 | ilana.kanzas@capartners.com | Hand Delivery, Fax & Email |
| Top 20 Unsecured Creditor | Control Solutions Intl | Attn: Kathi Loftus Accounts Receivable | P.O. BOX 75343 | | Chicago | IL | 60675-5343 | | (781) 998-0214 | kloftus@controlsolutions.com | Fax & Email |
| Top 20 Unsecured Creditor | Cooley LLP | Attn: William Schwartz | 1114 Avenue of the Americas | | New York | NY | 10036-7798 | | (212) 479-6275 | wschwartz@cooley.com; kguernsey@cooley.com | Hand Delivery, Fax & Email |
| Top 20 Unsecured Creditor | Covance Labs | Attn: Judy Bieri | 3301 Kinsman Boulevard | | Madison | WI | 53704-2523 | | (608) 242-7942 | judy.bieri@covance.com | Fax & Email |
| Environmental Protection Agency - Region 2 | Environmental Protection Agency | Attn Bankruptcy Division | 290 Broadway | | New York | NY | 10007-1866 | | 212-637-3526 | | Fax |
| Top 20 Unsecured Creditor | Fishnet Security, Inc. | Attn: Janet Ashcraft | 3701 Solutions Center | | Chicago | IL | 60677-3007 | | | janet.ashcraft@fishnetsecurity.com | Email |
| Top 20 Unsecured Creditor | FORMUREX Inc. | Attn: Sunny Sun | 2470 North Wilcox Road | | Stockton | CA | 95215 | | (209) 931-2177 | ssun@formurex.com | Fax & Email |
| Secured Creditor | General Electric Capital Corporation c/o GE Healthcare Financial Services, Inc. | Attn: Senior Vice President of Risk – Life Science Finance or Sandy Kwon | Two Bethesda Metro Center | Suite 600 | Bethesda | MA | 20814 | | (301)-664-9855 | Sandy.Kwon@ge.com | Fax & Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | 855-235-6787 | | Fax |
| Top 20 Unsecured Creditor | Jeffrey R. Hincks | Attn: Jeffrey R. Hincks | 230 Balmoral Court | | Chester Springs | PA | 19425 | | | hincksj@aol.com | Email |
| Top 20 Unsecured Creditor | Jenner & Block LLP | Attn: Jay DeVecchio | 1099 New York Avenue, NW Suite 900 | | Washington | DC | 20001 | | | jdevecchio@jenner.com | Email |
| Counsel for PharmAthene, Inc. | K&L Gates LLP | Attn: Roger R. Crane, Esq. | 599 Lexington Avenue | | New York | NY | 10022-6030 | | (212) 536-3901 | roger.crane@klgates.com | Fax & Email |
| Counsel for PharmAthene, Inc. | K&L GATES LLP | Mackenzie L. Shea & Charles A. Dale III | State Street Financial Center | One Lincoln Street | Boston | MA | 02111-2950 | | (617) 261-3175 | mackenzie.shea@klgates.com; chad.dale@klgates.com | Fax & Email |
| Top 20 Unsecured Creditor | KCSA Strategic Communications | Attn.: Joseph Septon & Christopher Harrison | 880 Third Avenue | 6th Floor | New York | NY | 10022 | | (212) 697-0910 | jsepton@kcsa.com; charrison@kcsa.com | Hand Delivery, Fax & Email |
| Top 20 Unsecured Creditor | M.L. CORRADO CONSULTING | Attn: Michael Corrado | 1309 Seven Corner Road | | Perkasie | PA | 18944 | | | mlcorrado4444@yahoo.com | Email |
| Top 20 Unsecured Creditor | Marion Weinreb & Associates, Inc. | Attn: Marion Weinreb | 58 Vista Del Sol | | Mill Valley | CA | 94941 | | | marion@gxpsrus.com | Email |
| Counsel for PharmAthene, Inc. | McCarter & English, LLP | Attn: A. Richard Winchester, Esq. & Christopher A. Selzer, Esq. | Renaissance Centre | 405 N. King St., 8th Floor | Wilmington | DE | 19801 | | (302) 984-6399 | awinchester@mccarter.com; cselzer@mccarter.com | Fax & Email |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Dept | Department of Law | The Capitol 2nd Floor | Albany | NY | 12224-0341 | | | | Overnight Mail |
| NYC Dept. of Finance | NYC Dept. of Finance | Attn: Legal Affairs | 345 Adams Street, 3rd Fl. | | Brooklyn | NY | 11201 | | | | Overnight Mail |
| NYS Dept. Taxation & Finance | NYS Dept. Taxation & Finance | Bankruptcy/Special Procedures Section | P.O. Box 5300 | | Albany | NY | 12205-0300 | | | | Overnight Mail |
| Top 20 Unsecured Creditor | Patheon Manufacturing Services, LLC | Attn:  Kaye Byrd | 5900 Martin Luther King Jr. Hwy. | | Greenville | NC | 27834 | | (919) 474-2269 | sfsc.usa@dsm.com; kaye.byrd@Patheon.com | Fax & Email |
| Top 20 Unsecured Creditor | PHARMATHENE, INC. | Attn.: Linda L. Chang | One Park Place | Suite 450 | Annapolis | MD | 21401 | | (410) 269-2601 | linda.chang@pharmathene.com | Fax & Email |
| Top 20 Unsecured Creditor | Polit Bureau | Attn: Peter Tulkens | Diamant Building | 80, A. Reyerslaan | Brussels | | 1030 | Belgium | | peter.tulkens@politbureau.be | Email |
| Top 20 Unsecured Creditor | Ricerca Biosciences, LLC | Attn: Lori Sedilko | 7528 Auburn Road | | Concord | OH | 44077 | | (440) 354-6276 | lori.sedilko@ricerca.com | Fax & Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | | secbankruptcy@sec.gov; NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | George S Canellos Regional Director | Brookfield Place | 200 Vesey Street Ste 400 | New York | NY | 10281-1022 | | | bankruptcynoticeschr@sec.gov | Email |
| Top 20 Unsecured Creditor | Senopsys  LLC | Attn: Jeff Worthington | 800 West Cumming Park | Suite 1500 | Woburn | MA | 01801-0000 | | | jeff.worthington@senopsys.com | Email |
| State of Oregon Attorney General | State of Oregon Attorney General | Ellen F. Rosenblum | Justice Bldg. | 116 2 Court St. NE | Salem | OR | 97301 | | 503-378-4017 | | Fax |
| United States Trustee Southern District of New York | United States Trustee William K Harrington | Attn Paul Schwartzberg, Richard Morrissey | US Federal Office Building | 201 Varick St Room 1006 | New York | NY | 10014 | | 212-668-2255 | paul.schwartz@usdoj.gov; richard.morrissey@usdoj.gov | Fax & Email |
| US Attorney for the Southern District of New York | US Attorney for Southern District of New York | Attn Bankruptcy Division | 86 Chambers St 3rd Floor | | New York | NY | 10007 | | 212-668-2255 | | Fax |

In SIGA Technologies, Inc.
Case No. 14-12623 (SHL)

Page 1 of 1