UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SIGA TECHNOLOGIES, INC., | : | Case No. 14-12623 (SHL) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER FOR ADMISSION *PRO HAC VICE*

Upon the motion of Mackenzie L. Shea to be admitted, *pro hac vice*, to represent PharmAthene, Inc., (the "Client") a creditor and party in interest in the above-captioned Chapter 11 case, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts, the bar of the United States District Court for the District of Massachusetts and the bar of the United States Court of Appeals for the First Circuit, it is hereby

ORDERED, that Mackenzie L. Shea is admitted to practice, *pro hac vice*, in the above referenced bankruptcy proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  September 17, 2014

                                               */s/ Sean H. Lane*
                                               UNITED STATES BANKRUPTCY JUDGE

BOS-1437889 v1