K&L GATES LLP
John A. Bicks
Eunice Rim Hudson
599 Lexington Avenue
New York, New York 10022
Tel: (212) 536-3906
Fax: (212) 536-3901

*Attorneys for PharmAthene, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                     :
In re                                : Chapter 11
                                     :
SIGA TECHNOLOGIES, INC.,             : Case No. 14-12623 (SHL)
                                     :
Debtor.                              :
                                     :
------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

   NATHANAEL F. MEYERS, being duly sworn, deposes and says:

   1.   I am over eighteen (18) years of age and am not a party to this action. I am employed by K&L Gates LLP having offices at 599 Lexington Avenue, New York, New York 10022.

   2.   On September 16, 2014, I served true and correct copies of: **Notice of Appearance and Request for Notices of Charles A. Dale III [Docket No. 16]; Notice of Appearance and Request for Notices of Mackenzie L. Shea [Docket No. 17]; Notice of Appearance and Request for Notices of Eunice Rim Hudson [Docket No. 20]; Motion for Admission to Practice,** *Pro Hac Vice* **of Charles A. Dale III [Docket No. 18]; and Motion for**

CI-9216492 v1

**Admission to Practice**, *Pro Hac Vice* **of Mackenzie L. Shea** [Docket No. 19], by first class mail upon the persons and addresses on the attached Service List by placing same in properly addressed, postage pre-paid, envelopes and depositing said envelopes in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

By: _____
Nathanael F. Meyers

Sworn to before me this
17 day of September, 2014

_____
Notary Public

MARGARET E. PRINGLE
Notary Public, State of New York
No. 01PR6061492
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Oct. 7, 20 14

## Service List

SIGA Technologies, Inc.
660 Madison Avenue
Suite 1700
New York, NY 10065

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Garrett A. Fail, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

General Electric Capital Corporation
c/o GE Healthcare Financial Services, Inc.
Two Bethesda Metro Center, Suite 600
Bethesda, Maryland 20814
Attn: Senior Vice President of Risk – Life Science Finance
  or Sandy Kwon

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Albemarle Corporation
Attn.: Julie Risdon
1421 Kalamazoo Street
South Haven, MI 49090

Cooley LLP
Attn.: William Schwartz
1114 Avenue of the Americas
New York, NY 10036-7798

Bingham McCutchen
Attn.: Alphonso Tsinijinni
  David O. Johanson
One Federal Street
Boston, MA 02110-1726

3

Catalent Pharma Solutions
Attn.: Jaspreet Jabbal
      Lisa Marsicano
14 Schoolhouse Road
Somerset, NJ 08873

Patheon Manufacturing Services, LLC
Attn.: Kaye Byrd
5900 Martin Luther King Jr. Hwy.
Greenville, NC 27834

Senopsys LLC
Attn.: Jeff Worthington
800 West Cumming Park, Suite 1500
Woburn, MA 01801

Covance Labs
Attn.: Judy Bieri
3301 Kinsman Blvd.
Madison, WI 53704

KCSA Strategic Communications
Attn.: Joseph Septon
      Christopher Harrison
880 Third Avenue – 6th Floor
New York, NY 10022

Jenner & Block LLP
Attn.: Jay DeVecchio
1099 New York Avenue, NW
Suite 900
Washington, D.C. 20001

Polit Bureau
Attn.: Peter Tulkens
Diamant Building
80, A. Reyerslaan
1030 Brussels
Belgium

M.L. Corrado MD
Attn.: Michael Corrado
1309 Seven Corner Road
Perkasie, PA 18944

Fishnet Security, Inc.
Attn.: Janet Ashcraft
3701 Solutions Center
Chicago, IL 60677-3007

Marion Weinreb & Associates, Inc.
Attn.: Marion Weinreb
58 Vista Del Sol
Mill Valley, CA 94941

Formurex Inc.
Attn.: Sunny Sun
2470 North Wilcox Road
Stockton, CA 95215

Control Solutions Intl.
Attn.: Kathi Loftus
Attn: Accounts Receivable
P.O. Box 75343
Chicago, IL 60675-5343

Jeffrey R. Hincks
Attn.: Jeffrey R. Hincks
230 Balmoral Court
Chester Springs, PA 19425

Ricerca Biosciences, LLC
Attn.: Lori Sedilko
7528 Auburn Road
Concord, Ohio 44077

Bend Research
Attn.: Mary Heller
64550 Research Road
Bend, OR 97701

Compensation Advisory Partners, LLC
Attn: Ilana Kanzas
1133 Avenue of the Americas, 36th Floor
New York, NY 10036