UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                    :

In re                                :              **Chapter 11 Case No.**

                                      :

**SIGA TECHNOLOGIES, INC.,**        :              **14-12623 (SHL)**

                                      :

                        **Debtor.**       :

                                      :
---------------------------------------------------------------x

## ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 521, FED. R. BANKR. P. 1007(C) AND 2002(D), AND LOCAL BANKRUPTCY RULE 1007-1 (I) EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS; AND (II) WAIVING REQUIREMENT TO FILE LIST OF EQUITY SECURITY HOLDERS AND PROVIDE NOTICE TO EQUITY SECURITY HOLDERS

Upon the Motion, dated September 16, 2014 (the "**Motion**"),[1] of SIGA

Technologies, Inc., as debtor and debtor in possession (the "**Debtor**"), pursuant to sections

105(a) and 521 of title 11, United States Code (the "**Bankruptcy Code**"), Rules 1007(c) and

2002(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule

1007-1 of the Local Bankruptcy Rules for the Southern District of New York for entry of an

order (I) extending the fourteen (14) day period to file the Debtor's (a) schedules of assets and

liabilities, (b) schedule of executory contracts and unexpired leases, and (c) statement of

financial affairs (collectively, the "**Schedules**"); and (II) waiving the requirement to (x) file a list

of equity security holders (the "**List**") within fourteen (14) days of the Commencement Date, and

(y) mail notice of the commencement of this chapter 11 case and the meeting of creditors to be

held pursuant to section 341 of the Bankruptcy Code to equity security holders, all as more fully

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the Affidavit of Eric A. Rose Pursuant to Local Bankruptcy Rule 1007-2 and the record of the Hearing and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as provided herein; and it is further

ORDERED that, pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007(c), the time by which the Debtor shall file its Schedules is extended by an additional thirty (30) days, through October 30, 2014, without prejudice to the Debtor's right to seek further extensions upon a showing of cause therefor; and it is further

ORDERED that the requirement under Bankruptcy Rule 1007(a)(3) to file the List is waived; and it is further

ORDERED that the requirement under Bankruptcy Rule 2002(d) to mail the Notice of Commencement to all equity security holders is waived; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
        September 18, 2014

                                        _/s/ Sean H. Lane_
                                        United States Bankruptcy Judge

WEIL:\95075838\7\99980.0025