**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                  :
**In re**                                         :          **Chapter 11 Case No.**
                                                  :
**SIGA TECHNOLOGIES, INC.,**                      :          **14-12623 (SHL)**
                                                  :
                                    **Debtor.**   :
                                                  :
------------------------------------------------------------x

### ORDER PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2(E) SCHEDULING INITIAL CASE CONFERENCE

SIGA Technologies, Inc., as debtor and debtor in possession (the "**Debtor**"),

having filed a petition for reorganization under chapter 11 of title 11, United States Code (the

"**Bankruptcy Code**") on September 16, 2014, and the Court having determined that a case

management conference will aid in the efficient conduct of the case, it is

ORDERED, pursuant to section 105(d) of the Bankruptcy Code, that an initial

case management conference will be conducted by the undersigned Bankruptcy Judge in

Room 701, United States Bankruptcy Court, One Bowling Green, New York, New York 10004

on **October 15, 2014, at 10:30 a.m. (Eastern Time)**, or as soon thereafter as counsel may be

heard, to consider the efficient administration of the case, which may include, inter alia, such

topics as retention of professionals, creation of a committee to review budget and fee requests,

use of alternative dispute resolution, timetables, and scheduling of additional case management

conferences; and it is further

ORDERED that the Debtor shall give notice by mail of this Order at least seven

(7) days prior to the scheduled conference to (i) the Office of the United States Trustee for the

Southern District of New York, (ii) the Debtor's secured lender, and (iii) the holders of the

WEIL:\95076364\7\99980.0025

twenty (20) largest unsecured claims against the Debtor, and shall promptly file proof of service

of such notice with the Clerk of the Court.

Dated:  New York, New York
        September 18, 2014


                                            _/s/ Sean H. Lane_
                                            United States Bankruptcy Judge

WEIL:\95076364\7\99980.0025