**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Attn: Arthur E. Rosenberg, Esq.
Attorneys for General Electric Capital Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re


SIGA TECHNOLOGIES, INC.,


                           Debtor.
                                                        Chapter 11
                                               Case No. 14-12623 (SHL)
-------------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorney appears as counsel for General Electric Capital Corporation, a secured creditor and party-in-interest in this proceeding, and request that all notice given or required to be given in this action and all related actions, be given and served upon:

Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
Attn: Arthur E. Rosenberg, Esq
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Email: arthur.rosenberg@hklaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

Dated: New York, New York
September 18, 2014

        HOLLAND & KNIGHT LLP

        By: /s/ *Arthur E. Rosenberg*
        Arthur E. Rosenberg, Esq.
        31 West 52nd Street
        New York, New York 10019
        Telephone: (212) 513-3200
        Facsimile: (212) 385-9010

        HOLLAND & KNIGHT LLP

        By: /s/ *Brent R. McIlwain*
        Brent R. McIlwain
        200 Crescent Court, Suite 1600
        Dallas, Texas 75201
        Telephone: (214) 964-9500
        Facsimile: (214) 964-9501

        *Attorneys for General Electric Capital Corporation*