**COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022
Telephone (212) 752-8000
Facsimile (212) 752-8393
Daniel F.X. Geoghan, Esq.
*Attorneys for Albemarle Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: : | Case No.  14-12623 (SHL) |
| : | |
| SIGA TECHNOLOGIES, INC., : | Chapter 11 |
| : | |
| Debtor. : | **NOTICE OF APPEARANCE AND** |
| : | **REQUEST FOR SERVICE OF** |
| : | **DOCUMENTS** |

TO:   Clerk, United States Bankruptcy Court
      Southern District of New York

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance as counsel for Albemarle Corporation, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office and address:

> Daniel F.X. Geoghan, Esq.
> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
> 900 Third Avenue, 16th Floor
> New York, NY 10022
> Telephone: (212) 752-8000
> Facsimile: (212) 752-8393
> Email:  dgeoghan@coleschotz.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically or otherwise, which affect or seek to affect in any way the Debtor or its property and/or property of its estate.

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.
        A Professional Corporation
        *Attorneys for Albemarle Corporation*

        By: */s/ Daniel F.X. Geoghan*
            Daniel F.X. Geoghan

DATED:    September 19, 2014

40000/0600-11010272v1

# CERTIFICATION OF SERVICE

      I certify that on September 19, 2014, this office caused the within Notice of Appearance and Request for Service of Papers to be served on the Clerk of the United States Bankruptcy Court for the Southern District of New York, *via electronic filing*. Upon information and belief, all parties receiving notification of filing via the Court's CM/ECF system received notice of the above-referenced pleading *via electronic service*.

                                                  */s/ Daniel F.X. Geoghan*

DATED: September 19, 2014

40000/0600-11010272v1