UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                                                                  Chapter 11 Case No.

SIGA TECHNOLOGIES, INC.,                                         14-12623 (SHL)

                Debtor.

---------------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE OF BRENT R. MCILWAIN

Upon the motion of Brent R. Mcilwain to be admitted, *pro hac vice,* to represent General Electric Capital Corporation (the "GECC"), a secured creditor and party in interest in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and United States District Courts for the Eastern, Northern, Southern and Western Districts of Texas, it is hereby:

ORDERED, that Brent R. Mcilwain is admitted to practice, *pro hac vice,* in the above referenced case adversary proceeding to represent GECC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated September 22, 2014

                                                            */s/ Sean H. Lane*
                                                            BANKRUPTCY JUDGE