UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :  Chapter 11
                                                                 :
SIGA TECHNOLOGIES, INC.,                                         :  Case No. 14-12623 (SHL)
                                                                 :
                                                                 :
                        Debtor.                                  :
                                                                 :
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the proposed claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On September 17, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via 1) fax and email on the service list attached hereto as **Exhibit A**, and 2) overnight mail and email on BARDA Acquisitions, Attn: Linda D. Luczak, 330 Independence Ave, SW-Rm G-644, Washington, D.C. 20201 (linda.luczak@hhs.gov).

- Notice of Commencement of Chapter 11 Case and First-Day Hearing [Docket No. 15]

Dated: September 19, 2014

                                                                    Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 19, 2014, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified in New York County
My Commission Expires April 07, 2018

SRF 645

## Exhibit A

SRF 645

Exhibit A
Service List
Served via Fax and Email

| NAME | NOTICE NAME | FAX | EMAIL |
|---|---|---|---|
| Grants Management Specialist | Artisha Wright | 301-493-0579 | artisha.wright@nih.gov |
| Program Official | Christopher K. Tseng | 301-480-1594 | ctseng@niaid.nih.gov |