**HEARING DATE AND TIME: October 15, 2014 at 10:30 a.m. (Eastern Time)**
**OBJECTION DEADLINE: October 8, 2014 at 4:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
SIGA TECHNOLOGIES, INC.,                :        14-12623 (SHL)
                                        :
                    Debtor.             :
                                        :
-------------------------------------------------------------x
```

## NOTICE OF HEARING ON MOTION OF DEBTOR FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 546(c) AUTHORIZING THE DEBTOR TO ESTABLISH AND IMPLEMENT EXCLUSIVE AND GLOBAL PROCEDURES FOR TREATMENT OF RECLAMATION CLAIMS

PLEASE TAKE NOTICE that a hearing on the Motion, dated September 16, 2014 (the "**Motion**"), of SIGA Technologies, Inc., as debtor and debtor in possession (the "**Debtor**"), for an order pursuant to sections 105 and 546(c) of title 11, United States Code (the "**Bankruptcy Code**") authorizing the Debtor to establish and implement procedures to address and reconcile Reclamation Claims[1] (ECF No. 10), all as more fully set forth in the Motion, will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court for the Southern

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

District of New York, One Bowling Green, New York, New York 10004 (the

"**Bankruptcy Court**"), on **October 15**, **2014 at 10:30 a.m. (Eastern Time),** or as soon

thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections

(the "**Objections**") to the Motion must be in writing, shall conform to the Federal Rules

of Bankruptcy Procedure and the Local Rules for the Southern District of New York, and

shall be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's

case filing system, electronically in accordance with General Order M-399 (which can be

found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM,

in text-searchable portable document format (PDF) (with a hard copy delivered directly

to Chambers), in accordance with the customary practices of the Bankruptcy Court and

General Order M-399, to the extent applicable, and served in accordance with General

Order M-399 on (i) the attorneys for the Debtor, Weil, Gotshal & Manges LLP, 767 Fifth

Avenue, New York, New York 10153 (Attn:  Garrett A. Fail, Esq.); (ii) the Debtor, c/o

SIGA Technologies, Inc., 660 Madison Avenue, Suite 1700, New York, New York

10065 (Attn:  William J. Haynes, II, Esq.); (iii) the Office of the United States Trustee for

the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New

York 10004 (Attn:  Richard Morrissey, Esq.); (iv) the attorneys for General Electric

Capital Corporation, Holland & Knight LLP, 31 West 52nd Street, New York, New York

10019 (Attn:  Arthur E. Rosenberg, Esq.); and (v) the holders of the twenty (20) largest

unsecured claims against the Debtor, so as to be received no later than **October 8**, **2014,**

**at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

PLEASE TAKE FURTHER NOTICE that if no Objections are timely

WEIL:\95098162\2\74193.0003

filed and served with respect to the Motion, the Debtor may, on or after the Objection

Deadline, submit to the Bankruptcy Court an order substantially in the form of the

proposed order annexed to the Motion, which order may be entered with no further notice

or opportunity to be heard.

Dated: New York, New York
        September 24, 2014

                                        /s/ Stephen Karotkin
                                        Harvey R. Miller
                                        Stephen Karotkin
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtor
                                        and Debtor in Possession

WEIL:\95098162\2\74193.0003