14-12623-shl    Doc 44    Filed 09/24/14    Entered 09/24/14 10:38:29    Main Document
Pg 1 of 3
HEARING DATE AND TIME: October 15, 2014 at 10:30 a.m. (Eastern Time)
OBJECTION DEADLINE: October 8, 2014 at 4:00 p.m. (Eastern Time)

Harvey R. Miller
Stephen Karotkin
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
SIGA TECHNOLOGIES, INC.,                  :   14-12623 (SHL)
                                          :
                       Debtor.            :
                                          :
------------------------------------------------------------x
```

**NOTICE OF HEARING ON MOTION OF DEBTOR FOR ENTRY OF ORDER
PURSUANT TO 11 U.S.C. §§ 105(a) AND 366 (I) APPROVING DEBTOR'S
PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO
UTILITIES, (II) ESTABLISHING PROCEDURES FOR RESOLVING
OBJECTIONS BY UTILITY COMPANIES, AND (III) PROHIBITING
UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE**

       **PLEASE TAKE NOTICE** that a hearing on the Motion, dated September 16, 2014 (the "**Motion**"), of SIGA Technologies, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"),[1] for an order pursuant to sections 366 and 105(a) of title 11, United States Code (the "**Bankruptcy Code**") (i) approving the Debtor's Proposed Adequate Assurance;[2] (ii) establishing procedures for resolving any objections to the Motion by the Utility Companies that the Proposed Adequate Assurance is not adequate; and (iii) prohibiting Utility Companies from altering, refusing, or discontinuing Utility Services (ECF No. 14), all as more fully described in the Motion, will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court

---

[1] The Debtor's Tax ID number is 13-3864870.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

for the Southern District of New York (the "**Bankruptcy Court**"), One Bowling Green, New York, New York 10004, on **October 15, 2014 at 10:30 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Motion, the Debtor will provide adequate assurance of payment in the form of a cash deposit to each Utility Company that requests same no more than seven (7) business days after the Debtor receives such request, in an amount equal to two (2) weeks of Utility Services, calculated based on the historical average over the past six (6) months (the "**Adequate Assurance Deposit**"); *provided, however,* that (i) such request is made in writing to (a) SIGA Technologies, Inc. 660 Madison Avenue, Suite 1700, New York, New York 10065 (Attn: William J. Haynes, II, Esq.) and (b) the attorneys for the Debtor, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Garrett A. Fail, Esq.) (together, the "**Notice Parties**"), so as to be received on or before **October 8, 2014**, **at 4:00 p.m. (Eastern Time)**, (ii) the requesting Utility Company does not already hold a deposit equal to or greater than the applicable Adequate Assurance Deposit, and (iii) the requesting Utility Company is not currently paid in advance for its Utility Services.

**PLEASE TAKE FURTHER NOTICE** that any Utility Company that is not satisfied with the Proposed Adequate Assurance must file an Objection with the Bankruptcy Court, which shall (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, (c) set forth the amount and form of additional assurance of payment requested, (d) set forth the location(s) for which Utility Services are provided, (e) include a summary of the Debtor's payment history to such Utility Company, including any security deposits, (f) set forth why the Utility Company believes the Proposed Adequate Assurance is not sufficient adequate assurance of payment, and (g) be filed with the Bankruptcy Court by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 on the Notice Parties, so as to be received no later than **October 8**, **2014, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that any Utility Company that fails to comply with the procedures set forth in the Motion for requesting an Adequate Assurance Deposit or filing and serving an Objection may be deemed to have been provided with adequate assurance of payment that is satisfactory to such Utility Company within the meaning of section 366 of the Bankruptcy Code without further application to, or order of, the Court.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the Debtor may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard.

Dated: New York, New York
      September 24, 2014

                /s/ Stephen Karotkin
                Harvey R. Miller
                Stephen Karotkin
                Garrett A. Fail

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Debtor
                and Debtor in Possession