UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                                   :    Chapter 11 Case No.
                                                        :
SIGA TECHNOLOGIES, INC.,                                :    14-12623 (SHL)
                                                        :
                              Debtor.                   :
                                                        :
------------------------------------------------------------x

**ORDER PURSUANT TO FED. R. BANKR. P. 4001(d) AND 9006(c) SHORTENING
NOTICE PERIOD, SCHEDULING HEARING, AND APPROVING NOTICE
WITH RESPECT TO MOTION OF DEBTOR FOR APPROVAL OF STIPULATION
AND ORDER PURSUANT TO 11 U.S.C. § 362(d)
MODIFYING AUTOMATIC STAY FOR LIMITED PURPOSE**

Upon the ex parte Motion, dated September 30, 2014 (the "**Motion to Shorten Time**"),[1] of SIGA Technologies, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), pursuant to Rules 4001(d) and 9006(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), for entry of an order (a) shortening the notice period and fixing the date and time for an expedited hearing on the Motion of Debtor for Approval of Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying Automatic Stay for Limited Purpose (the "**Motion**"), and (b) approving notice in connection with the hearing on the Motion, all as more fully described in the Motion to Shorten Time; and upon the Declaration of Stephen Karotkin in support of the Motion to Shorten Time; and the Court having found and determined that the relief sought in the Motion to Shorten Time is in the best interests of the Debtor, its estate, creditors, and all parties in interest and that the legal and factual bases set forth

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed thereto in the Motion to Shorten Notice.

in the Motion to Shorten Time establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion to Shorten Time is granted as provided herein; and it is further

ORDERED that a hearing to consider the relief requested in the Motion will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **October 8, 2014 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard; and it is further

ORDERED that the objection deadline to respond or object to the relief requested in the Motion is **October 6, 2014 at 4:00 p.m. (Eastern Time)**; and it is further

ORDERED that objections and responses, if any, to the Motion, must be in writing, must (i) conform to Bankruptcy Rules, the Local Rules of the Bankruptcy Court for the Southern District of New York, and any case management orders entered in this chapter 11 case, (ii) set forth the name of the objecting party, the nature and amount of claims or interests held or asserted by the objecting party against the Debtor's estate or property, and (iii) set forth the basis for the objection and the specific grounds therefor; and it is further

ORDERED that the Debtor shall serve, via e-mail, facsimile, or overnight mail, within one (1) Business Day after entry of this Order, a copy of the Motion and this Order on (i) the U.S. Trustee, (ii) the Debtor's secured lender, (iii) the holders of the twenty (20) largest unsecured claims against the Debtor, and (iv) all entities that requested notice in this chapter 11 case under Fed. R. Bankr. P. 2002, and such notice shall be deemed good and sufficient notice of the Motion and all of the proceedings to be held in connection therewith; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
October 1, 2014

                                                */s/ Sean H. Lane*
                                                United States Bankruptcy Judge