| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| WOLFF & SAMSON PC<br>Scott A. Zuber, Esq.<br>One Boland Drive<br>West Orange, New Jersey 07052<br>Telephone: (973) 325-1500<br>Facsimile: (973) 325-1501<br>E-Mail: szuber@wolffsamson.com<br>*Attorneys for Westchester Fire Insurance Company* | |
| In re:<br><br>**SIGA TECHNOLOGIES, INC.**<br><br>Debtor. | CHAPTER 11<br><br>**Case No. 14-12623 (SHL)** |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Westchester Fire Insurance Company, as a creditor, through its attorneys, Wolff & Samson PC, appears in the above-captioned case and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

WOLFF & SAMSON PC
One Boland Drive
West Orange, New Jersey 07052
Attn: Scott A. Zuber, Esq.
Tel:   (973) 530-2046
Fax:   (973) 530-2246
E-Mail: szuber@wolffsamson.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and pursuant to Section 1109(b) of the Bankruptcy Code also includes, without limitation, any notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions,

answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Westchester Fire Insurance Company to the jurisdiction of the Court and it is without prejudice to its rights, remedies and claims against other entities. This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which Westchester Fire Insurance Company is, or may be, entitled are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

Dated: October 6, 2014

        WOLFF & SAMSON PC
        *Attorneys for Westchester Fire Insurance Company*
        One Boland Drive
        West Orange, New Jersey 07052
        (973) 530-2046

        By:   /s/ Scott A. Zuber
               SCOTT A. ZUBER
               szuber@wolffsamson.com