UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
SIGA TECHNOLOGIES, INC.,                               :   Case No. 14-12623 (SHL)
                                                       :
                                                       :
                              Debtor.                  :
                                                       :
------------------------------------------------------ x
```

**AFFIDAVIT OF SERVICE**

      I, Steven Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

      On October 1, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via overnight mail (and email, if available) on the Core/2002 service list attached hereto as **Exhibit A**:

- Application of Debtor for Authority to Employ and Retain Weil, Gotshal & Manges LLP as Attorneys for the Debtor *Nunc Pro Tunc* to the Commencement Date [Docket No. 49]

- Motion of Debtor for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 50]

- Motion of Debtor for Entry of Order Authorizing, But Not Directing to Pay Reimbursable Prepetition Obligations to Certain Service Providers [Docket No. 51]

- Application of Debtor for Authority to Retain and Appoint Prime Clerk LLC as Claims and Noticing Agent for the Debtor [Docket No. 52]

- Motion of Debtor for Entry of Order Authorizing the Debtor to Employ Professionals Used in the Ordinary Course of Business *Nunc Pro Tunc* to the Commencement Date [Docket No. 53]

- Application of Debtor for Authority to Employ and Retain Ostrolenk Faber LLP as Intellectual Property Counsel for the Debtor *Nunc Pro Tunc* to the Commencement Date [Docket No. 54]

      On October 1, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the Ordinary Course Professionals service list attached hereto as **Exhibit B**:

- Motion of Debtor for Entry of Order Authorizing the Debtor to Employ Professionals Used in the Ordinary Course of Business *Nunc Pro Tunc* to the Commencement Date [Docket No. 53]

On October 1, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail (and email, if available) on the Interim Compensation Professionals service list attached hereto as **Exhibit C**:

- Motion of Debtor for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 50]

On October 1, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via overnight mail on Ostrolenk Faber LLP, Charles A. Achkar, 1180 Avenue of the Americas, New York, NY, 10036 and cachkar@ostrolenk.com.

- Motion of Debtor for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 50]

- Application of Debtor for Authority to Employ and Retain Ostrolenk Faber LLP as Intellectual Property Counsel for the Debtor *Nunc Pro Tunc* to the Commencement Date [Docket No. 54]

On October 2, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the Ordinary Course Professionals service list attached hereto as **Exhibit B**:

- Motion of Debtor for Entry of Order Authorizing the Debtor to Employ Professionals Used in the Ordinary Course of Business *Nunc Pro Tunc* to the Commencement Date [Docket No. 53]

Dated: October 6, 2014

Steven Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 6, 2014, by Steven Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified In Nassau County
My Commission Expires June 16, 2018

SRF 727

## **Exhibit A**

14-12623-shl    Doc 59    Filed 10/06/14    Entered 10/06/14 15:14:37    Main Document
Pg 3 of 8

SRF 727

Exhibit A
Core/2002 Service List
Served via Overnight Mail (and Email, if available)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor | Albemarle Corporation | Attn: Julie Risdon | 1421 Kalamazoo Street | | South Haven | MI | 49090 | | julie.risdon@albemarle.com |
| Attorney General for USA | Attorney General for USA | Attn Bankruptcy Dept | US Dept of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | | |
| Interested Party | BARDA Acquisitions | Linda D. Luczak, Chief Contracting Officer | 330 Independence Ave | SW,Rm G-644 | Washington | DC | 20201 | | linda.luczak@hhs.gov |
| Top 20 Unsecured Creditor | Bend Research | Attn: Mary Heller | 64550 Research Road | | Bend | OR | 97701 | | mary.heller@bendresearch.com |
| Top 20 Unsecured Creditor | BINGHAM MCCUTCHEN LLP | Attn.: Alphonso Tsinijinni & David O. Johanson | One Federal Street | | Boston | MA | 02110-1726 | | al.tsinijinni@bingham.com; david.johanson@bingham.com |
| Top 20 Unsecured Creditor | Catalent Pharma Solutions | Attn: Jaspreet Jabbal & Lisa Marsicano | 14 Schoolhouse Road | | Somerset | NJ | 08873-0000 | | jaspreet.jabbal@catalent-ssc.com; lisa.marsicano@catalent-ssc.com |
| Counsel for Albemarle Corporation | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | Norman L. Pernick, Esq. | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | npernick@coleschotz.com |
| Counsel for Albemarle Corporation | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | Daniel F.X. Geoghan, Esq. | 900 Third Avenue, 16th Floor | | New York | NY | 10022 | | dgeoghan@coleschotz.com |
| Top 20 Unsecured Creditor | COMPENSATION ADVISORY PARTNERS, LLC | Attn: Ilana Kanzas | 1133 Avenue of the Americas | 36th Floor | New York | NY | 10036 | | ilana.kanzas@capartners.com |
| Top 20 Unsecured Creditor | Control Solutions Intl | Attn: Charlie Cooper | P.O. BOX 75343 | | Chicago | IL | 60675-5343 | | ccooper@controlsolutions.com |
| Top 20 Unsecured Creditor | Cooley LLP | Attn: William Schwartz | 1114 Avenue of the Americas | | New York | NY | 10036-7798 | | wschwartz@cooley.com; kguernsey@cooley.com |
| Top 20 Unsecured Creditor | Covance Labs | Attn: Judy Bieri | 3301 Kinsman Boulevard | | Madison | WI | 53704-2523 | | judy.bieri@covance.com |
| Top 20 Unsecured Creditor | Fishnet Security, Inc. | Attn: Janet Ashcraft | 3701 Solutions Center | | Chicago | IL | 60677-3007 | | janet.ashcraft@fishnetsecurity.com |
| Top 20 Unsecured Creditor | FORMUREX Inc. | Attn: Sunny Sun | 2470 North Wilcox Road | | Stockton | CA | 95215 | | ssun@formurex.com |
| Secured Creditor | General Electric Capital Corporation c/o GE Healthcare Financial Services, Inc. | Attn: Senior Vice President of Risk – Life Science Finance or Sandy Kwon | Two Bethesda Metro Center | Suite 600 | Bethesda | MD | 20814 | | Sandy.Kwon@ge.com |
| Counsel for General Electric Capital Corporation | Holland & Knight LLP | Attn: Arthur E. Rosenberg, Esq | 31 West 52nd Street | | New York | NY | 10019 | | arthur.rosenberg@hklaw.com |
| Counsel for General Electric Capital Corporation | Holland & Knight LLP | Attn: Brent R. McIlwain | 200 Crescent Court | Suite 1600 | Dallas | TX | 75201 | | brent.mcilwain@hklaw.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 | | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | |
| Top 20 Unsecured Creditor | Jeffrey R. Hincks | Attn: Jeffrey R. Hincks | 230 Balmoral Court | | Chester Springs | PA | 19425 | | hincksj@aol.com |
| Top 20 Unsecured Creditor | Jenner & Block LLP | Attn: Jay DeVecchio | 1099 New York Avenue, NW | Suite 900 | Washington | DC | 20001 | | jdevecchio@jenner.com |
| Counsel for PharmAthene, Inc. | K&L Gates LLP | Attn: Roger R. Crane, Esq. & Eunice Rim Hudson | 599 Lexington Avenue | | New York | NY | 10022-6030 | | roger.crane@klgates.com; eunice.hudson@klgates.com |
| Counsel for PharmAthene, Inc. | K&L GATES LLP | Mackenzie L. Shea & Charles A. Dale III | State Street Financial Center | One Lincoln Street | Boston | MA | 02111-2950 | | mackenzie.shea@klgates.com; chad.dale@klgates.com |
| Top 20 Unsecured Creditor | KCSA Strategic Communications | Attn.: Joseph Septon & Christopher Harrison | 880 Third Avenue | 6th Floor | New York | NY | 10022 | | jsepton@kcsa.com; charrison@kcsa.com |
| Top 20 Unsecured Creditor | M.L. CORRADO CONSULTING | Attn: Michael Corrado | 1309 Seven Corner Road | | Perkasie | PA | 18944 | | mlcorrado4444@yahoo.com |
| Top 20 Unsecured Creditor | Marion Weinreb & Associates, Inc. | Attn: Marion Weinreb | 58 Vista Del Sol | | Mill Valley | CA | 94941 | | marion@gxpsrus.com |
| Counsel for PharmAthene, Inc. | McCarter & English, LLP | Attn: A. Richard Winchester, Esq. & Christopher A. Selzer, Esq. | Renaissance Centre | 405 N. King St., 8th Floor | Wilmington | DE | 19801 | | awinchester@mccarter.com; cselzer@mccarter.com |
| Interested Party | National Institutes of Health | Attn: Artisha Wright and Christopher K. Tseng | 9000 Rockville Pike | | Bethesda | MD | 20892 | | artisha.wright@nih.gov; ctseng@niaid.nih.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Dept | Department of Law | The Capitol 2nd Floor | Albany | NY | 12224-0341 | | |
| NYC Dept. of Finance | NYC Dept. of Finance | Attn: Legal Affairs | 345 Adams Street, 3rd Fl. | | Brooklyn | NY | 11201 | | |
| NYS Dept. Taxation & Finance | NYS Dept. Taxation & Finance | Bankruptcy/Special Procedures Section | P.O. Box 5300 | | Albany | NY | 12205-0300 | | |
| Top 20 Unsecured Creditor | Patheon Manufacturing Services, LLC | Attn: Kaye Byrd | 5900 Martin Luther King Jr. Hwy. | | Greenville | NC | 27834 | | sfsc.usa@dsm.com; kaye.byrd@Patheon.com |
| Top 20 Unsecured Creditor | PHARMATHENE, INC. | Attn.: Jeffrey Steinberg | 571 Turtle Hollow Drive | | Freehold | NJ | 07728-0000 | | jsteinberg@hcven.com |
| Top 20 Unsecured Creditor | Polit Bureau | Attn: Peter Tulkens | Diamant Building | 80, A. Reyerslaan | Brussels | | 1030 | Belgium | peter.tulkens@politbureau.be |
| Top 20 Unsecured Creditor | Ricerca Biosciences, LLC | Attn: Lori Sedilko | 7528 Auburn Road | | Concord | OH | 44077 | | lori.sedilko@ricerca.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | secbankruptcy@sec.gov; NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept | Brookfield Place | 200 Vesey Street Ste 400 | New York | NY | 10281-1022 | | bankruptcynoticeschr@sec.gov |
| Top 20 Unsecured Creditor | Senopsys LLC | Attn: Jeff Worthington | 800 West Cumming Park | Suite 1500 | Woburn | MA | 01801-0000 | | jeff.worthington@senopsys.com |
| United States Trustee Southern District of New York | United States Trustee William K Harrington | Attn Paul Schwartzberg, Richard Morrissey | US Federal Office Building | 201 Varick St Room 1006 | New York | NY | 10014 | | paul.schwartz@usdoj.gov; richard.morrissey@usdoj.gov |
| US Attorney for the Southern District of New York | US Attorney for Southern District of New York | Attn Bankruptcy Division | 86 Chambers St 3rd Floor | | New York | NY | 10007 | | |

**Exhibit B**

SRF 727

Exhibit F

Ordinary Course Professionals Service List

Served via Overnight Mail and Email

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| BDO | Azenith Araya | 100 Park Ave | | New York | NY | 10017 | aaraya@bdo.com |
| Bingham McCutchen LLP | David Johanson | One Federal Street | | Boston | MA | 02110-1726 | david.johanson@bingham.com |
| Cooley LLP | Kenn Guernsey | 101 California Street 5th Fl | | San Francisco | CA | 94111-5800 | kguernsey@cooley.com |
| Covington & Burling LLP | Richard F. Kingham | 1201 Pennsylvania Ave NW | | Washington | DC | 20004-2401 | rkingham@cov.com |
| Ellenhoff Grossman & Schole LLP | Barry I Grossman | 1345 Avenue of the Americas | | New York | NY | 10105 | bigrossman@egsllp.com |
| Jenner & Block LLP | Jay Devecchio | 1099 New York Ave NW | Suite 900 | Washington | DC | 20001 | jdevecchio@jenner.com |
| Latham & Watkins LLP | Alice Fisher | 555 Eleventh St NW | Suite 1000 | Washington | DC | 20004-1304 | Alice.Fisher@lw.com |
| Steven Fasman | | 2 Griffen Drive | | Larchmont | NY | 101538 | stevenfasman@yahoo.com |
| W.V. Buccella, Esq. | William V. Buccella | 99-10 Florence Street | Apt. 3B | Newton | MA | 02467-0000 | bill@wvbuccella.com |
| WTAS Tax Consulting | Jay Devecchio | 1177 Avenue of the Americas | | New York | NY | 10036 | peter.crocco@wtas.com |

## Exhibit C

SRF 727

14-12623-shl    Doc 59    Filed 10/06/14    Entered 10/06/14 15:14:37    Main Document
Pg 7 of 8

**Exhibit C**

Exhibit F
Interim Compensation Service List
Served via Overnight Mail (and Email, if available)

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| AlixPartners | Carrianne J Basler | 300 N LaSalle St | | Chicago | IL | 60654 | cbasler@alixpartners.com |
| Analysis Group Inc | General Counsel | 111 Huntington Ave | Tenth Floor | Boston | MA | 02199-0000 | |
| Kramer Levin | JAMES A GRAYER | 1177 Ave Americas | | New York | NY | 10036 | jgrayer@kramerlevin.com |
| Paul Weiss | Stephen P. Lamb | 500 Delaware Ave Ste 200 | PO Box 32 | Wilmington | DE | 19899-0032 | slamb@paulweiss.com |
| PriceWaterHouseCoopers | Andrea Clark Smith | 225 South Sixth Street | STE 1400 | Minneapolis | MN | 55402 | andrea.clark.smith@us.pwc.com |