Harvey R. Miller
Stephen Karotkin
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                                  :    Chapter 11 Case No.
                                                                          :
SIGA TECHNOLOGIES, INC.,                         :    14-12623 (SHL)
                                                                          :
                        Debtor.                                   :
                                                                          :
------------------------------------------------------------x

NOTICE OF MATTER SCHEDULED FOR
<u>OCTOBER 8, 2014 AT 10:00 A.M. (EASTERN TIME)</u>

**Location of Hearing:**     United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Sean H. Lane, United States Bankruptcy Judge, Courtroom 701, One Bowling Green, New York, New York 10004-1408

I.    **<u>UNCONTESTED MATTER</u>:**

1.   Motion of Debtor for Approval of Stipulation and Order Pursuant to 11 U.S.C § 362(d) Modifying Automatic Stay for Limited Purpose [**ECF No. 46**]

<u>Responses Filed</u>:     None to date.

<u>Replies Filed</u>:        None to date.

<u>Additional Documents</u>:

WEIL:\95112519\1\74193.0003

A.  Ex Parte Motion of Debtor Pursuant to Fed. R. Bankr. P. 4001(d) and 9006(c) to Shorten Notice Period, Schedule Hearing, and Approve Notice with Respect to Motion of Debtor for Approval of Stipulation and Order Pursuant to U.S.C § 362(d) Modifying Automatic Stay for Limited Purpose [**ECF No. 47**]

B.  Order Pursuant to Fed. R. Bankr. P. 4001(d) and 9006(c) Shortening Notice Period, Scheduling Hearing, and Approving Notice with Respect to Motion of Debtor for Approval of Stipulation and Order Pursuant to 11 U.S.C § 362(d) Modifying Automatic Stay for Limited Purpose [**ECF No. 48**]

<u>Status</u>: This matter is going forward.

Dated: New York, New York
October 6, 2014

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession

2