UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re

SIGA Technologies, Inc.,

               Debtor.

-----------------------------------------------------------x

<u>Chapter 11</u>

Case No. 14-12623 (SHL)

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

      William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of SIGA Technologies, Inc., debtor-in-possession:

1. PharmAthene, Inc.
   One Park Place, Suite 450
   Annapolis, MD  21401
   Attention:  Eric I. Richman
             Chief Executive Officer
   Telephone: (410) 269-2520

2. Albemarle Corporation
   451 Florida Street
   Baton Rouge, LA  70801
   Attention:  Karen Narwold, Esq.
             SVP, General Counsel
   Telephone:  (225) 388-7716

    3.    Catalent Pharma Soluions, LLC
14 Schoolhouse Road
Somerset, NJ 08873
Attention: Michelle Quinn
        Associate General Counsel
Telephone: (732) 537-6112

Dated: New York, New York
October 7, 2014

    WILLIAM R. HARRINGTON
UNITED STATES TRUSTEE
Region 2

By:    /s/ Richard C. Morrissey
Richard C. Morrissey
Trial Attorney
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014
Telephone: (212) 510-0500