**NEW HEARING DATE AND TIME: October 22, 2014 at 3:00 p.m. (Eastern Time)**

Harvey R. Miller
Stephen Karotkin
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
SIGA TECHNOLOGIES, INC.,                  :    14-12623 (SHL)
                                          :
                    Debtor.               :
                                          :
------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT OF MATTERS SCHEDULED FOR
### HEARING ON OCTOBER 15, 2014 AT 10:30 A.M. (EASTERN TIME)
### (FIRST OMNIBUS HEARING)

**PLEASE TAKE NOTICE** the matters that were previously scheduled to be heard on October 15, 2014 at 10:30 a.m. (Eastern Time) have been adjourned to **October 22, 2014 at 3:00 p.m. (Eastern Time)** (the "**Hearing**"). The Hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, and such Hearing may be further adjourned from time to time without further notice

other than an announcement at the Hearing.

Dated: New York, New York
       October 9, 2014

        /s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession