**K&L GATES LLP**
John A. Bicks
Eunice Rim Hudson
599 Lexington Avenue
New York, New York 10022
Tel: (212) 536-3906
Fax: (212) 536-3901

*Attorneys for PharmAthene, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                                    :
In re                               :  Chapter 11
                                    :
SIGA TECHNOLOGIES, INC.,            :  Case No. 14-12623 (SHL)
                                    :
Debtor.                             :
                                    :
------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

NATHANAEL F. MEYERS, being duly sworn, deposes and says:

1. I am over eighteen (18) years of age and am not a party to this action. I am employed by K&L Gates LLP having offices at 599 Lexington Avenue, New York, New York 10022.

2. On October 8, 2014, I served true and correct copies of: **Notice of Appearance and Request for Notices of Robert T. Honeywell** [Docket No. 63]; **Objection of PharmAthene, Inc. to Stipulation and Interim Order Regarding Use of Cash Collateral and Adequate Protection** [Docket No. 65]; and **Objection of PharmAthene, Inc. to Critical Vendors Motion** [Docket No. 66], by first class mail upon the persons and addresses on the

NY-1142541

attached Service List by placing same in properly addressed, postage pre-paid, envelopes and depositing said envelopes in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

By: _____
Nathanael F. Meyers

Sworn to before me this
9th day of October, 2014

_____
Notary Public

ROXANA I. CIULEI
Notary Public - State of New York
No. 01CI6234360
Qualified in Queens County
My Commission Expires January 18, 2015

## Service List

SIGA Technologies, Inc.
660 Madison Avenue
Suite 1700
New York, NY 10065

Harvey R. Miller, Esq.
Stephen Karotkin, Esq.
Garrett A. Fail, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
Attn: Arthur E. Rosenberg, Esq

Holland & Knight LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201
Attn: Brent R. McIlwain

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022
Attn: Daniel F.X. Geoghan, Esq.

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Attn: Norman L. Pernick, Esq.

WOLFF & SAMSON PC
One Boland Drive
West Orange, NJ 07052
Attn: Jonathan Bondy, Esq.
    Scott A. Zuber, Esq.

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn Paul Schwartzberg, Richard Morrissey

Albemarle Corporation
451 Florida Street
Baton Rouge, LA 70801
Attn: Karen Narwold, Esq., SVP, General Counsel

Catalent Pharma Solutions, LLC
14 Schoolhouse Road
Somerset, NJ 08873
Attn: Michelle Quinn, Associate General Counsel