PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Martin J. Bienenstock
Scott K. Rutsky
Ehud Barak

*Proposed Attorneys for the Statutory Creditors'*
*Committee of SIGA Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
*In re*                                                            :    Chapter 11
                                                                   :
SIGA TECHNOLOGIES, INC.,                                           :    Case No. 14-12623 (SHL)
                                                                   :
                                                   Debtor.         :
---------------------------------------------------------------- x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Proskauer Rose, LLP ("Proskauer") hereby appears in the above-captioned chapter 11 case as proposed counsel for the statutory creditors' committee of SIGA Technologies, Inc.

Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Proskauer requests that any notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the following:

>Martin J. Bienenstock
>Scott K. Rutsky
>Ehud Barack
>PROSKAUER ROSE LLP
>Eleven Times Square
>New York, NY 10036
>Tel. (212) 969-3000
>Fax: (212) 969-2900
>Email: mbienenstock@proskauer.com
>Email: srutsky@proskauer.com
>Email: ebarak@proskauer.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request not only includes the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, demand, or any other paper filed in this case, whether such notice is formal or informal, written or oral, and whether transmitted or conveyed by hand delivery, electronic mail, expedited delivery service, telephone, telex, telecopy, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim or suit, nor any participation in or in connection with this case, is intended or shall be deemed to waive (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any case, proceeding, matter or controversy so triable; (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in this case.

Dated: New York, New York
October 9, 2014

                                **PROSKAUER ROSE LLP**

                                By: /s/ Martin J. Bienenstock
                                      Martin J. Bienenstock
                                      Scott K. Rutsky
                                      Ehud Barak
                                      Eleven Times Square
                                      New York, New York 10036
                                      Tel:  (212) 969-3000
                                      Fax:  (212) 969-2900

                                      *Proposed Attorneys for the Statutory Creditors'*
                                      *Committee of SIGA Technologies, Inc.*