Harvey R. Miller
Stephen Karotkin
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                      :    **Chapter 11 Case No.**
:
**SIGA TECHNOLOGIES, INC.,**                   :    **14-12623 (SHL)**
:
                        **Debtor.**            :
:
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF DEBTOR FOR
ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 546(c)
ESTABLISHING AND IMPLEMENTING EXCLUSIVE AND GLOBAL
<u>PROCEDURES FOR TREATMENT OF RECLAMATION CLAIMS</u>**

PLEASE TAKE NOTICE that SIGA Technologies, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case, hereby withdraws, without prejudice, its Motion for Entry of Order Pursuant To 11 U.S.C. §§ 105 and 546(c) Establishing and Implementing Exclusive Global Procedures for Treatment of Reclamation Claims, dated September 16, 2014 (ECF No. 10).

Dated: New York, New York
       October 13, 2014

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession

2

WEIL:\95120572\1\74193.0003