UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                              :    Chapter 11
                                                    :
SIGA TECHNOLOGIES, INC.,                            :    Case No. 14-12623 (SHL)
                                                    :
                        Debtor.                     :
                                                    :

---

## AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the proposed claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On October 13, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail (and email, if available) on the Core/2002 service list attached hereto as **Exhibit A**:

- Notice of Withdrawal of Motion of Debtor for Entry of Order Establishing and Implementing Exclusive and Global Procedures for Treatment of Reclamation Claims [Docket No. 71]

Dated: October 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 14, 2014, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

DAVID M. SMITH
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SM6300826
Qualified in New York County
My Commission Expires April 07, 2018

SRF 794

# Exhibit A

SRF 794

Exhibit A
Core/2002 Service List
Served via First Class Mail (and Email, if available)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor | Albemarle Corporation | Attn: Julie Risdon | 1421 Kalamazoo Street | | South Haven | MI | 49090 | | julie.risdon@albemarle.com |
| Attorney General for USA | Attorney General for USA | Attn Bankruptcy Dept | US Dept of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | | |
| Interested Party | BARDA Acquisitions | Linda D. Luczak, Chief Contracting Officer | 330 Independence Ave | SW, Rm G-644 | Washington | DC | 20201 | | linda.luczak@hhs.gov |
| Top 20 Unsecured Creditor | Bend Research | Attn: Mary Heller | 64550 Research Road | | Bend | OR | 97701 | | mary.heller@bendresearch.com |
| Top 20 Unsecured Creditor | BINGHAM MCCUTCHEN LLP | Attn.: Alphonso Tsinijinni & David O. Johanson | One Federal Street | | Boston | MA | 02110-1726 | | al.tsinijinni@bingham.com; david.johanson@bingham.com |
| Top 20 Unsecured Creditor | Catalent Pharma Solutions | Attn: Jaspreet Jabbal & Lisa Marsicano | 14 Schoolhouse Road | | Somerset | NJ | 08873-0000 | | lisa.marsicano@catalent-ssc.com |
| Counsel for Albemarle Corporation | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | Norman L. Pernick, Esq. | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | npernick@coleschotz.com |
| Counsel for Albemarle Corporation | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | Daniel F.X. Geoghan, Esq. | 900 Third Avenue, 16th Floor | | New York | NY | 10022 | | dgeoghan@coleschotz.com |
| Top 20 Unsecured Creditor | COMPENSATION ADVISORY PARTNERS, LLC | Attn: Ilana Kanzas | 1133 Avenue of the Americas | 36th Floor | New York | NY | 10036 | | ilana.kanzas@capartners.com |
| Top 20 Unsecured Creditor | Control Solutions Intl | Attn: Charlie Cooper | P.O. BOX 75343 | | Chicago | IL | 60675-5343 | | ccooper@controlsolutions.com |
| Top 20 Unsecured Creditor | Cooley LLP | Attn: William Schwartz | 1114 Avenue of the Americas | | New York | NY | 10036-7798 | | wschwartz@cooley.com; kguernsey@cooley.com |
| Top 20 Unsecured Creditor | Covance Labs | Attn: Judy Bieri | 3301 Kinsman Boulevard | | Madison | WI | 53704-2523 | | judy.bieri@covance.com |
| Top 20 Unsecured Creditor | Fishnet Security, Inc. | Attn: Janet Ashcraft | 3701 Solutions Center | | Chicago | IL | 60677-3007 | | janet.ashcraft@fishnetsecurity.com |
| Top 20 Unsecured Creditor | FORMUREX Inc. | Attn: Sunny Sun | 2470 North Wilcox Road | | Stockton | CA | 95215 | | ssun@formurex.com |
| Secured Creditor | General Electric Capital Corporation c/o GE Healthcare Financial Services, Inc. | Attn: Senior Vice President of Risk – Life Science Finance or Sandy Kwon | Two Bethesda Metro Center | Suite 600 | Bethesda | MD | 20814 | | Sandy.Kwon@ge.com |
| Counsel for General Electric Capital Corporation | Holland & Knight LLP | Attn: Arthur E. Rosenberg, Esq | 31 West 52nd Street | | New York | NY | 10019 | | arthur.rosenberg@hklaw.com |
| Counsel for General Electric Capital Corporation | Holland & Knight LLP | Attn: Brent R. McIlwain | 200 Crescent Court | Suite 1600 | Dallas | TX | 75201 | | brent.mcilwain@hklaw.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 | | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | |
| Top 20 Unsecured Creditor | Jeffrey R. Hincks | Attn: Jeffrey R. Hincks | 230 Balmoral Court | | Chester Springs | PA | 19425 | | hincksj@aol.com |
| Top 20 Unsecured Creditor | Jenner & Block LLP | Attn: Jay DeVecchio | 1099 New York Avenue, NW | Suite 900 | Washington | DC | 20001 | | jdevecchio@jenner.com |
| Counsel for PharmAthene, Inc. | K&L Gates LLP | Attn: Roger R. Crane, Esq. & Eunice Rim Hudson | 599 Lexington Avenue | | New York | NY | 10022-6030 | | roger.crane@klgates.com; eunice.hudson@klgates.com |
| Counsel for PharmAthene, Inc. | K&L GATES LLP | Mackenzie L. Shea & Charles A. Dale III | State Street Financial Center | One Lincoln Street | Boston | MA | 02111-2950 | | mackenzie.shea@klgates.com; chad.dale@klgates.com |
| Counsel for PharmAthene, Inc. | K&L GATES LLP | Robert T. Honeywell | 599 Lexington Avenue | | New York | NY | 10022 | | robert.honeywell@klgates.com |
| Top 20 Unsecured Creditor | KCSA Strategic Communications | Attn.: Joseph Septon & Christopher Harrison | 880 Third Avenue | 6th Floor | New York | NY | 10022 | | jsepton@kcsa; charrison@kcsa.com |
| Top 20 Unsecured Creditor | M.L. CORRADO CONSULTING | Attn: Michael Corrado | 1309 Seven Corner Road | | Perkasie | PA | 18944 | | mlcorrado4444@yahoo.com |
| Top 20 Unsecured Creditor | Marion Weinreb & Associates, Inc. | Attn: Marion Weinreb | 58 Vista Del Sol | | Mill Valley | CA | 94941 | | marion@gxpsrus.com |
| Counsel for PharmAthene, Inc. | McCarter & English, LLP | Attn: A. Richard Winchester, Esq. & Christopher A. Selzer, Esq. | Renaissance Centre | 405 N. King St., 8th Floor | Wilmington | DE | 19801 | | awinchester@mccarter.com; cselzer@mccarter.com |
| Interested Party | National Institutes of Health | Attn: Artisha Wright and Christopher K. Tseng | 9000 Rockville Pike | | Bethesda | MD | 20892 | | artisha.wright@nih.gov; ctseng@niaid.nih.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Dept | Department of Law | The Capitol 2nd Floor | Albany | NY | 12224-0341 | | |
| NYC Dept. of Finance | NYC Dept. of Finance | Attn: Legal Affairs | 345 Adams Street, 3rd Fl. | | Brooklyn | NY | 11201 | | |
| NYS Dept. Taxation & Finance | NYS Dept. Taxation & Finance | Bankruptcy/Special Procedures Section | P.O. Box 5300 | | Albany | NY | 12205-0300 | | |
| Top 20 Unsecured Creditor | Patheon Manufacturing Services, LLC | Attn: Kaye Byrd | 5900 Martin Luther King Jr. Hwy. | | Greenville | NC | 27834 | | sfsc.usa@dsm.com; kaye.byrd@Patheon.com |
| Patheon Pharmaceutical Services Inc. | Patheon Pharmaceutical Services Inc. | Sheri Christie | Corporate Legal Projects Administrator | 4721 Emperor Blvd, Suite 200 | Durham | NC | 27703 | | meenu.khindri-patel@patheon.com |
| Top 20 Unsecured Creditor | PHARMATHENE, INC. | Attn.: Jeffrey Steinberg | 571 Turtle Hollow Drive | | Freehold | NJ | 07728-0000 | | jsteinberg@hcven.com |
| Top 20 Unsecured Creditor | Polit Bureau | Attn: Peter Tulkens | Diamant Building | 80, A. Reyerslaan | Brussels | | 1030 | Belgium | peter.tulkens@politbureau.be |

Exhibit A
Core/2002 Service List
Served via First Class Mail (and Email, if available)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Proposed counsel for the statutory creditors' committee of SIGA Technologies, Inc. | Proskauer Rose, LLP | Martin J. Bienenstock, Scott K. Rutsky & Ehud Barack | Eleven Times Square | | New York | NY | 10036-8299 | | mbienenstock@proskauer.com; srutsky@proskauer.com; ebarak@proskauer.com |
| Top 20 Unsecured Creditor | Ricerca Biosciences, LLC | Attn: Lori Sedilko | 7528 Auburn Road | | Concord | OH | 44077 | | lori.sedilko@ricerca.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | secbankruptcy@sec.gov; NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept | Brookfield Place | 200 Vesey Street Ste 400 | New York | NY | 10281-1022 | | bankruptcynoticeschr@sec.gov |
| Top 20 Unsecured Creditor | Senopsys LLC | Attn: Jeff Worthington | 800 West Cumming Park | Suite 1500 | Woburn | MA | 01801-0000 | | jeff.worthington@senopsys.com |
| United States Trustee Southern District of New York | United States Trustee William K Harrington | Attn Paul Schwartzberg, Richard Morrissey | US Federal Office Building | 201 Varick St Room 1006 | New York | NY | 10014 | | paul.schwartz@usdoj.gov; richard.morrissey@usdoj.gov |
| US Attorney for the Southern District of New York | US Attorney for Southern District of New York | Attn Bankruptcy Division | 86 Chambers St 3rd Floor | | New York | NY | 10007 | | |
| Counsel to Westchester Fire Insurance Company | WOLFF & SAMSON PC | Attn: Scott A. Zuber, Esq. | One Boland Drive | | West Orange | NJ | 07052-0000 | | szuber@wolffsamson.com |
| Counsel to Westchester Fire Insurance Company | WOLFF & SAMSON PC | Attn: Jonathan Bondy, Esq. | One Boland Drive | | West Orange | NJ | 07052-0000 | | jbondy@wolffsamson.com |