PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Martin J. Bienenstock
Scott K. Rutsky
Ehud Barak

*Proposed Attorneys for the Statutory Creditors'*
*Committee of SIGA Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
*In re*                                                          :    Chapter 11
                                                                 :
**SIGA TECHNOLOGIES, INC.,**                                     :    Case No. 14-12623 (SHL)
                                                                 :
                                            Debtor.              :
---------------------------------------------------------------- x

**STATEMENT IN SUPPORT OF MEDIATION STIPULATION**

The statutory creditors' committee (the "Committee") in the chapter 11 case of SIGA Technologies, Inc., chapter 11 debtor in possession ("SIGA"), respectfully submits this statement in support of the proposed *Stipulation and Order Pursuant to 11 U.S.C. § 105(a) and Rule 9019-1 of the Local Bankruptcy Rules for the Southern District of New York Appointing a Mediator*, filed on October 15, 2014 (Docket No. 73) (the "Mediation Stipulation").

**Statement in Support**

1.  SIGA commenced its chapter 11 case by filing its chapter 11 petition with the United States Bankruptcy Court for the Southern District of New York (the "Court") on September 16, 2014.

2. The United States Trustee for the Southern District of New York appointed the Committee on October 7, 2014.

3. On the evening of October 8, 2014 the Committee selected Proskauer Rose LLP ("Proskauer") as its proposed attorneys.

4. Because it was clear the entire chapter 11 case would not exist but for the dispute between SIGA and PharmAthene Inc. ("PharmAthene"), Proskauer's first act as proposed Committee attorneys on October 8, 2014 was to urge and inquire whether SIGA and PharmAthene were willing to mediate PharmAthene's claim and the treatment of its claim in the chapter 11 case or upon its dismissal.

5. The Committee is pleased that SIGA and PharmAthene promptly acted on the request to mediate, and the Committee urges the Court to approve the Mediation Stipulation.

Dated: October 16, 2014
New York, New York

**PROSKAUER ROSE LLP**

By: /s/ Martin J. Bienenstock

Martin J. Bienenstock
Scott K. Rutsky
Ehud Barak
Eleven Times Square
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
*Proposed Attorneys for the Statutory Creditors' Committee of SIGA Technologies, Inc.*