UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
SIGA TECHNOLOGIES, INC., : 14-12623 (SHL)
:
Debtor. :
:
------------------------------------------------------------x

### SUPPLEMENTAL DECLARATION OF WILLIAM J. HAYNES II IN SUPPORT OF APPLICATION OF DEBTOR PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a) FOR AUTHORITY TO EMPLOY AND RETAIN WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS FOR THE DEBTOR *NUNC PRO TUNC* TO THE COMMENCEMENT DATE

William J. Haynes II makes this declaration under 28 U.S.C. § 1746:

1. I submit this supplemental declaration (the "**Supplemental Declaration**") as a supplement to my Declaration, dated October 1, 2014 (the "**Original Declaration**"),[1] in support of the Application of Debtor Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) for Authority to Employ and Retain Weil, Gotshal & Manges LLP as Attorneys for the Debtor *Nunc Pro Tunc* to the Commencement Date (ECF No. 49) (the "**Application**").

2. This Supplemental Declaration provides additional disclosures at the request of the United States Trustee.

3. Paragraph 11 of the Original Declaration is amended and restated in its entirety as follows:

> SIGA considered three (3) law firms with expertise in the restructuring field, but, based upon Weil's reputation and experience in the restructuring field, upon SIGA's particular

---

[1] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Original Declaration.

circumstances, and upon meeting with Weil's attorneys who were proposed to work on this matter, SIGA selected Weil.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 17th day of October 2014

/s/ William J. Haynes II
William J. Haynes II
Executive Vice President and General Counsel

2