Harvey R. Miller
Stephen Karotkin
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                :
**In re**                                                       :    **Chapter 11 Case No.**
                                                                :
**SIGA TECHNOLOGIES, INC.,**                                    :    **14-12623 (SHL)**
                                                                :
                              **Debtor.**                       :
                                                                :
-----------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**OCTOBER 22, 2014 AT 3:00 P.M. (EASTERN TIME)**
**(FIRST OMNIBUS HEARING)**

**Location of Hearing:**    **United States Bankruptcy Court for the Southern District of**
                            **New York, Alexander Hamilton U.S. Custom House, before the**
                            **Honorable Sean H. Lane, United States Bankruptcy Judge,**
                            **Courtroom 701, One Bowling Green, New York, New York 10004-**
                            **1408**


**I.    CONTESTED MATTERS:**

1.    Motion of Debtor for Entry of Order Pursuant to 11 U.S.C. §§ 105 and 363(b) (i) Authorizing, But Not Directing, Debtor to Pay Prepetition Obligations of Critical Vendors, (ii) Authorizing and Directing Financial Institutions to Honor and Process Related Checks and Transfers, and (iii) Scheduling Final Hearing [**ECF No. 9**]

Responses Filed:

A.    Omnibus Response of Statutory Creditors' Committee of SIGA Technologies, Inc. to its First Day Motions, Including Conditional

Objections to the Critical Vendor Motion and Cash Collateral Stipulation [**ECF No. 76**]

B.      Objection of PharmAthene, Inc. to Critical Vendors Motion [**ECF No. 66**]

Replies Filed:                    None to date.

C.      Debtor's Omnibus Reply to Objections to (I) Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing, But Not Directing, Debtor to Pay Prepetition Obligations of Critical Vendors and (II) Stipulation Regarding Use of Cash Collateral and Adequate Protection [**ECF No. 84**]

Additional Documents:

D.      Interim Order Pursuant to 11 U.S.C. §§ 105 and 363(b) (i) Authorizing, But Not Directing, Debtor to Pay Prepetition Obligations of Critical Vendors, (ii) Authorizing and Directing Financial Institutions to Honor and Process Related Checks and Transfers, and (iii) Scheduling Final Hearing [**ECF No. 27**]

E.      Notice of Adjournment of Matters Scheduled for Hearing on October 15, 2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

Status:        This matter is going forward.

2.  Stipulation and Interim Order Regarding Use of Cash Collateral and Adequate Protection [**ECF No. 25**]

Responses Filed:

A.      Omnibus Response of Statutory Creditors' Committee of SIGA Technologies, Inc. to Its First Day Motions, Including Conditional Objections to the Critical Vendor Motion and Cash Collateral Stipulation [**ECF No. 76**]

B.      Objection of PharmAthene, Inc. to Stipulation and Interim Order Regarding Use of Cash Collateral and Adequate Protection [**ECF No. 65**]

Replies Filed:                    None to date.

C.      Debtor's Omnibus Reply to Objections to (I) Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing, But Not Directing, Debtor to Pay Prepetition Obligations of Critical Vendors and (II) Stipulation Regarding Use of Cash Collateral and Adequate Protection [**ECF No. 84**]

Additional Documents:        None to date.

2

Status:          This matter is going forward.

## II.    UNCONTESTED MATTERS:

1.    Motion of Debtor for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 1107(a) Authorizing, But Not Directing, Debtor to Pay Reimbursable Prepetition Obligations to Certain Service Providers [**ECF No. 51**]

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:

A.    Notice of Adjournment of Matters Scheduled for Hearing on October 15, 2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

B.    Omnibus Response of Statutory Creditors' Committee of SIGA Technologies, Inc. to Its First Day Motions, Including Conditional Objections to the Critical Vendor Motion and Cash Collateral Stipulation [**ECF No. 76**]

Status:          This matter is going forward.

2.    Motion of Debtor for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), and 364(a) and Fed. R. Bankr. P. 6003 and 6004 (A) Authorizing Debtor to (i) Continue Using Existing Cash Management System, (ii) Honor Certain Prepetition Obligations Related to the Use Thereof and (iii) Maintain Existing Bank Accounts and Business Forms; and (B) Scheduling a Final Hearing [**ECF No. 7**]

Responses Filed:          None to date.

Replies Filed:          None to date.

Additional Documents:

A.    Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), and 364(a) and Fed. R. Bankr. P. 6003 and 6004 (A) Authorizing Debtor to (i) Continue Using Existing Cash Management System, (ii) Honor Certain Prepetition Obligations Related to the Use Thereof and (iii) Maintain Existing Bank Accounts and Business Forms; and (B) Scheduling a Final Hearing [**ECF No. 26**]

B.    Notice of Adjournment of Matters Scheduled for Hearing on October 15, 2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

WEIL:\95105712\6\74193.0003

      C.      Omnibus Response of Statutory Creditors' Committee of SIGA Technologies, Inc. to Its First Day Motions, Including Conditional Objections to the Critical Vendor Motion and Cash Collateral Stipulation [**ECF No. 76**]

    Status:      This matter is going forward.

3.    Motion of Debtor for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing (I) Payment of Prepetition Wages, Salaries, and Other Compensation and Benefits, (II) Maintenance of Employee Benefits Programs and Payment of Related Administrative Obligations, and (III) Applicable Banks and Other Financial Institutions to Receive, Process, Honor, and Pay All Checks Presented for Payment and to Honor All Fund Transfer Requests [**ECF No. 8**]

    Responses Filed:      None to date.

    Replies Filed:      None to date.

    Additional Documents:

      A.      Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing (I) Payment of Prepetition Wages, Salaries, and Other Compensation and Benefits, (II) Maintenance of Employee Benefits Programs and Payment of Related Administrative Obligations, and (III) Applicable Banks and Other Financial Institutions to Receive, Process, Honor, and Pay All Checks Presented for Payment and to Honor All Fund Transfer Requests [**ECF No. 28**]

      B.      Notice of Adjournment of Matters Scheduled for Hearing on October 15, 2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

      C.      Omnibus Response of Statutory Creditors' Committee of SIGA Technologies, Inc. to Its First Day Motions, Including Conditional Objections to the Critical Vendor Motion and Cash Collateral Stipulation [**ECF No. 76**]

    Status:      This matter is going forward.

4.    Motion of Debtor for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), and 503(b) (i) Authorizing, But Not Directing, Debtor to (A) Continue Its Insurance Programs and (B) Pay All Insurance Obligations, (ii) Modifying the Automatic Stay with Respect to Workers Compensation Claims, and (iii) Authorizing and Directing Financial Institutions to Honor and Process Related Checks and Transfers [**ECF No. 12**]

    Responses Filed:      None to date.

    Replies Filed:      None to date.

WEIL:\95105712\6\74193.0003

Additional Documents:

A.      Interim Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), and 503(b)
(i) Authorizing, But Not Directing, Debtor to (A) Continue Its Insurance
Programs and (B) Pay All Insurance Obligations, (ii) Modifying the
Automatic Stay with Respect to Workers Compensation Claims, and (iii)
Authorizing and Directing Financial Institutions to Honor and Process
Related Checks and Transfers [**ECF No. 33**]

B.      Notice of Adjournment of Matters Scheduled for Hearing on October 15,
2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

C.      Omnibus Response of Statutory Creditors' Committee of SIGA
Technologies, Inc. to Its First Day Motions, Including Conditional
Objections to the Critical Vendor Motion and Cash Collateral Stipulation
[**ECF No. 76**]

Status:          This matter is going forward.

5.      Motion of Debtor for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 363(b),
507(a)(8), and 541 (i) Authorizing, But Not Directing, Debtor to Pay Prepetition
Taxes and Assessments and (ii) Authorizing and Directing Financial Institutions
to Honor and Process Related Checks and Transfers [**ECF No. 13**]

Responses Filed:             None to date.

Replies Filed:               None to date.

Additional Documents:

A.      Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), and 541
(i) Authorizing, But Not Directing, Debtor to Pay Prepetition Taxes and
Assessments and (ii) Authorizing and Directing Financial Institutions to
Honor and Process Related Checks and Transfers [**ECF No. 34**]

B.      Notice of Adjournment of Matters Scheduled for Hearing on October 15,
2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

C.      Omnibus Response of Statutory Creditors' Committee of SIGA
Technologies, Inc. to Its First Day Motions, Including Conditional
Objections to the Critical Vendor Motion and Cash Collateral Stipulation
[**ECF No. 76**]

Status:          This matter is going forward.

6.      Motion of Debtor for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I)
Approving Debtors Proposed Form of Adequate Assurance of Payment to
Utilities, (II) Establishing Procedures for Resolving Objections by Utility

Companies, and (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service [**ECF No. 14**]

Responses Filed:          None to date.

Replies Filed:            None to date.

Additional Documents:

A.      Notice of Hearing on Motion of Debtor for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtor's Proposed Form of Adequate Assurance of Payment to Utilities, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service [**ECF No. 44**]

B.      Notice of Adjournment of Matters Scheduled for Hearing on October 15, 2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

C.      Omnibus Response of Statutory Creditors' Committee of SIGA Technologies, Inc. to Its First Day Motions, Including Conditional Objections to the Critical Vendor Motion and Cash Collateral Stipulation [**ECF No. 76**]

Status:          This matter is going forward.

7.      Application of Debtor Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) for Authority to Employ and Retain Weil, Gotshal & Manges LLP as Attorneys for the Debtor Nunc Pro Tunc to the Commencement Date [**ECF No. 49**]

Responses Filed:          None to date.

Replies Filed:            None to date.

Additional Documents:

A.      Notice of Adjournment of Matters Scheduled for Hearing on October 15, 2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

B.      Supplemental Declaration of William J. Haynes II in Support of Application of Debtor Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) for Authority to Employ and Retain Weil, Gotshal & Manges LLP as Attorneys for the Debtor Nunc Pro Tunc to the Commencement Date [**ECF No. 77**]

C.      Supplemental Declaration on Behalf of Weil, Gotshal & Manges LLP in Support of Application of Debtor Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) for Authority to Employ and Retain Weil, Gotshal &

6

Manges LLP as Attorneys for the Debtor Nunc Pro Tunc to the Commencement Date [**ECF No. 79**]

    D.    Omnibus Response of Statutory Creditors' Committee of SIGA Technologies, Inc. to Its First Day Motions, Including Conditional Objections to the Critical Vendor Motion and Cash Collateral Stipulation [**ECF No. 76**]

    <u>Status</u>:       This matter is going forward.

8.    Application of Debtor Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) for Authority to Employ and Retain Ostrolenk Faber LLP as Intellectual Property Counsel for the Debtor Nunc Pro Tunc to the Commencement Date [**ECF No. 54**]

    <u>Responses Filed</u>:       None to date.

    <u>Replies Filed</u>:       None to date.

    <u>Additional Documents</u>:

    A.    Notice of Adjournment of Matters Scheduled for Hearing on October 15, 2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

    B.    Omnibus Response of Statutory Creditors' Committee of SIGA Technologies, Inc. to Its First Day Motions, Including Conditional Objections to the Critical Vendor Motion and Cash Collateral Stipulation [**ECF No. 76**]

    <u>Status</u>:       This matter is going forward.

9.    Application of Debtor Pursuant to 28 U.S.C § 156(c), 11 U.S.C. § 105(a), and S.D.N.Y. LBR 5075-1 for Authority to Appoint Prime Clerk LLC as Claims and Noticing Agent [**ECF No. 52**]

    <u>Responses Filed</u>:       None to date.

    <u>Replies Filed</u>:       None to date.

    <u>Additional Documents</u>:

    A.    Notice of Adjournment of Matters Scheduled for Hearing on October 15, 2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

    B.    Omnibus Response of Statutory Creditors' Committee of SIGA Technologies, Inc. to Its First Day Motions, Including Conditional Objections to the Critical Vendor Motion and Cash Collateral Stipulation [**ECF No. 76**]

WEIL:\95105712\6\74193.0003

Status:         This matter is going forward.

10.    Motion of Debtor for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 331
Establishing Procedures for Interim Compensation and Reimbursement of
Expenses of Professionals [**ECF No. 50**]

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:

A.    Notice of Adjournment of Matters Scheduled for Hearing on October 15,
2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

B.    Omnibus Response of Statutory Creditors' Committee of SIGA
Technologies, Inc. to Its First Day Motions, Including Conditional
Objections to the Critical Vendor Motion and Cash Collateral Stipulation
[**ECF No. 76**]

Status:         This matter is going forward.

11.    Motion of Debtor for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 327, 328,
and 330 for Authorization to Employ Certain Professionals Used in the Ordinary
Course of Business Nunc Pro Tunc to the Commencement [**ECF No. 53**]

Responses Filed:              None to date.

Replies Filed:                None to date.

Additional Documents:

A.    Notice of Adjournment of Matters Scheduled for Hearing on October 15,
2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

B.    Omnibus Response of Statutory Creditors' Committee of SIGA
Technologies, Inc. to Its First Day Motions, Including Conditional
Objections to the Critical Vendor Motion and Cash Collateral Stipulation
[**ECF No. 76**]

Status:         This matter is going forward.

WEIL:\95105712\6\74193.0003

**III.**        **STATUS CONFERENCE:**

1.      Order Pursuant to Local Bankruptcy Rule 1007-2(e) Scheduling Initial Case Conference [**ECF No. 35**]

Additional Documents:

A.      Notice of Adjournment of Matters Scheduled for Hearing on October 15, 2014 at 10:30 a.m. (Eastern Time) (First Omnibus Hearing) [**ECF No. 68**]

Status:          This matter is going forward.


Dated: New York, New York
          October 20, 2014

                              /s/ Stephen Karotkin
                              Harvey R. Miller
                              Stephen Karotkin
                              Garrett A. Fail

                              WEIL, GOTSHAL & MANGES LLP
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone:  (212) 310-8000
                              Facsimile:   (212) 310-8007

                              Attorneys for Debtor
                              and Debtor in Possession