**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                :

In re:                         :    Chapter 11 Case No.
                :

SIGA TECHNOLOGIES, INC.,      :    14-12623 (SHL)
                :
                :

             Debtor.    :
                :

---------------------------------------------------------- x

**SCHEDULES OF ASSETS AND LIABILITIES**

**SIGA TECHNOLOGIES, INC.**
**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND**
**DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**
**October 30, 2014**

**GENERAL NOTES:**

These Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, the Schedules of Assets and Liabilities and Statement of Financial Affairs, and should be referred to and considered in connection with any review thereof.

The Schedules of Assets and Liabilities (each, a "**Schedule**" and, collectively, the "**Schedules**") and the Statement of Financial Affairs ("**SOFA**") filed by SIGA Technologies, Inc. ("**SIGA**" or the "**Debtor**") in this chapter 11 case pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") were prepared, pursuant to section 521 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, by management of the Debtor, with the assistance of the Debtor's Court-appointed advisors.   Financial information is presented on an unaudited basis.   While the Debtor's management has made every reasonable effort to ensure that the Schedules and SOFA are as accurate and complete as possible under the circumstances, based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFA, and inadvertent errors or omissions may have occurred.   Because the Schedules and SOFA contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and SOFA are complete.   The Debtor reserves all rights to amend the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and SOFA as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."   Furthermore, nothing contained in the Schedules and SOFA shall constitute a waiver of rights with respect to this chapter 11 case, including, but not limited to, issues involving assumption or rejection of contracts under the provisions of chapter 5 of the Bankruptcy Code, substantive consolidation, equitable subordination, defenses, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Schedules and SOFA have been signed by Daniel Luckshire, Chief Financial Officer of the Debtor.   Mr. Luckshire assumed the role of Chief Financial Officer of the Debtor in February 2011.   Accordingly, in reviewing and signing the Schedules and SOFA, Mr. Luckshire necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals.   Mr. Luckshire has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and such creditors' addresses.

**The Schedules, SOFA, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.**

Description of the Case.   On September 16, 2014 (the "**Commencement Date**"), the Debtor commenced a case under chapter 11 the Bankruptcy Code in the Bankruptcy Court.   The Debtor's chapter 11 case was assigned case number 14-12623 (SHL).   The Debtor's fiscal year ends on December 31.   Unless otherwise noted, all asset information contained in the Schedules and SOFA is presented as of August 31, 2014 and all liability information is presented as of the close of business on September 15, 2014.   The Debtor continues to operate its business and manage its assets as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

Basis of Presentation.   These Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to fully reconcile to the financial statements prepared by the Debtor.   Although the Debtor has made reasonable efforts to correctly quantify, characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, inadvertent errors or omissions may exist.   In addition, certain items reported in the Schedules and SOFA could be included in more than one category.   In those instances, one category has been chosen to avoid duplication.   Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.   Moreover, the categories are included for ease of reference and are not controlling.   Information contained in the Schedules and SOFA has been derived from the Debtor's books and records and historical financial statements.

Amendment.   Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFA.   Despite these efforts, inadvertent errors or omissions may exist.   The Debtor reserves all rights, but is not required, to amend and/or supplement the Schedules and SOFA from time to time as is necessary and appropriate.

Confidential or Sensitive Information.   There may be instances in which certain information in the Schedules and SOFA intentionally has been redacted because of the nature of an agreement between the Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual.   The alterations will be limited to only what is necessary to protect the Debtor or third party and will provide parties in interest who have a reasonable basis for review of such information with sufficient information to discern the nature of the listing.

Causes of Action.   Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in its Schedules and SOFA, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.   The Debtor reserves all of its rights with respect to any claims, causes of action, or avoidance actions it may have, and neither these Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

Recharacterization.   The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA.   However, the Debtor may have improperly characterized, classified, categorized, or designated certain items.   The Debtor thus reserves all of its rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and SOFA at a later time as necessary or appropriate as additional information becomes available.

Claim Description.   Any failure to designate a claim in the Schedules or SOFA as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed."   The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules or SOFA on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."   Moreover, the Debtor reserves all of its rights to amend its Schedules and SOFA as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

Unliquidated Claim Amounts.   Claim amounts that could not be quantified readily by the Debtor are scheduled as "unliquidated."   The description of an amount as "unliquidated" is not intended to reflect upon the materiality of such amount.

Bankruptcy Court Orders.   Pursuant to certain orders of the Bankruptcy Court entered in the Debtor's chapter 11 case (the "**First-Day Orders**"), the Debtor was authorized (but not directed) to pay, among other things, certain prepetition claims of employees, taxing authorities, critical vendors, reimbursed vendors, insurance companies, and certain other prepetition creditors.   Accordingly, these liabilities may be, or have been, satisfied in accordance with such orders and therefore may not be listed in the Schedules and SOFA.

Valuation.    It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations of all of its assets.    Accordingly, unless otherwise indicated, the Schedules and SOFA reflect net book values as of August 31, 2014.    Exceptions to this include operating cash and certain other assets.    Operating cash is presented at bank balances as of the Commencement Date.    Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at unliquidated amounts, as the net book values may differ materially from fair market values.    Amounts ultimately realized may vary from net book value (or whatever value was ascribed), and such variance may be material.    Accordingly, the Debtor reserves all of its rights to amend or adjust the value of each asset set forth herein.    In addition, the amounts shown for total liabilities exclude items identified as "unliquidated" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and SOFA.

Dates.    The information provided herein, except as otherwise noted, represents the asset data of the Debtor as of August 31, 2014 and the liability data of the Debtor as of the close of business on September 15, 2014.    The Debtor chose August 31, 2014 as the date by which to reflect asset information as it was the most current month end for the Debtor's accounting system immediately preceding the Commencement Date, and the net book values should not have changed materially between August 31, 2014 and the close of business on September 15, 2014.

Specific Notes.    These General Notes are in addition to the specific notes set forth in the Schedules and SOFA. Disclosure of information in a Schedule, a response to a particular SOFA Question, or an exhibit or attachment to a Schedule or SOFA, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA Question, exhibit, or attachment.

Liabilities.    The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFA.    As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.    Liabilities are generally listed as of the Commencement Date, unless otherwise described herein.    The Debtor reserves the right, but is not required, to amend the Schedules and SOFA as it deems appropriate in this regard.

Excluded Assets and Liabilities.    The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and SOFA, including goodwill; deferred tax assets; and deferred revenue; accrued liabilities including, but not limited to, accrued employee compensation and employee benefits; tax accruals; accrued accounts payable; and assets with a net book value of zero.    The Debtor also has excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.    In addition, certain immaterial assets and liabilities may have been excluded. Pursuant to certain First-Day Orders, the Debtor was authorized (but not directed) to pay, among other things, certain prepetition claims of employees, taxing authorities, critical vendors, reimbursed vendors, insurance companies, and certain other prepetition creditors.    Accordingly, these liabilities may be, or have been, satisfied in accordance with such orders and therefore may not be listed in the Schedules and SOFA.

Leases.    The Debtor has not included in the Schedules and SOFA the future obligations of any capital or operating leases.    Capital leases are not included as assets of the Debtor on Schedule A or B.    Capital leases are only reported on Schedule G.    To the extent that there was an amount outstanding under a lease as of the Commencement Date, the amount owed to that creditor has been listed on Schedule F.

Receivables.    For confidentiality reasons the Debtor has not listed individual customer accounts receivable balance information.    Accounts receivable information has been listed net of reserves for doubtful accounts and returns as of August 31, 2014.

Intellectual Property Rights.    Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

Accordingly, the Debtor reserves all of its rights with respect to the legal status of any and all intellectual property rights.

Fiscal Year.    The Debtor's fiscal year ends on December 31.

Property and Equipment.    Unless otherwise indicated, owned property and equipment are stated at net book value.    The Debtor may lease furniture, fixtures, and equipment from certain third party lessors.    Any such leases are set forth in the Schedules and SOFA.    Nothing in the Schedules and SOFA is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all of its rights with respect to same.

Interest in Subsidiary and Affiliate.    The Debtor owns all of the stock of its sole subsidiary and profit interest units in an affiliate entity, neither of which are debtors.

Insiders.    The Debtor has attempted to include all payments made over the twelve (12) months immediately preceding the Commencement Date to any individual or entity deemed an "insider."    For these purposes, "insider" is defined as (i) directors of the Debtor; (ii) officers of the Debtor; (iii) persons in control of the Debtor; (iv) partnership in which the Debtor is a general partner; (v) general partner of the Debtor; or (vi) relative of a general partner, director, officer, or person in control of the Debtor.    The listing of a party as an "insider," however, is not intended to be, nor shall be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.    Further, the Debtor does not take any position concerning (a) the person's influence over the control of the Debtor, (b) the person's management responsibilities or functions, (c) the person's decision-making or corporate authority, or (d) whether the person could successfully argue that he or she is not an insider under applicable law, including the federal securities laws, for any theories of liability or for any other purpose.

Totals.    All totals that are included in the Schedules and SOFA represent totals of all the known amounts included in the Schedules and SOFA and exclude items identified as "unliquidated."    To the extent there are unliquidated amounts, the actual totals may be materially different from the listed totals.

## SPECIFIC NOTES WITH RESPECT TO DEBTOR'S SCHEDULES:

Schedule A: Real Property
The Debtor does not own any real property.

Schedule B-1:    Petty Cash
Petty cash is listed in the Schedules at net book values.

Schedule B-2:    Operating Cash
Operating cash is presented at *bank balances* as of the Commencement Date for each bank account.

Schedule B-3:    Deposits
Each deposit amount and the party holding the deposit is listed.

Schedule B-13:    Investments in Incorporated and Unincorporated Businesses
Investments in non-publicly traded companies are listed at unliquidated amounts because the net book values may not closely approximate the fair market values.

Schedule B-16:    Accounts Receivable
Accounts receivable represent trade accounts receivable and are listed as one amount for each entity.    Customer detail is not provided because providing such detail could disclose confidential information.    Amounts are based on the net book value as of August 31, 2014.

Schedule B-18:    Other Liquidated Debts Owed to the Debtor

In the ordinary course of business the Debtor has generated various tax refunds as a result of operating losses. Tax refunds are reported by taxing authority.

Schedule B-22:    Patents, Copyrights, and Other Intellectual Property

The list of intellectual property items (patents, copyrights, trade names, etc.) are listed at unliquidated amounts. In addition to the items listed herein, the Debtor owns various other intellectual property, including trade secrets and other proprietary information related to the research and development of new therapeutics or vaccines, that is not listed in the Debtor's accounting books and records and, therefore, not included herein.

Schedule B-23:    Licenses, Franchises, and Other Intangibles

Schedule G sets forth a licensing agreement, which either may be in addition to, or duplicative of, the licenses set forth on Schedule B-23.    The inclusion of any license agreement in both Schedules B-23 and G should not be deemed to be an indication or admission of the existence of multiple agreements.    Similarly, the exclusion of any license agreement from either Schedule B-23 or Schedule G should not be deemed determinative of whether the license is an executory contract or simply a grant of property rights.    The Debtor expressly reserves the right to recharacterize these agreements, as appropriate, upon further review.    The information provided in response to Schedule B-23 (if any) does not include the Debtor's general business licenses.

Schedule B-28:    Office Equipment

Office equipment is categorized by type and presented at net book value.

Schedule B-29:    Machinery and Equipment

Equipment used in the Debtor's business is provided categorically and presented at net book value.

Schedule B-35:    Other Assets

Other assets primarily include certain investments and various other assets, which are presented categorically. This section includes various prepaid expenses, including insurance, deposits, retainers, and other items as of August 31, 2014.

Schedule D – Creditors Holding Secured Claims.

Amounts listed herein are as of the Commencement Date.

Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization or structure of any such transaction, or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.    The descriptions provided on Schedule D are intended only to be a summary; they do not constitute an admission and are not dispositive for any purpose.    Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any lien.    Nothing in the Global Notes or the Schedules and SOFA shall be deemed to be an admission, modification, or interpretation of or relating to such agreements.

To the extent that any landlords, real property and personal property lessors, utility companies, insurance companies, or other creditors hold a security deposit from the Debtor and to the extent that such deposits constitute secured claims, such deposits are not listed on Schedule D, except as specifically stated herein.

Schedule E – Creditors Holding Unsecured Priority Claims.

Amounts listed herein are as of the Commencement Date.

All claims listed on Schedule E are claims owed to various taxing authorities.    The listing of any claim on Schedule E does not constitute an admission by the Debtor that such claim is entitled to priority treatment under

section 507 of the Bankruptcy Code.    The Debtor reserves all of its rights to dispute the amount and/or the priority status of any claim on any basis at any time.

As noted in the Global Notes, the Bankruptcy Court entered a First-Day Order granting (but not directing) the Debtor to pay certain prepetition employee wage and other obligations in the ordinary course (the "**Employee Wage Order**").    Pursuant to the Employee Wage Order, the Debtor believes that any priority employee claims for prepetition amounts have been or will be satisfied, and such satisfied amounts therefore are not listed on Schedule E.

Certain of the tax claims may be subject to ongoing audits, and the Debtor otherwise is unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E.    Therefore, the Debtor has listed all such claims as unliquidated in amount, pending final resolution of ongoing audits or outstanding issues. Taxes listed here primarily include sales and use tax, personal and real property tax, franchise tax, business license fees, and excise tax.    These taxes may be paid in connection with First-Day Orders.    Therefore, the taxing authorities for which the Debtor has paid for these types of taxes in the past are listed in the Schedules at $0 and marked as contingent and unliquidated.

Finally, the Debtor reserves its right to object to any listed claims on the ground that, among other things, such claims have already been satisfied.

<u>Schedule F – Creditors Holding Unsecured Nonpriority Claims</u>.

Amounts listed herein are as of the Commencement Date.

The Debtor has used reasonable best efforts to list all general unsecured claims against the Debtor on Schedule F based upon the Debtor's existing books and records.

Schedule F does not include certain deferred revenue, deferred credits, deferred charges, deferred liabilities, accruals, or general reserves.    Such amounts are general estimates of liabilities and do not represent specific claims as of the Commencement Date.    However, such amounts are reflected on the Debtor's books and records as required in accordance with GAAP.    Such accruals are general estimates of liabilities and do not represent specific claims as of the Commencement Date.

After the Commencement Date, the Debtor requested that its vendors provide the Debtor with any outstanding amounts due and that have not yet been invoiced.    To the extent those amounts were provided to the Debtor, they are included on Schedule F.

The claims listed on Schedule F arose or were incurred on various dates.    In certain instances, the date on which a claim arose is an open issue of fact.    Although commercially reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, no date is listed for such claims listed on Schedule F.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease.    In addition, Schedule F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Pursuant to the First-Day Orders, the Debtor was authorized (but not directed) to pay, among other things, certain prepetition claims of employees, taxing authorities, critical vendors, reimbursed vendors, insurance companies, and certain other prepetition creditors.    As of the filing of these Schedules and SOFA, certain of those liabilities remained unpaid.    As such, they may be listed on Schedule F.

The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtor's books and records may not reflect credits or allowances due from such creditors.    The Debtor reserves all of its rights in

respect of such credits or allowances.    The dollar amounts listed may be exclusive of contingent or unliquidated amounts.

Schedule F-1: Accounts Payable
Schedule F-1 contains a list of all of the Debtor's accounts payable as of the Commencement Date based on downloads from the accounts payable systems just prior to the final completion of the Schedules.    If the amount owed to a creditor results in a net negative balance, such creditor is excluded from this Schedule.

Albemarle Corporation, an unsecured creditor listed on Schedule F-1, has asserted a demand to reclaim goods delivered to the Debtor within the forty-five (45) days prior to the Commencement Date.    The asserted value of such goods is $2,715,597.50.    Albemarle's demand to reclaim such goods is unresolved as of the date of the filing these Schedules.

Schedule F-2: Litigation Claims
Schedule F-2 contains information regarding potential and pending litigation involving the Debtor.    To the extent that litigation involving the Debtor has been identified, such information is contained on Schedule F-2.

Detailed information with respect to the pending lawsuit in which the Debtor is a defendant is provided in the response to SOFA Question 4.    The plaintiff in such litigation is listed as a creditor on Schedule F-2.    The amount of the liability with respect thereto is listed as "unliquidated" and marked as contingent, unliquidated, and disputed.

Schedule G – Executory Contracts and Unexpired Leases.

While the Debtor's existing books, records, and financial systems have been relied upon to identify and schedule executory contracts and unexpired leases, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over inclusion may have occurred.    The Debtor does not make, and specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.    The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth on Schedule G and to amend or supplement Schedule G as necessary.    The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents.    Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without regard to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times on Schedule G.    This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider.

In the ordinary course of business, the Debtor may have issued numerous purchase orders for services, supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G.    To the extent that goods were delivered under purchase orders prior to the Commencement Date, vendors' claims with respect to such delivered goods are included on Schedule F.

As a general matter, certain of the Debtor's executory contracts and unexpired leases could be included in more than one category.    In those instances, one category has been chosen to avoid duplication.    Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights.    Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements.    Such documents also are not set forth on Schedule G.

The Debtor hereby reserves all of its rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth on Schedule G, and to amend or supplement Schedule G as necessary.    Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract within the meaning of section 365 of the Bankruptcy Code or unexpired lease, and the Debtor reserves all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.    Omission of a contract or lease from Schedule G does not constitute an admission that the contract or lease is not an executory contract or unexpired lease.

In addition, certain of the agreements listed on Schedule G may be in the nature of secured financings.    The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.    The Debtor reserves all of its rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, or any document or instrument (including, without limitation, any intercreditor or intercompany agreement) related to a creditor's claim.

In the ordinary course of business, the Debtor has entered into numerous contracts or agreements, both written and oral, regarding the provision of certain services on a month to month basis.    To the extent such contracts or agreements constitute executory contracts, these contracts and agreements are not listed individually on Schedule G.

Certain of the executory contracts may not have been memorialized and could be subject to dispute.    Moreover, executory agreements that are oral in nature have not been included on Schedule G.

In the ordinary course of business, the Debtor has entered into confidentiality agreements which govern the disclosure and/or receipt of confidential information between the Debtor and outside companies, institutions, and individuals.    There are no financial obligations associated with these types of agreements.    To the extent that such confidentiality agreements constitute executory contracts, they are not listed individually on Schedule G.

The Debtor is a party to certain material transfer agreements with various third-party organizations (typically universities or other nonprofit entities).    These organizations use the materials for research purposes, and there are no financial obligations between the Debtor and these counterparties.    Additionally, the amount of materials transferred is negligible and has no assigned value.

The Debtor has used reasonable best efforts to list all executory contracts and unexpired leases under the correct agreement category.    However, certain of the executory contracts and unexpired leases may be listed under the incorrect agreement category.

In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected to the extent such damage claims exist.

## SPECIFIC NOTES WITH RESPECT TO DEBTOR'S SOFA:

SOFA – Question 2 – Income Other Than From Operations.    Non-operating income reported includes minimal amounts of interest from investment accounts and credit card reward refunds.

SOFA – Question 3(b) – Ninety-Day Payments.    The dates set forth in the "Date of Payment" column relate to one of the following:    (a) the date of a wire transfer; (b) the date of an "ACH" payment; or (c) the mailing date for a check or money order.    Payments that were mailed in the ninety-day period but not presented have been excluded.    Also, payments that were mailed outside of the ninety-day period, but were presented within the period, have been included.    In addition to the payments disclosed in response to this Question, the Debtor

engaged in numerous transactions, including paying employee compensation and other employee obligations that the Debtor may not have included in response to this Question.

SOFA – Question 3(c) – One-Year Payments.    Executive compensation reported includes value derived from salary, bonus, restricted stock, and option awards.    Because of confidentiality concerns, payments made to members of the Board of Directors are shown as an aggregate amount, inclusive of fees and restricted stock units. Value was assigned to certain non-cash items, such as restricted stock units in accordance with the authoritative accounting literature based on the share price of the Debtor's common stock as of the grant date(s).

The Debtor leases its New York office space from MacAndrews & Forbes Group LLC, an affiliate of a significant shareholder of the Debtor.   Question 3(c) lists monthly rent and related payments made to MacAndrews & Forbes Group LLC.   The inclusion of MacAndrews & Forbes Group LLC herein is not intended to be, nor shall be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

SOFA – Question 4 – Lawsuits.    The Debtor is not a plaintiff in any current lawsuits or any lawsuits within the one year immediately preceding the Commencement Date.    SOFA Question 4 lists lawsuits where the Debtor is a defendant.

In the ordinary course of business, the Debtor may be obligated to withhold amounts from the paychecks of various employees in connection with garnishment orders or other state law withholding orders.   The Debtor believes that these amounts do not constitute property of the estate and, accordingly, are not responsive to this Question.   Moreover, out of concerns for the confidentiality of the Debtor's employees, the Debtor has not listed any such garnishment in response to this Question.

SOFA – Question 7 – Gifts.    In the year preceding the Commencement Date, the Debtor made cash and other equipment contributions to the organizations listed in the response to this Question.    While reasonable efforts have been made to ensure that the gifts listed in response to this Question include all gifts made, certain gifts inadvertently may have been omitted from the Schedules and SOFA.

SOFA – Question 10 – Other Transfers.    The transfers of property listed here include all transfers by the Debtor that occurred outside the ordinary course of business.

In addition to the lab equipment that the Debtor sold, the Debtor sold/transferred a National Institute of Health grant for a research and development program of anti-arenavirus (Lassa fever) to Kineta Four LLC ("**Kineta**").    The Debtor transferred and assigned to Kineta the arenavirus know-how, patents, material, arenavirus documents and the Debtor's rights under the Lassa grant agreement on July 31, 2014.   These assets held no book value to the Debtor.   If, at some future date, Kineta develops a profitable product in connection with this grant, the Debtor will receive a share of cash distributions and royalties.

There may be various assets of de minimis value that were transferred or disposed of in the past two years. Those de minimis assets are also not listed in response to this Question.

SOFA – Question 14 – Property Held for Another Person.    In the ordinary course of business, the Debtor utilizes various pieces of lab equipment that are owned by other parties.

SOFA – Question 18 Nature and Location of Business.    The Debtor's response to Question 18 includes business interests acquired by the Debtor by merger or sold by the Debtor in the six years prior to the Commencement Date. SIGA Pharmaceuticals (Europe) LTD is an inactive entity with no operations or physical locations.    The Debtor owns a 9.8% interest in Kineta Four LLC in the form of profit interest units.    These units are nonvoting and had no book value as of the Commencement Date.

SOFA – Question 19(d) – Financial Statements Issued by the Debtor.    Pursuant to the requirements of the Securities Exchange Act of 1934, at the end of each of its fiscal quarters and years and upon the occurrence of significant events, the Debtor prepares and files with the U.S. Securities and Exchange Commission (the "**SEC**") Form 10-Q Quarterly Reports, Form 10-K Annual Reports, and Form 8K Special Reports (collectively, the "**SEC**

**Filings**"). The SEC Filings contain consolidated financial information relating to the Debtor. Additionally, the Debtor has historically provided information, such as annual reports, on its website. Because the SEC Filings and other reports are of public record, the Debtor does not maintain records of the parties who requested or obtained copies of any of the SEC Filings from the SEC, the Debtor, or other sources.

SOFA – Question 21(b) – Current Partners, Officers, Directors, and Shareholders.    As of March 14, 2014 (reported on proxy), all executive officers and directors (including three former directors) owned an aggregate 2,903,628 shares of common stock of SIGA, representing 5.28% of common stock outstanding as of such date, including shares of common stock issuable upon exercise of options and stock-settled stock appreciation rights, but not including restricted stock units.    No individual officer or director owns 5% or more of the common stock of SIGA.

The ownership interests provided in response to this Question for MacAndrews & Forbes Holdings, Inc. and Jet Capital Investors, LP are as of March 14, 2014 (reported on proxy) and June 30, 2014 (reported in SEC Form 13F), respectively.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of New York

In re   **SIGA Technologies, Inc.** _____,    Case No.   **14-12623 (SHL)**

                                 Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 12 | 131,669,746.15 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,860,061.90 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 4,094,583.50 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 131,669,746.15 | | |
| Total Liabilities | | | | 7,954,645.40 | |

B6A (Official Form 6A) (12/07)

.

In re    **SIGA Technologies, Inc.**                                                    ,    Case No.  **14-12623 (SHL)**
                                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | | Sub-Total > | 0.00 | (Total of this page) |
| | | | Total > | 0.00 | |
| | | | (Report also on Summary of Schedules) | | |

__0__  continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re    **SIGA Technologies, Inc.**                                            ,    Case No.    **14-12623 (SHL)**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty Cash - NY Office** | - | 335.68 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank - Operating Account** **Citibank CBO Services** **P O BOX 769018** **San Antonio, TX 78245** | - | 79,353,432.37 |
| | | **Citibank - Payroll Account** **Citibank CBO Services** **P O BOX 769018** **San Antonio, TX 78245** | - | 13,829.25 |
| | | **Citibank - Deposit Account** **Citibank CBO Services** **P O BOX 769018** **San Antonio, TX 78245** | - | 29,378,214.94 |
| | | **Citi Personal Wealth Management Investment Account** **111 Wall Street 3rd Floor** **New York, NY 10043** | - | 99,930.00 |
| | | **Chase Bank Disbursement (Checking) Account** **P O BOX 659754** **San Antonio, TX 78265** | - | 2,925.88 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **TriNet Group, Inc.** **1100 San Leandro Blvd.** **Suite 400** **San Leandro, CA 94577** | - | 254,036.76 |
| | | **Karex Property Management - Security Deposit for Corvallis Lease** **45757 SW Research Way** **Ste 230** **Corvallis OR 97333-1299** | - | 23,418.00 |

Sub-Total >         **109,126,122.88**
(Total of this page)

___4___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **SIGA Technologies, Inc.** _____,    Case No. __**14-12623 (SHL)**__
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **MacAndrews & Forbes Group, LLC - Security Deposit for New York Lease 660 Madison Ave. Suite 1700 New York, NY 10065** | - | **364,109.04** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **9.76% of profit interest units in Kineta Four, LLC - Washington State** | - | **Unliquidated** |
| | | **100% ownership in SIGA Pharmaceuticals (Europe) LTD** | - | **Unliquidated** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >          **364,109.04**
(Total of this page)

Sheet __**1**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **SIGA Technologies, Inc.**                                    ,    Case No. __14-12623 (SHL)__
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable balance as of 8/31/14** | - | **1,090,001.88** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Federal income tax refund - Internal Revenue Service** | - | **421,182.00** |
| | | **State of California income tax refund - California Franchise Tax Board** | - | **800.00** |
| | | **New Jersey income tax refund -  New Jersey Corporation Business Tax Refund** | - | **7,517.00** |
| | | **New York State income tax refund - NYS Department of Taxation** | - | **1,582.00** |
| | | **Oregon income tax refund -  Oregon Corporation Excise Tax** | - | **10,950.00** |
| | | **New York City income tax refund - NYC Department of Finance** | - | **42,483.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **See Schedule B22 attachment** | - | **Unliquidated** |

                                                            Sub-Total >    **1,574,515.88**
                                                        (Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **SIGA Technologies, Inc.**                                      ,    Case No.    **14-12623 (SHL)**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **State of Oregon, Department of Health and Human Services.** **Radioactive materials license number OR-90876 for 4575 SW Research Way, Suite 230 Corvallis, OR 97333** | - | **Unliquidated** |
| | | **State of Washington, Department of Health.** **Site use permit number G2158 for low-level commercial radioactive waste disposal site in Washington.** | - | **Unliquidated** |
| | | **State of Oregon, Department of Consumer and Business Services.** **Boiler permit 106472 - Autoclave located at 4575 SW Research Way, Suite 230 Corvallis, OR 97333** | - | **Unliquidated** |
| | | **State of Oregon, Department of Consumer and Business Services.** **Boiler permit 109025- Bulk nitrogen tank located at 4575 SW Research Way, Suite 230 Corvallis, OR 97333** | - | **Unliquidated** |
| | | **National Institutes of Health, Office of Technology Transfer.** **License L-055-2008/1 for Generation of Wild-Type Dengue Viruses** | - | **Unliquidated** |
| | | **Oregon Secretary of State 136 State Capitol Salem, OR 97310-0722.** **Research and Development Certficiat of Validatio License ORE-90876 01** | - | **Unliquidated** |
| | | **City of Corvallis.** **Alarm Permit 2235** | - | **Unliquidated** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **SIGA Technologies, Inc.** _____,   Case No. __14-12623 (SHL)__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Computer equipment - NY and Corvallis** | - | **194,178.00** |
| | | **Furniture and Fixtures - NY and Corvallis** | - | **169,409.00** |
| | | **Leasehold improvements - NY and Corvallis** | - | **531,504.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Corvallis office and lab construction** | - | **46,128.00** |
| 30. Inventory. | | **Work-in-progress Inventory - Quakertown, Pennsylvania** | - | **2,715,598.00** |
| | | **Work in-progress Inventory - Winchester, Kentucky** | - | **14,908,460.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Westchester Fire Insurance Company - Bond (PharmAthene, Inc.)** | - | **1,347,956.00** |
| | | **Prepaid Insurance** | - | **275,943.10** |
| | | **Other Prepaid Expenses** | - | **250,822.25** |
| | | **Prepaid Retainers** | - | **165,000.00** |

Sub-Total >    **20,604,998.35**
(Total of this page)

Total >    **131,669,746.15**

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re Siga Technologies, Inc.
Case No. 14-12623

Schedule B22 - Patents, Copyrights, and Other Intellectual Property

| Type of Intellectual Property | Description of Property | Country or Organization | Application No. | Status | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|---|
| Patent | AMORPHOUS TECOVIRIMAT PREPARATION | World Intellectual Property Organization (WIPO) | PCT/US14/46340 | Pending | Unliquidated |
| Patent | ANTIVIRAL DRUGS FOR TREATMENT OR PREVENTION OF DENGUE INFECTION | European Patent Office | 8769679.5 | Pending | Unliquidated |
| Patent | ANTIVIRAL DRUGS FOR TREATMENT OR PREVENTION OF DENGUE INFECTION | United States | 12/601,187 | Issued | Unliquidated |
| Patent | ANTIVIRAL DRUGS FOR TREATMENT OR PREVENTION OF DENGUE INFECTION | Vietnam | 1-2009-02409 | Pending | Unliquidated |
| Patent | ANTIVIRAL DRUGS FOR TREATMENT OR PREVENTION OF DENGUE INFECTION | United States | 13/947,630 | Pending | Unliquidated |
| Patent | CHEMICALS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | United States | 11/785,998 | Issued | Unliquidated |
| Patent | CHEMICALS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | Canada | 2,685,153 | Pending | Unliquidated |
| Patent | CHEMICALS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | China | 200780053386 | Pending | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | United States | 10/561,153 | Issued | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | Australia | 2004249250 | Issued | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | Canada | 2,529,761 | Issued | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | European Patent Office | 4776765.2 | Pending | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | Japan | 2006-517409 | Issued | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | Australia | 2007351866 | Issued | Unliquidated |

In'eStek Technologies, Inc.
Case No. 14-12629-shl
Schedule B22 - Patents, Copyrights, and Other Intellectual Property

| Type of Intellectual Property | Description of Property | Country or Organization | Application No. | Status | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|---|
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | European Patent Office | 7755857.5 | Pending | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | Israel | 201736 | Pending | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | Mexico | MX/a/2009/011533 | Pending | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | United States | 11/785,997 | Issued | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | United States | 12/643,641 | Issued | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | United States | 12/752,462 | Issued | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | United States | 13/194,437 | Issued | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | Japan | 2011-179109 | Pending | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | Australia | 2012268859 | Pending | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | United States | 13/966,392 | Issued | Unliquidated |
| Patent | COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES | United States | 14/323,587 | Pending | Unliquidated |
| Patent | INHIBITORS AND METHODS OF INHIBITING BACTERIAL AND VIRAL PATHOGENS | United States | 13/578,413 | Pending | Unliquidated |

In re SIGA Technologies, Inc.
Case No. 14-12623

Schedule B22 - Patents, Copyrights, and Other Intellectual Property

| Type of Intellectual Property | Description of Property | Country or Organization | Application No. | Status | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|---|
| Patent | INHIBITORS AND METHODS OF INHIBITING BACTERIAL AND VIRAL PATHOGENS | European Patent Office | 11745286.2 | Pending | Unliquidated |
| Patent | INHIBITORS OF DENGUE VIRUS | Israel | 214825 | Pending | Unliquidated |
| Patent | INHIBITORS OF DENGUE VIRUS | Asia/Pacific Region | AP/P/2011/005901 | Pending | Unliquidated |
| Patent | INHIBITORS OF DENGUE VIRUS | Brazil | 1005828-1 | Pending | Unliquidated |
| Patent | INHIBITORS OF DENGUE VIRUS | South Korea | 10-2011-7022169 | Pending | Unliquidated |
| Patent | METHODS OF PREPARING TECOVIRIMAT | World Intellectual Property Organization (WIPO) | PCT/US13/54816 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF S-246 | Argentina | 20110102672 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | Canada | 2,793,533 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | Australia | 2011232551 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | Mexico | MX/a/2012/010859 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | European Patent Office | 11760126 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | Hong Kong | 13107138.3 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | Japan | 2013-501426 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | China | 201180024589 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | Israel | 221991 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | Asia/Pacific Region | AP/P/2012/006514 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | India | 3206/KOLNP/2012 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | Brazil | 112012023743-8 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | Peru | 1623-2012 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | Singapore | 201207032-2 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | New Zealand | 602578 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 | Russia | 2012144818 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 AND METHODS OF PREPARATION | United States | 13/069,813 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 AND METHODS OF PREPARATION | South Africa | 2012/07141 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 AND METHODS OF PREPARATION | African Intellectual Property Organization | 1201200384 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 AND METHODS OF PREPARATION | South Korea | 10-2012-7027664 | Pending | Unliquidated |
| Patent | POLYMORPHIC FORM OF ST-246 AND METHODS OF PREPARATION | Chile | 2012-02621 | Pending | Unliquidated |
| Patent | REHYDRATION OF MICRONIZATION TECOVIRIMAT MONOHYDRATE | United States | 61/906,119 | Pending | Unliquidated |
| Patent | SMALL MOLECULE INHIBITORS FOR THE TREATMENT OR PREVENTION OF DENGUE VIRUS INFECTION | United States | 12/736,965 | Pending | Unliquidated |
| Patent | SMALL MOLECULE INHIBITORS FOR THE TREATMENT OR PREVENTION OF DENGUE VIRUS INFECTION | European Patent Office | 9759215.8 | Pending | Unliquidated |
| Patent | SMALL MOLECULE INHIBITORS FOR THE TREATMENT OR PREVENTION OF DENGUE VIRUS INFECTION | Mexico | MX/a/2010/013269 | Pending | Unliquidated |

SIGA Technologies, Inc.
Case No. 14-12623

Schedule B22 - Patents, Copyrights, and Other Intellectual Property

| Type of Intellectual Property | Description of Property | Country or Organization | Application No. | Status | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|---|
| Patent | SMALL MOLECULE INHIBITORS FOR THE TREATMENT OR PREVENTION OF DENGUE VIRUS INFECTION | Vietnam | 1-2010-03238 | Pending | Unliquidated |
| Patent | SMALL MOLECULE INHIBITORS FOR THE TREATMENT OR PREVENTION OF DENGUE VIRUS INFECTION | India | 8193/DELNP/2010 | Pending | Unliquidated |
| Patent | SMALL MOLECULE INHIBITORS FOR THE TREATMENT OR PREVENTION OF DENGUE VIRUS INFECTION | Israel | 209380 | Pending | Unliquidated |
| Patent | SMALL MOLECULE INHIBITORS FOR THE TREATMENT OR PREVENTION OF DENGUE VIRUS INFECTION | Hong Kong | 11108398.8 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | Argentina | 20110102829 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | United States | 13/814,102 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | Australia | 2011285871 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | Canada | 2,807,528 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | China | 201180048043.1 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | European Patent Office | 201180048043.1 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | Hong Kong | 13112094.5 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | Japan | 2013-523271 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | South Korea | 10-2013-7005710 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | Mexico | MX/a/2013/001389 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | South Africa | 2013/00930 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | Brazil | 112013002646-4 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | Singapore | 201300700-0 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | India | 305/KOLNP/2013 | Pending | Unliquidated |
| Patent | ST-246 LIQUID FORMULATIONS AND METHODS | Israel | 224431 | Pending | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENDGUE VIRUS INFECTIONS | India | 7358/DELNP/2011 | Pending | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | United States | 13/203,351 | Pending | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | Canada | 2,753,421 | Pending | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | Australia | 2010218152 | Pending | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | South Africa | 2011/06270 | Pending | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | Mexico | MX/a/2011/008988 | Pending | Unliquidated |

In re Sion Technologies, Inc.
Case No. 14-12623-shl
Schedule B22 - Patents, Copyrights, and Other Intellectual Property

| Type of Intellectual Property | Description of Property | Country or Organization | Application No. | Status | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|---|
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | European Patent Office | 10746743.3 | Pending | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | Japan | 2011-552100 | Pending | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | China | 201080016715.6 | Pending | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | African Intellectual Property Organization | 1201100301 | Issued | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | Hong Kong | 12104769.7 | Pending | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | United States | 13/708,224 | Pending | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | World Intellectual Property Organization (WIPO) | PCT/US13/73449 | Pending | Unliquidated |
| Patent | THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | Japan | To be assigned | Pending | Unliquidated |
| Patent | TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | United States | 13/379,776 | Pending | Unliquidated |
| Patent | TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | European Patent Office | 10794556 | Pending | Unliquidated |
| Patent | TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | Hong Kong | 12104770.4 | Pending | Unliquidated |
| Patent | TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | South Korea | 10-2011-7030640 | Pending | Unliquidated |
| Patent | TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | Mexico | MX/a/2011/012983 | Pending | Unliquidated |
| Patent | TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS | Israel | 216605 | Pending | Unliquidated |
| Trademark | ARESTVYR | Argentina | 3220385 | Pending | Unliquidated |
| Trademark | ARESTVYR | Australia | 1534170 | Registered | Unliquidated |
| Trademark | ARESTVYR | Brazil | 840421036 | Pending | Unliquidated |
| Trademark | ARESTVYR | Canada | 1591579 | Pending | Unliquidated |
| Trademark | ARESTVYR | European Patent Office | 11151537 | Registered | Unliquidated |
| Trademark | ARESTVYR | Hong Kong | 302513673 | Registered | Unliquidated |
| Trademark | ARESTVYR | India | 2461796 | Pending | Unliquidated |
| Trademark | ARESTVYR | Israel | 249100 | Registered | Unliquidated |
| Trademark | ARESTVYR | Japan | 012 - 73 ,753 | Registered | Unliquidated |
| Trademark | ARESTVYR | Korea, Republic of | 40-2012-57097 | Registered | Unliquidated |
| Trademark | ARESTVYR | Mexico | 1338017 | Registered | Unliquidated |

In re SIGA Technologies, Inc.
Case No. 14-12623 (SHL)

Schedule B22 - Patents, Copyrights, and Other Intellectual Property

| Type of Intellectual Property | Description of Property | Country or Organization | Application No. | Status | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|---|
| Trademark | ARESTVYR | Norway | 201209177 | Registered | Unliquidated |
| Trademark | ARESTVYR | Singapore | T1302286Z | Registered | Unliquidated |
| Trademark | ARESTVYR | South Africa | 2013/00861 | Pending | Unliquidated |
| Trademark | ARESTVYR | Switzerland | 60261/2012 | Registered | Unliquidated |
| Trademark | ARESTVYR | United States | 85/568,516 | Registered | Unliquidated |
| Trademark | ARESTVYR (Class 35) | China (People's Republic) | 12154061 | Pending | Unliquidated |
| Trademark | ARESTVYR (Class 5) | China (People's Republic) | 12154060 | Pending | Unliquidated |
| Trademark | HUMAN BIOARMOR | United States | 77/977,748 | Registered | Unliquidated |
| Trademark | SIGA | Argentina | 2809653 | Registered | Unliquidated |
| Trademark | SIGA | Australia | 1344770 | Registered | Unliquidated |
| Trademark | SIGA | Brazil | 829690824 | Pending | Unliquidated |
| Trademark | SIGA | Canada | 1386919 | Pending | Unliquidated |
| Trademark | SIGA | European Patent Office | 6780811 | Registered | Unliquidated |
| Trademark | SIGA | Hong Kong | 301073231 | Registered | Unliquidated |
| Trademark | SIGA | India | 1665309 | Registered | Unliquidated |
| Trademark | SIGA | Israel | 209494 | Registered | Unliquidated |
| Trademark | SIGA | Korea, Republic of | 40-2008-14092 | Registered | Unliquidated |
| Trademark | SIGA | Pakistan | 247875 | Pending | Unliquidated |
| Trademark | SIGA | Russian Federation | 2008707332 | Registered | Unliquidated |
| Trademark | SIGA | Singapore | T0803130I | Registered | Unliquidated |
| Trademark | SIGA | South Africa | 2008/06387 | Registered | Unliquidated |
| Trademark | SIGA | Taiwan | 97011593 | Registered | Unliquidated |
| Trademark | SIGA | United States | 77/977,868 | Registered | Unliquidated |
| Trademark | SIGA | United States | 77/977,750 | Registered | Unliquidated |
| Trademark | SIGA (AND DESIGN) | Australia | 1343869 | Registered | Unliquidated |
| Trademark | SIGA (and Shield Design) | Saudi Arabia | 175205 | Registered | Unliquidated |
| Trademark | SIGA (and Shield Design) | Saudi Arabia | 175206 | Registered | Unliquidated |
| Trademark | SIGA (and Shield Design) | Taiwan | 101005045 | Registered | Unliquidated |
| Trademark | SIGA (and Shield Design) | United States | 77/977,869 | Registered | Unliquidated |
| Trademark | SIGA (and Shield Design) | United States | 77/977,749 | Registered | Unliquidated |
| Trademark | SIGA TECHNOLOGIES | Japan | 2014-61040 | Pending | Unliquidated |
| Trademark | ST-246 | Argentina | 2741401 | Registered | Unliquidated |
| Trademark | ST-246 | Australia | 1173683 | Registered | Unliquidated |
| Trademark | ST-246 | Brazil | 829136185 | Registered | Unliquidated |
| Trademark | ST-246 | Canada | 1673404 | Pending | Unliquidated |
| Trademark | ST-246 | China (People's Republic) | 6016347 | Registered | Unliquidated |
| Trademark | ST-246 | European Patent Office | 5942057 | Registered | Unliquidated |
| Trademark | ST-246 | Hong Kong | 300857287 | Registered | Unliquidated |
| Trademark | ST-246 | India | 1566447 | Registered | Unliquidated |
| Trademark | ST-246 | Israel | 199829 | Registered | Unliquidated |
| Trademark | ST-246 | Korea, Republic of | 40-2007-24640 | Registered | Unliquidated |
| Trademark | ST-246 | Mexico | 853405 | Registered | Unliquidated |
| Trademark | ST-246 | Pakistan | 236425 | Pending | Unliquidated |
| Trademark | ST-246 | Saudi Arabia | 117493 | Registered | Unliquidated |

In re Siga Technologies, Inc.
Case No. 14-12623

Schedule B22 - Patents, Copyrights, and Other Intellectual Property

| Type of Intellectual Property | Description of Property | Country or Organization | Application No. | Status | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|---|
| Trademark | ST-246 | Singapore | T07/09739Z | Registered | Unliquidated |
| Trademark | ST-246 | South Africa | 2007/10730 | Pending | Unliquidated |
| Trademark | ST-246 | United States | 77/148,474 | Registered | Unliquidated |
| Trademark | VARBLOCK | United States | 85/568,561 | Pending | Unliquidated |

B6D (Official Form 6D) (12/07)

In re   **SIGA Technologies, Inc.**                                          ,        Case No.   __14-12623 (SHL)__
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Loan and Security Agreement - 12/31/12** | | | | | |
| **General Electric Capital Corporation Two Bethesda Metro Center Suite 600 Bethesda, MD 20814** | - | | | | | | | |
| | | | Value $            **Unliquidated** | | | | 2,512,105.90 | **Unliquidated** |
| Account No. | | | **Bond (PharmAthene, Inc.) - 6/22/12** | | | | | |
| **Westchester Fire Insurance Company 436 Walnut Street WA10G Philadelphia, PA 19106-3703** | - | | | X | | X | | |
| | | | Value $            **Unliquidated** | | | | 1,347,956.00 | **Unliquidated** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | 3,860,061.90 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 3,860,061.90 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    **SIGA Technologies, Inc.**                                        ,    Case No.    **14-12623 (SHL)**
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (4/13) - Cont.

In re   **SIGA Technologies, Inc.**_____,   Case No. __**14-12623 (SHL)**__
                                      Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **See Schedule E Attachment** | - | | | | | | Unliquidated | Unliquidated / Unliquidated |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

Investor Technologies, Inc.
Case No. 14-12623

Schedule E - Creditors Holding Unsecured Priority Claims

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benton County Tax Collector | PO Box 964 | | | | Corvallis | OR | 97339-0964 | | Potential Tax Liability | x | x | x | Unliquidated |
| California | Franchise Tax Board | PO Box 942857 | | | Sacramento | CA | 94257-0531 | | Potential Tax Liability | x | x | x | Unliquidated |
| Corvallis, Oregon | Benton County Tax Office | PO Box 964 | | | Corvallis | OR | 97339-0964 | | Potential Tax Liability | x | x | x | Unliquidated |
| Delaware Secretary of State | State of Delaware | Division of Corporations | PO Box 5509 | | Binghamton | NY | 13902-5509 | | Potential Tax Liability | x | x | x | Unliquidated |
| Kentucky | Kentucky Department of Revenue | 501 High St | | | Frankfort | KY | 40620 | | Potential Tax Liability | x | x | x | Unliquidated |
| Michigan | Michigan Department of Treasury | PO Box 30774 | | | Lansing | MI | 48909-8274 | | Potential Tax Liability | x | x | x | Unliquidated |
| New Jersey | State of New Jersey, Division of Taxation, Revenue Processing Ct | PO Box 666 | | | Trenton | NJ | 08646-0666 | | Potential Tax Liability | x | x | x | Unliquidated |
| New York City | NYC Department of Finance | Correspondence Unit | One Centre Street | 22nd Floor | New York | NY | 10007 | | Potential Tax Liability | x | x | x | Unliquidated |
| New York | NYS Corporation Tax | Processing Unit | PO Box 22102 | | Albany | NY | 12201-2102 | | Potential Tax Liability | x | x | x | Unliquidated |
| Oregon | Oregon Department of Revenue | 955 Center St NE | | | Salem | OR | 97301 | | Potential Tax Liability | x | x | x | Unliquidated |
| Pennsylvania | PA Department of Revenue | PO Box 280425 | | | Harrisburg | PA | 17128-0425 | | Potential Tax Liability | x | x | x | Unliquidated |
| Internal Revenue Service | Department of the Treasury | Internal Revenue Service | | | Ogden | UT | 84201-0012 | | Potential Tax Liability | x | x | x | Unliquidated |

B6F (Official Form 6F) (12/07)

In re  **SIGA Technologies, Inc.** _____,    Case No.   __14-12623 (SHL)__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **See Schedule F Attachment** | | - | | | | | | **4,094,583.50** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

__0__   continuation sheets attached

|  | Subtotal (Total of this page) | **4,094,583.50** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **4,094,583.50** |

InteGrfin Technologies, Inc.
Case No. 14-12623

Schedule F - 1

Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Claim was Incurred, Consideration for Claim, and Whether Claim is Subject to Setoff | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| AIRGAS USA, LLC | 3125 KATHRYN STREET | | | ALBANY | OR | 97321 | | VARIOUS – TRADE CLAIM | | $523.00 |
| ALBEMARLE CORPORATION | ALBEMARLE CORPORATION | ATTN: JULIE RISDON | 1421 KALAMAZOO STREET | SOUTH HAVEN | MI | 49090 | | VARIOUS – TRADE CLAIM | | $2,762,753.35 |
| ALCHEMY SECURITY, LLC | PO BOX 40516 | | | DENVER | CO | 80204 | | VARIOUS – TRADE CLAIM | | $81.95 |
| ALINDA CHEMICAL LIMITED | HELD AT SUITE 2, PORTLAND HOUSE | GLACIS ROAD | | | | | GIBRALTAR | VARIOUS – TRADE CLAIM | | $300.00 |
| ALLANN BROS COFEE | 1852 FESCUE STREET | | | ALBANY | OR | 97321 | | VARIOUS – TRADE CLAIM | | $178.67 |
| AMAZON | PO BOX 965055 | | | ORLANDO | FL | | | VARIOUS – TRADE CLAIM | | $1,461.36 |
| AMERICAN DREAM PIZZA | 2525 NORTHWEST MONROE | | | CORVALLIS | OR | 97330 | | VARIOUS – TRADE CLAIM | | $30.60 |
| AMERICAN EXPRESS | PO BOX 2855 | | | NEW YORK | NY | 10116-2855 | | VARIOUS – TRADE CLAIM | | $33.87 |
| AMERICAN STOCK TRANSFER & TRUST COMPANY | PO BOX 12893 | | | PHILADELPHIA | PA | 19176-0893 | | VARIOUS – TRADE CLAIM | | $788.00 |
| ANALYSIS GROUP, INC. | 111 HUNTINGTON AVENUE | 10TH FLOOR | | BOSTON | MA | 2199 | | VARIOUS – TRADE CLAIM | | $24,630.50 |
| ANDREW STERN | 660 MADISON AVE | SUITE 1700 | | NEW YORK | NY | | | VARIOUS – TRADE CLAIM | | $6,969.00 |
| APTUIT SCIENTIFIC OPERATIONS LLC | ATTN: JENNIFER GOLDBERG | 3065 KENT AVE. | | WEST LAFAYETTE | IN | 47906 | | VARIOUS – TRADE CLAIM | | $34,066.08 |
| ARAMARK UNIFORM SERVICES | PO BOX 21210 | | | EUGENE | OR | 97402 | | VARIOUS – TRADE CLAIM | | $98.88 |
| AT&T MOBILITY | PO BOX 1809 | | | PARAMUS | NJ | 7653 | | VARIOUS – TRADE CLAIM | | $36.98 |
| BAY TACT CORPORATION | 440 ROUTE 198 | | | WOODSTOCK VALLEY | CT | 06282-2427 | | VARIOUS – TRADE CLAIM | | $659.20 |
| BDO USA, LLP | ATTN: AZENITH ARAYA | 100 PARK AVENUE | | NEW YORK | NY | 10017 | | VARIOUS – CONSULTING SERVICES | | $4,500.00 |
| BEND RESEARCH | ATTN: MARY HELLER | 64550 RESEARCH ROAD | | BEND | OR | 97701 | | VARIOUS – TRADE CLAIM | | $5,500.00 |
| BI-MART CORPORATION | PO BOX 2310 | | | EUGENE | OR | 97402 | | VARIOUS – TRADE CLAIM | | $84.01 |
| BINGHAM MCCUTCHEN LLP | ATTN: ALPHONSO TSINIJINNI DAVID O. JOHANSON | ONE FEDERAL STREET | | BOSTON | MA | 02110-1726 | | VARIOUS - LEGAL SERVICES | | $61,427.24 |
| BRUCE SLOVIN | 660 MADISON AVE | SUITE 1700 | | NEW YORK | NY | 10065 | | VARIOUS – TRADE CLAIM | | $6,969.00 |
| CATALENT PHARMA SOLUTIONS | ATTN: JASPREET JABBAL LISA MARSICANO | 14 SCHOOLHOUSE ROAD | | SOMERSET | NJ | 8873 | | VARIOUS – TRADE CLAIM | | $230,159.14 |
| CENTURYLINK | BUSINESS SERVICES | PO BOX 52187 | | PHOENIX | AZ | 85072-2187 | | VARIOUS – TRADE CLAIM | | $283.64 |
| CHEMAXON LLC. | PO BOX 1026 | | | SALEM | MA | 1970 | | VARIOUS – TRADE CLAIM | | $680.55 |
| COGENT COMMUNICATIONS, INC. | PO BOX 791087 | | | BALTIMORE | MD | 21279 | | VARIOUS – TRADE CLAIM | | $350.00 |
| COMCAST CABLE | PO BOX 37601 | | | PHILADELPHIA | PA | 19104 | | VARIOUS – TRADE CLAIM | | $48.53 |
| COMPENSATION ADVISORY PARTNERS LLC | ATTN: ILANA KANZAS | 1133 AVENUE OF THE AMERICAS, 36TH FLOOR | | NEW YORK | NY | 10036 | | VARIOUS – TRADE CLAIM | | $4,737.50 |
| CONTROL SOLUTIONS INTL | ATTN: KATHI LOFTUS | ATTN: ACCOUNTS RECEIVABLE | | CHICAGO | IL | 60675-5343 | | VARIOUS – TRADE CLAIM | | $6,600.00 |

ThreeSixtyTechnologies, Inc.
Case No. 14-12623T

Schedule F - 1
Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Claim was Incurred, Consideration for Claim, and Whether Claim is Subject to Setoff | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| COOLEY LLP | ATTN:  WILLIAM SCHWARTZ | 1114 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036-7798 | | VARIOUS - LEGAL SERVICES | | $165,322.53 |
| COVANCE LABS | ATTN:  JUDY BIERI | 3301 KINSMAN BLVD. | | MADISON | WI | 53704 | | VARIOUS – TRADE CLAIM | | $34,678.25 |
| COVINGTON & BURLING LLP | ATTENTION: ACCOUNTING DEPARTMENT | 1201 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004-2401 | | VARIOUS - LEGAL SERVICES | | $2,505.00 |
| CYPROTEX | 15 BEECH LANE | | | MACCLESFIELD | SK | | UK | VARIOUS – TRADE CLAIM | | $4,430.00 |
| DRINKER BIDDLE & REATH LLP | ONE LOGAN SQUARE | SUITE 2000 | | PHILADELPHIA | PA | 19103-6996 | | VARIOUS - LEGAL SERVICES | | $7,038.00 |
| FEDERAL EXPRESS | PO BOX 7221 | | | PASADENA | CA | 91109-7321 | | VARIOUS – TRADE CLAIM | | $543.68 |
| FISHNET SECURITY, INC. | ATTN:  JANET ASHCRAFT | 3701 SOLUTIONS CENTER | | CHICAGO | IL | 60677-3007 | | VARIOUS – TRADE CLAIM | | $7,487.50 |
| FORMUREX INC. | ATTN:  SUNNY SUN | 2470 NORTH WILCOX ROAD | | STOCKTON | CA | 95215 | | VARIOUS – TRADE CLAIM | | $12,383.23 |
| FOUR OAKS PARTNERS CONSULTING, LLC | 7901 STONRIDGE DRIVE | STE 401 | | PLEASONTON | CA | 94588 | | VARIOUS – TRADE CLAIM | | $50,000.00 |
| FTI CONSULTING | WALL STREET PLAZA | 89 PINE STREET | 32ND FL. | MEW YORK | NY | 10005 | | VARIOUS – CONSULTING SERVICES | | $20,061.45 |
| GARY SHERMANO | AVAILABLE UPON REQUEST | | | | | | | VARIOUS – TRADE CLAIM | | $1,376.12 |
| GE CAPITAL C/O RICOH USA PROGRAM | PO BOX 650073 | | | DALLAS | TX | 75265-0073 | | VARIOUS – TRADE CLAIM | | $1,748.24 |
| GLOBENEWSWIRE | LOCKBOX 40200 | PO BOX 8500 | | PHILADELPHIA | PA | 19178-0200 | | VARIOUS – TRADE CLAIM | | $952.66 |
| GRM DOCUMENT STORAGE, LLC | PO BOX 35539 | | | NEWARK | NJ | 7193 | | VARIOUS – TRADE CLAIM | | $77.63 |
| GRM INFORMATION MANAGEMENT SERVICES | PO BOX 35539 | | | NEWARK | NJ | 7193 | | VARIOUS – TRADE CLAIM | | $728.33 |
| HARVEY & PRICE CO. | PO BOX 1910 | | | EUGENE | OR | 97440 | | VARIOUS – TRADE CLAIM | | $2,052.00 |
| HILTON GARDEN INN CORVALLIS | 2500 SW WESTERN BLVD | | | CORVALLIS | OR | 97333 | | VARIOUS – TRADE CLAIM | | $1,178.10 |
| HYPHA DISCOVERY LIMITED | RUSSELL BUILDING, BRUNEL SCIENCE PARK, KINGSTON LANE | | | UXBRIDGE | | UB8 3PQ | | VARIOUS – TRADE CLAIM | | $10,000.00 |
| IDBS INC | 1301 MARINA VILLAGE PKWY | SUITE # 320 | | ALAMEDA | CA | 94501 | | VARIOUS – TRADE CLAIM | | $725.00 |
| INC RESEARCH, LLC | 4800 FALLS OF NEUSE ROAD | SUITE 600 | | RALEIGH | NC | 27609 | | VARIOUS – TRADE CLAIM | | $15,040.04 |
| INTEGRA TELECOM, INC. | 198 COMMERCIAL ST SE #160 | | | SALEM | OR | 97301 | | VARIOUS – TRADE CLAIM | | $950.17 |
| IRON MOUNTAIN | 10950 SW 5TH STREET | | | BEAVERTON | OR | 97005 | | VARIOUS – TRADE CLAIM | | $5,129.69 |
| JAMES J. ANTAL | 660 MADISON AVE | SUITE 1700 | | NEW YORK | NY | 10065 | | VARIOUS – TRADE CLAIM | | $12,469.00 |
| JEFFREY B. KINDLER | 660 MADISON AVE | SUITE 1700 | | NEW YORK | NY | 10065 | | VARIOUS – TRADE CLAIM | | $6,969.00 |
| JEFFREY R. HINCKS | AVAILABLE UPON REQUEST | | | | | | | VARIOUS – TRADE CLAIM | | $15,632.93 |
| JENNER AND BLOCK | ATTN:  JAY DEVECCHIO | 1099 NEW YORK AVENUE | NW SUITE 900 | WASHINGTON | DC | 20001 | | VARIOUS - LEGAL SERVICES | | $7,004.00 |
| JOSEPH W. MARSHALL, III | 660 MADISON AVE | SUITE 1700 | | NEW YORK | NY | 10065 | | VARIOUS – TRADE CLAIM | | $40,091.71 |
| KCSA STRATEGIC COMMUNICATIONS | ATTN:  JOSEPH SEPTON CHRISTOPHER HARRISON | 880 THIRD AVENUE – 6TH FLOOR | | NEW YORK | NY | 10022 | | VARIOUS – TRADE CLAIM | | $14,153.72 |

Thre Sign Technologies, Inc.
Case No. 14-12623

Schedule F - 1
Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Claim was Incurred, Consideration for Claim, and Whether Claim is Subject to Setoff | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | 1177 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036 | | VARIOUS – LEGAL SERVICES | | $9,422.00 |
| LASER IMAGE | PO BOX 41034 | | | EUGENE | OR | 97404 | | VARIOUS – TRADE CLAIM | | $41.20 |
| LATHAM & WATKINS LLP | PO BOX 7247-8181 | | | PHILADELPHIA | PA | 19170 | | VARIOUS - LEGAL SERVICES | | $270.28 |
| LSN NETWORKS INC. | PO BOX 41034 | | | EUGENE | OR | 97404 | | VARIOUS – TRADE CLAIM | | $510.00 |
| M.L CORRADO MD | ATTN: MICHAEL CORRADO | 1309 SEVEN CORNER ROAD | | PERKASIE | PA | 18944 | | VARIOUS – TRADE CLAIM | | $10,281.41 |
| MACANDREWS & FORBES GROUP, LLC | 35 EAST 62ND STREET | | | NEW YORK | NY | 10065 | | VARIOUS – TRADE CLAIM | | $3,421.51 |
| MARANDAS & MCCLELLAN, LLC. | MATTHEW W. MCCLELLAN | 16771 BOONES FERRY ROAD | | LAKE OSWEGO | OR | 97035 | | VARIOUS - LEGAL SERVICES | | $53.40 |
| MARION WEINREB & ASSOCIATES, INC. | ATTN: MARION WEINREB | 58 VISTA DEL SOL | | MILL VALLEY | CA | 94941 | | VARIOUS – CONSULTING SERVICES | | $7,000.00 |
| MICHAEL J. BAYER | 660 MADISON AVE | SUITE 1700 | | NEW YORK | NY | 10065 | | VARIOUS – TRADE CLAIM | | $12,852.00 |
| NORTHLAND LABORATORIES, INC. | 1818 SKOKIE BLVD | | | NORTHBROOK | IL | 60062 | | VARIOUS – TRADE CLAIM | | $38,413.20 |
| NW NATURAL | 220 NW 2ND AVE. | | | PORTLAND | OR | 97209 | | VARIOUS – TRADE CLAIM | | $12.23 |
| OSTROLENK FABER LLP | 1180 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036 | | VARIOUS - LEGAL SERVICES | | $24,000.00 |
| PATHEON MANUFACTURING SERVICES, LLC | ATTN: KAYE BYRD | 5900 MARTIN LUTHER KING JR. HWY. | | GREENVILLE | NC | 27834 | | VARIOUS – TRADE CLAIM | | $40,866.67 |
| PAUL G. SAVAS | 660 MADISON AVE | SUITE 1700 | | NEW YORK | NY | 10065 | | VARIOUS – TRADE CLAIM | | $10,250.00 |
| PHARSIGHT | ATTN: SEAN P. MULLEN | 321 EAST EVELYN AVENUE | | MOUNTAIN VIEW | CA | 94041 | | VARIOUS – TRADE CLAIM | | $7,500.00 |
| PHILIP K. RUSSELL M.D | AVAILABLE UPON REQUEST | | | | | | | VARIOUS – TRADE CLAIM | | $565.40 |
| PITNEYBOWES GLOBAL FINANCIAL | PO BOX 371887 | | | PITTSBURGH | PA | 15250-7887 | | VARIOUS – TRADE CLAIM | | $32.00 |
| POWDERSIZE, INC. | 20 PACIFIC DRIVE | | | QUAKERTOWN | PA | 18951 | | VARIOUS – TRADE CLAIM | | $85,075.03 |
| PROFECTUS, INC. | 8338 NE ALDERWOOD RD | STE 130B | | PORTLAND | OR | 97220 | | VARIOUS – TRADE CLAIM | | $1,520.00 |
| PSC ENVIRONMENTAL SERVICES LLC | 625 S. 32ND STREET | | | WASHOUGAL | WA | 98671 | | VARIOUS – TRADE CLAIM | | $3,880.17 |
| QUENCH | PO BOX 8500 | LOCKBOX 53203 | | PHILADELPHIA | PA | 19178-3203 | | VARIOUS – TRADE CLAIM | | $30.50 |
| QUILL CORPORATION | PO BOX 37600 | | | PHILADELPHIA | PA | 19101-0600 | | VARIOUS – TRADE CLAIM | | $228.17 |
| REPUBLIC SERVICES | PO BOX 1 | | | CORVALLIS | OR | 97339 | | VARIOUS – TRADE CLAIM | | $466.00 |
| RICERCA BIOSCIENCES, LLC | ATTN: LORI SEDILKO | 7528 AUBURN ROAD | | CONCORD | OH | 44077 | | VARIOUS – TRADE CLAIM | | $5,910.00 |
| RICOH USA, INC | PO BOX 827577 | | | PHILADELPHIA | PA | 19182-7577 | | VARIOUS – TRADE CLAIM | | $326.59 |
| ROYAL DISPATCH SERVICE, INC. | 43-22 VAN DAM STREET | | | LONG ISLAND CITY | NY | 11101 | | VARIOUS – TRADE CLAIM | | $1,545.90 |
| RWH MYERS & COMPANY LLP | SUMMERFIELD VILLAGE | BUILDING 600, SUITE 630 | | PITTSBURGH | PA | 15241 | | VARIOUS – TRADE CLAIM | | $86.25 |
| SEAMLESS NORTH AMERICA, LLC | PO BOX 5439 | | | NEW YORK | NY | 10087 | | VARIOUS – TRADE CLAIM | | $783.00 |
| SENOPSYS LLC | ATTN: JEFF WORTHINGTON | 800 WEST CUMMING PARK | | WOBURN | MA | 1801 | | VARIOUS – TRADE CLAIM | | $28,275.00 |
| SHAREHOLDER.COM | C/O WELLS FARGO BANK | LOCKBOX 30200 | | PHILADELPHIA | PA | 19178-0200 | | VARIOUS – TRADE CLAIM | | $1,366.00 |

InteSign Technologies, Inc.
Case No. 14-12623

Schedule F - 1
Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Country | Date Claim was Incurred, Consideration for Claim, and Whether Claim is Subject to Setoff | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| SHARP CLINICAL SERVICES, INC. | 300 KIMBERTON ROAD | | | PHOENIXVILLE | PA | 19460 | | VARIOUS – TRADE CLAIM | | $18,700.00 |
| SHIGA INTERNATIONAL PATENT OFFICE | GRAN TOKYO SOUTH TOWER 1-9-2 | | | MARUNOUCHI | | CHIYODA-KU | JAPAN | VARIOUS – TRADE CLAIM | | $4,762.47 |
| SOLOMON-PAGE GROUP LLC | PO BOX 75314 | | | CHICAGO | IL | 60675-5314 | | VARIOUS – TRADE CLAIM | | $16,089.00 |
| SOUTHERN RESEARCH INSTITUTE | 431 AVIATION WAY | | | FREDERICK | MD | 21701-4756 | | VARIOUS – TRADE CLAIM | | $123,929.00 |
| STAPLES | 16501 TROJAN WAY | | | LA MIRADA | CA | 90638 | | VARIOUS – TRADE CLAIM | | $702.87 |
| STERLING INFO SYSTEM, INC | ONE STATE STREET PLAZA, 24TH FLOOR | | | NEW YORK | NY | 10004 | | VARIOUS – TRADE CLAIM | | $21.77 |
| STEVEN FASMAN | AVAILABLE UPON REQUEST | | | | | | | VARIOUS – TRADE CLAIM | | $2,460.00 |
| THE ECONOMIC CLUB OF NEW YORK | 350 FIFTH AVENUE, SUITE 4910 | | | NEW YORK | NY | 10118 | | VARIOUS – TRADE CLAIM | | $67.53 |
| THOMAS E. CONSTANCE, ESQ. | 660 MADISON AVE | SUITE 1700 | | NEW YORK | NY | 10065 | | VARIOUS – TRADE CLAIM | | $6,969.00 |
| THUAN TRAN | AVAILABLE UPON REQUEST | | | | | | | VARIOUS – TRADE CLAIM | | $1,320.00 |
| TIME WARNER CABLE | PO BOX 11820 | | | NEWARK | NJ | 07101-8120 | | VARIOUS – TRADE CLAIM | | $58.98 |
| VERIZON | PO BOX 15124 | | | ALBANY | NY | 12212-5124 | | VARIOUS – TRADE CLAIM | | $39.00 |
| VERIZON BUSINESS | PO BOX 660794 | | | DALLAS | TX | 75266 | | VARIOUS – TRADE CLAIM | | $257.34 |
| VERIZON WIRELESS | ATTN: CORRESPONDENCE TEAM | PO BOX 5029 | | WALLINGFORD | CT | 6492 | | VARIOUS – TRADE CLAIM | | $4,166.25 |
| VIOGEN BIOSCIENCES | 290 WEST 2320 SOUTH | SUITE E | | SALT LAKE CITY | UT | 84119 | | VARIOUS – TRADE CLAIM | | $22,677.77 |
| W. V. BUCCELLA, ESQ. | AVAILABLE UPON REQUEST | | | | | | | VARIOUS – TRADE CLAIM | | $2,699.58 |
| | | | | | | | | **Total:** | | **$4,094,583.50** |

InVivo Therapeutics, Inc.
Case No. 14-12623
Schedule F -2
Creditors Holding Unsecured Nonpriority Claims

| Creditor Name | Address1 | Address2 | Address3 | City | State | Zip | Date Claim was Incurred, Consideration for Claim, and Whether Claim is Subject to Setoff | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PharmAthene, Inc. | Attn: Linda L. Chang | One Park Place | Suite #450 | Annapolis | MD | 21401 | Litigation | X | X | X | Unliquidated |
| Westchester Fire Insurance Company | 436 Walnut Street | WA10G | | Philadelphia | PA | 19106-3703 | Litigation - Surety Bond (PharmAthene, Inc.) | X | X | X | Unliquidated |

B6G (Official Form 6G) (12/07)

.

In re  **SIGA Technologies, Inc.** _____,    Case No.   **14-12623 (SHL)** _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **See Schedule G Attachment** | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired
Leases

Integra Technologies LLC
Case 14-12623
Schedule G - Executory Contracts and Unexpired Leases

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Contract Effective Date | Description of Contract or Lease and Nature of Debtor's Interest.  State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|---|---|---|---|---|---|---|---|---|
| ABSORPTION SYSTEMS | OAKLANDS CORPORATE CENTER | 436 CREAMERY WAY | SUITE 600 | | EXTON | PA | 19341 | | 2/15/2011 | SERVICE AGREEMENT |
| ACCUNW | 2131 NW BIRDSDALE | SE 202ND AVE | | | GRESHAM | OR | 97030 | | 6/6/2013 | SERVICE AGREEMENT |
| ACE WESTCHESTER | 436 WALNUT ST | WA10G | | | PHILADELPHIA | PA | 19106-3703 | | 6/22/2012 | SURETY BOND |
| ACLAIRO | 1950 OLD GALLOWS RD | SUITE 300 | | | VIENNA | VA | 22182 | | 3/6/2013 | SERVICE AGREEMENT |
| AIRGAS | 11900 NE 95TH STREET | SUITE 400 | | | VANCOUVER | WA | 98682 | | 5/16/2013 | SERVICE AGREEMENT |
| ALBEMARLE | 451 FLORIDA STREET | | | | BATON ROUGE | LA | 70801 | | 8/25/2011 | COMMERCIAL MANUFACTURING AGREEMENT |
| ALBEMARLE | 451 FLORIDA STREET | | | | BATON ROUGE | LA | 70801 | | 11/13/2012 | SERVICE AGREEMENT (GENERAL) |
| ALBRIGHT COLLEGE | 1621 N. 13TH STREET | | | | READING | PA | 19604 | | 8/25/2014 | MATERIAL TRANSFER AGREEMENT |
| ALCHEMY SECURITY LLC | 238 SANTA FE | | | | DENVER | CO | 80223 | | 8/15/2011 | SERVICE AGREEMENT |
| ALLAN BROS COFFEE | 852 FESCUE ST. SE | | | | ALBANY | OR | 97322 | | 6/10/2010 | EQUIPMENT LOAN AGREEMENT |
| ALPHA STATCONSULT LLC | 3820 WARTHEN DRIVE | | | | DAMASCUS | MD | 20872 | | 9/5/2012 | CONSULTING AGREEMENT |
| ALTURAS ANALYTICS, INC | 1324 ALTURAS DRIVE | | | | MOSCOW | ID | 83843 | | 6/10/2011 | SERVICE AGREEMENT |
| AT&T | 208 S. AKARD ST. | | | | DALLAS | TX | 75202 | | 12/13/2013 | SERVICE AGREEMENT; MAF AFFILIATE AGREEMENT |
| BATTELLE – SERVICE AGREEMENT | 505 KING AVENUE | | | | COLUMBUS | OH | 43201 | | 6/29/2011 | SERVICE AGREEMENT |
| BDO USA LLP | 100 PARK AVENUE | | | | NEW YORK | NY | 10017 | | 6/9/2014 | SERVICE AGREEMENT |
| BEND RESEARCH | 64550 RESEARCH ROAD | | | | BEND | OR | 97701 | | 10/16/2013 | SERVICE AGREEMENT |
| BIMART | 220 SENECA RD. | | | | EUGENE | OR | 97402 | | 1/29/1999 | COMMERICAL ACCOUNT |
| BIOTECH PCS | 2124 JEFFERSON DAVIS HIGHWAY | SUITE 304 | | | STAFFORD | VA | 22554 | | 9/8/2011 | CONSULTING AGREEMENT |
| BIOTECH PCS | 2124 JEFFERSON DAVIS HIGHWAY | SUITE 304 | | | STAFFORD | VA | 22554 | | 9/13/2011 | CONSULTING AGREEMENT |
| BOSTON UNIVERSITY | 85 E. NEWTON ST. | M921 | | | BOSTON | MA | 02118 | | 2/21/2013 | MATERIAL TRANSFER AGREEMENT |
| BYRD, CHELSEA | 12753 98TH PLACE NE | | | | KIRKLAND | WA | 98034 | | 11/6/2013 | CONSULTING AGREEMENT |
| CATALENT PHARMA SOLUTIONS | 10381 DECATUR RD | | | | PHILADELPHIA | PA | 19114 | | 9/27/2013 | SERVICE AGREEMENT; CLINICAL TRIAL MATERIAL SHIPMENT |
| CATALENT PHARMA SOLUTIONS | 10381 DECATUR RD | | | | PHILADELPHIA | PA | 19114 | | 1/9/2014 | SERVICE AGREEMENT; CLINICAL TRIAL MATERIAL SHIPMENT |
| CATALENT PHARMA SOLUTIONS | 1100 ENTERPRISE DR. | | | | WINCHESTER | KY | 40391 | | 2/20/2014 | SERVICE AGREEMENT; MATERIAL TESTING |
| CATALENT PHARMA SOLUTIONS | 1100 ENTERPRISE DR. | | | | WINCHESTER | KY | 40391 | | 4/22/2014 | SERVICE AGREEMENT; MATERIAL TESTING |
| CATALENT PHARMA SOLUTIONS | 10381 DECATUR RD | | | | PHILADELPHIA | PA | 19114 | | 6/19/2014 | SERVICE AGREEMENT; CLINICAL TRIAL MATERIAL SHIPMENT |
| CATALENT PHARMA SOLUTIONS | 14 SCHOOLHOUSE ROAD | | | | SOMERSET | NJ | 08873 | | 12/15/2011 | COMMERCIAL SUPPLY AGREEMENT |
| CBER/FDA (HANA GOLDING) | 1401 ROCKVILLE PIKE | SUITE 200N | | | ROCKVILLE | MD | 20852 | | 9/6/2011 | MATERIAL TRANSFER AGREEMENT |
| CEREP | LE BOIS L'EVEQU | BP1 | 86600 | | CELLE L'EVESCAULT | | | France | 6/7/2013 | SERVICE AGREEMENT |
| CHARLES RIVER LABORATORIES | 251 BALLARDVALE STREET | | | | WILMINGTON | MA | 01887 | | 10/1/2009 | SERVICE AGREEMENT |
| COMCAST | COMCAST CENTER | 1701 JFK BLVD | | | PHILADELPHIA | PA | 19103 | | 7/1/2014 | SERVICE/SALES AGREEMENT |
| COVANCE CLINICAL RESEARCH UNIT, INC. | 3402 KINSMAN BLVD | | | | MADISON | WI | 53704 | | 9/10/2013 | SERVICE AGREEMENT |
| COVANCE LABORATORIES, INC. | 3402 KINSMAN BLVD | | | | MADISON | WI | 53704 | | 3/1/2013 | SERVICE AGREEMENT |
| CSP PHARMA CONSULTING | 130 PINE BANK ROAD | | | | FLEMINGTON | NJ | 08822 | | 9/29/2011 | CONSULTING AGREEMENT |
| CYPROTEX | 15 BEECH LANE | MACCLESFIELD | | | CHESHIRE SK10 2DR | | | United Kingdom | 6/19/2013 | SERVICE AGREEMENT |
| DIAMOND BIOPHARM LIMITED | NO. 4 EAST WING | GEMINI HOUSE | FLEX MEADOW | HARLOW | ESSEX CM19 5TJ | | | United Kingdom | 2/12/2010 | CONSULTING AGREEMENT |
| DILIGENT BOARD MEMBER SERVICES, INC. | 39 WEST 37TH STREET | 8TH FLOOR | | | NEW YORK | NY | 10018 | | 7/2/2013 | SERVICE AGREEMENT |
| DSM | 5900 MARTIN LUTHER KING JR HWY | | | | GREENVILLE | NC | 27834 | | 1/12/2012 | SERVICE AGREEMENT |
| FARMER, RAINER | AVAILABLE UPON REQUEST | | | | | | | | 3/18/2013 | CONSULTING AGREEMENT |
| FASMAN, STEVEN | AVAILABLE UPON REQUEST | | | | | | | | 8/15/2014 | CONSULTING AGREEMENT |
| FEDERAL UNIVERSITY MINAS GERAIS, BRAZIL | AV. ANTONIO CARLOS, 6627 | PAMPULHA | BELO HORIZONTE MG | CEP 31.270-901 | | | | Brazil | 4/5/2013 | MATERIAL TRANSFER AGREEMENT |
| FEDEX | 942 SOUTH SHADY GROVE RD. | | | | MEMPHIS | TN | 38120 | | 11/7/2011 | PRICING AGREEMENT |
| FEDEX CUSTOM CRITICAL, INC. | 1475 BOETTLER RD. | | | | UNIONTOWN | OH | 44685 | | 1/17/2012 | TRANSPORATION SERVICES AGREEMENT |
| FISHER SCIENTIFIC COMPANY, LLC | 300 INDUSTRY DR. | | | | PITTSBURGH | PA | 15275 | | 8/1/2012 | SUPPLY PURCHASE AGREEMENT |

Intrexon Technologies, Inc.
Case #14-12623
Schedule G - Executory Contracts and Unexpired Leases

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Contract Effective Date | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract. |
|---|---|---|---|---|---|---|---|---|---|---|
| FISHNET SECURITY, INC. | 6130 SPRINT PARKWAY | STE 400 | | | OVERLAND PARK | KS | 66211 | | 11/14/2013 | SERVICE AGREEMENT |
| FORMUREX, INC. | 2470 WILCOX RD | | | | STOCKTON | CA | 95215 | | 9/5/2013 | SERVICE AGREEMENT |
| FORTUNE PERSONNEL CONSULTANTS | 2435 LYNN ROAD | SUITE 206 | | | RALEIGH | NC | 27612 | | 3/7/2012 | CONSULTING/FEE AGREEMENT |
| GATLIN, LARRY | AVAILABLE UPON REQUEST | | | | | | | | 2/22/2012 | CONSULTING AGREEMENT |
| GENERAL ELECTRIC CAPITAL CORPORATION | TWO BETHESDA METRO CENTER | SUITE 600 | | | BETHESDA | MD | 20814 | | 12/31/2012 | LOAN AND SECURITY AGREEMENT |
| HARDISON, MARK | 303 THE WOODS LN | | | | WINCHESTER | KY | 40391 | | 1/21/2014 | CONSULTING AGREEMENT |
| HARVEY & PRICE | 2015 NUGGET WAY | | | | EUGENE | OR | 97403 | | 6/11/2013 | SERVICE AGREEMENT |
| HHS/ASPR/AMCG | 330 INDEPENDENCE AVENUE | SW | ROOM G640 | | WASHINGTON | DC | 20201 | | 5/13/2011 | BARDA CONTRACT |
| HHS/OS/ASPR/BARDA | 330 INDEPENDENCE AVENUE | SW | ROOM G640 | | WASHINGTON | DC | 20201 | | 9/1/2008 | BARDA CONTRACT |
| HIGHTAIL | 1919 BASCOM AVENUE | | | | CAMPBELL | CA | 95008 | | 7/16/2014 | SUBSCRIBER AGREEMENT |
| HINCKS, JEFFREY | AVAILABLE UPON REQUEST | | | | | | | | 6/25/2014 | CONSULTING AGREEMENT |
| HIRE RIGHT | 3349 MICHELSON DR. | SUITE 1500 | | | IRVINE | CA | 92612 | | 8/12/2014 | SUBSCRIBER AGREEMENT |
| HYPHA DISCOVERY LTD | RUSSELL BUILDING | BRUNEL SCIENCE PARK | UXBRIDGE | | MIDDLESEX UB8 3PQ | | | United Kingdom | 5/21/2014 | SERVICE AGREEMENT |
| INC RESEARCH | 3201 BEECHLEAF COURT | SUITE 600 | | | RALEIGH | NC | 27604 | | 6/21/2012 | SERVICE AGREEMENT |
| INTEGRA TELECOM | 198 COMMERICAL ST. SE | SUITE 160 | | | SALEM | OR | 97301 | | 12/11/2012 | SERVICE AGREEMENT |
| INTEGRATED ANALYTICAL SOLUTIONS | 1456 FOURTH ST. | UNIT C | | | BERKLEY | CA | 94710 | | 12/27/2010 | SERVICE AGREEMENT |
| INTEGRATED BIOTHERAPEUTICS INC | 21 FIRSTFIELD ROAD | SUITE 100 | | | GAITHERSBURG | MD | 20878 | | 12/3/2012 | SERVICE AGREEMENT |
| IRON MOUNTAIN | 1 FEDERAL STREET | | | | BOSTON | MA | 02110 | | 9/18/2012 | SERVICE AGREEMENT; SHRED AGREEMENT |
| IRON MOUNTAIN | 1 FEDERAL STREET | | | | BOSTON | MA | 02110 | | 5/19/2011 | SERVICE AGREEMENT; STORAGE AGREEMENT |
| JANIKING | 1500 VALLEY RIVER DRIVE | SUITE 205 | | | EUGENE | OR | 97404 | | 11/1/2010 | SERVICE AGREEMENT |
| JOHNSON & JOHNSON | 410 GEORGE ST. | | | | NEW BRUNSWICK | NJ | 08901 | | 5/13/2014 | MATERIAL TRANSFER AGREEMENT |
| KASTLE SYSTEMS | 205 EAST 42ND ST. | | | | NEW YORK | NY | 10017 | | 2/11/2013 | SERVICE AGREEMENT |
| KASTLE SYSTEMS | 205 EAST 42ND ST. | | | | NEW YORK | NY | 10017 | | 6/17/2013 | SERVICE AGREEMENT |
| KCSA STRATEGIC COMMUNICATIONS | 880 THIRD AVENUE | | | | NEW YORK | NY | 10022 | | 10/1/2009 | SERVICE AGREEMENT (INVESTOR RELATIONS) |
| KINETA FOUR, LLC | 219 TERRY AVE. N, SUITE 300 | | | | SEATTLE | WA | 98109-5208 | | 8/14/2014 | ASSET PURCHASE AGREEMENT |
| KINETA FOUR, LLC | 219 TERRY AVE. N, SUITE 300 | | | | SEATTLE | WA | 98109-5208 | | 8/14/2014 | ASSIGNMENT AND ASSUMPTION AGREEMENT |
| KINETA FOUR, LLC | 219 TERRY AVE. N, SUITE 300 | | | | SEATTLE | WA | 98109-5208 | | 8/14/2014 | BILL OF SALE |
| KINETA FOUR, LLC | 219 TERRY AVE. N, SUITE 300 | | | | SEATTLE | WA | 98109-5208 | | 8/14/2014 | OPERATING AGREEMENT |
| KINETA FOUR, LLC | 219 TERRY AVE. N, SUITE 300 | | | | SEATTLE | WA | 98109-5208 | | 8/14/2014 | PROFITS INTEREST UNIT AGREEMENT |
| LA JOLLA INSTITUTE FOR ALLERGY & IMMUNOLOGY | 9420 ATHENA CIRCLE | | | | LA JOLLA | CA | 92037 | | 8/25/2009 | MATERIAL TRANSFER AGREEMENT |
| LACHMAN CONSULTANT SERVICES | 1600 STEWART AVENUE | SUITE 604 | | | WESTBURY | NY | 11590 | | 5/19/2011 | CONSULTING AGREEMENT |
| LANCASTER LABORATORIES | 2425 NEW HOLLAND PIKE | | | | LANCASTER | PA | 17601 | | 5/17/2012 | SERVICE AGREEMENT |
| LINK SYSTEMS, INC | ONE DOCK STREET | | | | STAMFORD | CT | 06902 | | 7/14/2014 | SERVICE AGREEMENT |
| LOVELACE RESPIRATORY RESEARCH INSTITUTE | 2425 RIDGECREST DR. SE | | | | ALBUQUERQUE | NM | 87108 | | 4/15/2010 | SERVICE AGREEMENT |
| LS NETWORKS | 921 SW WASHINGTON ST | #370 | | | PORTLAND | OR | 97205 | | 1/7/2013 | SERVICE AGREEMENT |
| MACANDREWS & FORBES GROUP, LLC | 35 EAST 62ND STREET | | | | NEW YORK | NY | 10065 | | 4/30/2013 | SERVICE AGREEMENT (PROFESSIONAL AND ADMINISTRATIVE) |
| MACANDREWS & FORBES GROUP, LLC | 35 EAST 62ND STREET | | | | NEW YORK | NY | 10065 | | 1/9/2013 | SUBLEASE AGREEMENT |
| MACANDREWS & FORBES LLC | 35 EAST 62ND STREET | | | | NEW YORK | NY | 10065 | | 4/30/2013 | COMMON STOCK PURCHASE WARRANT |
| MARKHAM, RICHARD | 615 N. WOLFE STREET | | | | BALTIMORE | MD | 21205 | | 6/9/2009 | MATERIAL TRANSFER AGREEMENT |
| MCCAIN INSTITUTE | 1777 F STREET NW | | | | WASHINGTON DC | | 20006 | | 12/20/2013 | MEMORANDUM OF AGREEMENT |
| METRICS | 1240 SUGG PARKWAY | | | | GREENVILLE | NC | 27834 | | 10/19/2011 | SERVICE AGREEMENT |
| ML CORRADO CONSULTING | 1309 SEVEN CORNER RD | | | | PERKASIE | PA | 18944 | | 4/10/2012 | CONSULTING AGREEMENT |
| MWA, INC. | 58 VISTA DEL SOL | | | | MILL VALLEY | CA | 94941 | | 12/12/2012 | CONSULTING AGREEMENT |
| NACR | 3344 HWY 149 | | | | EAGAN | MN | 55121 | | 2/14/2013 | SERVICE AGREEMENT |
| NATIONAL INSTITUTES OF HEALTH | 6011 EXECUTIVE BLVD | | | | ROCKVILLE | MD | 20852 | | 5/3/2011 | NIH GRANT |
| NELSON LABS, INC. | 6280 SOUTH REDWOOD RD | | | | SALT LAKE CITY | UT | 84123 | | 7/3/2012 | SERVICE AGREEMENT |

2 of 4

SIGA Technologies, Inc.
Case # 14-12623
Schedule G - Executory Contracts and Unexpired Leases

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Contract Effective Date | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract. |
|---|---|---|---|---|---|---|---|---|---|---|
| NIAID | 6610 ROCKLEDGE DR | | | | BETHESDA | MD | 20892 | | 8/6/2012 | NON-CLINICAL EVALUATION AGREEMENT |
| NIAID | 6610 ROCKLEDGE DR | SUITE 2800 | MSC 6606 | | BETHESDA | MD | 20892 | | 9/26/2012 | MATERIAL TRANSFER AGREEMENT |
| NORTHLAND LABORATORIES | 1818 SKOKIE BLVD | | | | NORTHBROOK | IL | 60062 | | 6/18/2013 | SERVICE AGREEMENT |
| OCEAN TOMO | 200 W. MADISON | 37TH FLOOR | | | CHICAGO | IL | 60606 | | 8/26/2014 | ENGAGEMENT LETTER AGREEMENT |
| OFFICE OF TECHNOLOGY TRANSFER, NATIONAL INSTITUTES OF HEALTH | 6011 EXECUTIVE BOULEVARD | SUITE 325 | | | ROCKVILLE | MD | 20852-3804 | | 2/4/2008 | BIOLOGICAL MATERIALS LICENSE AGREEMENT |
| OREGON HEALTH & SCIENCE UNIVERSITY | 505 NW 185TH AVENUE | | | | BEAVERTON | OR | 97006 | | 4/13/2010 | MATERIAL TRANSFER AGREEMENT |
| OTT, MARY BERNADETTE | 6411 STONEY HILL ROAD | | | | NEW HOPE | PA | 18938 | | 4/3/2013 | CONSULTING AGREEMENT |
| P51 LABS, INC. | 1021 NE KIRSTEN PLACE | | | | CORVALLIS | OR | 97330 | | 6/23/2014 | CONSULTING AGREEMENT |
| PAREXEL | 195 WEST STREET | | | | WALTHAM | MA | 02451 | | 1/1/2010 | CONSULTING AGREEMENT |
| PHARMABRIDGE, INC. | 3805 OLD EASTON RD | | | | DOYLESTOWN | PA | 18902 | | 2/20/2013 | SERVICE AGREEMENT |
| PHARMACORE, INC. | 4180 MENDENHALL OAKS PARKWAY | | | | HIGH POINT | NC | 27265 | | 4/26/2013 | SERVICE AGREEMENT |
| PHARSIGHT CORPORATION | 210 N. TUCKER BLVD | SUITE 350 | | | ST. LOUIS | MO | 63101 | | 5/18/2010 | SERVICE AGREEMENT |
| PLANKIS, PETER | 2605 NW LINNAN CIRCLE | | | | CORVALLIS | OR | 97330 | | 1/24/2014 | CONSULTING AGREEMENT |
| POLIT BUREAU BVBA | 26 KONINGIN ASTRIDLAAN | LANDEN | 3400 | | | | | Belgium | 1/28/2014 | CONSULTING AGREEMENT |
| POWDERSIZE, INC. | 20 PACIFIC DRIVE | | | | QUAKERTOWN | PA | 18951 | | 5/1/2012 | SERVICE AGREEMENT (GENERAL) |
| POWDERSIZE, INC. | 20 PACIFIC DRIVE | | | | QUAKERTOWN | PA | 18951 | | 8/15/2011 | SERVICE AGREEMENT; COMMERCIAL SERVICE AGREEMENT |
| QUENCH | 780 5TH AVENUE | SUITE 110 | | | KING OF PRUSSIA | PA | 19406 | | 5/20/2011 | RENTAL AGREEMENT |
| RESEARCH WAY INVESTMENTS | P.O. BOX 1833 / 1508 OLIVE STREET | | | | PASO ROBLES | CA | 93447 / 93446 | | 1/1/1998 | COMMERCIAL LEASE AGREEMENT |
| RICERCA | 7528 AUBURN ROAD | | | | CONCORD | OH | 44077 | | 9/29/2011 | SERVICE AGREEMENT |
| RICOH | 70 VALLEY STREAM PKWY | | | | MALVERN | PA | 19355 | | 3/22/2013 | EQUIPMENT LEASE AGREEMENT; MAF AFFLIATE AGREEMENT |
| RICOH | 70 VALLEY STREAM PKWY | | | | MALVERN | PA | 19355 | | 5/25/2010 | EQUIPMENT LEASE AGREEMENT |
| RICOH | 70 VALLEY STREAM PKWY | | | | MALVERN | PA | 19355 | | 12/24/2013 | EQUIPMENT LEASE AGREEMENT |
| RICOH | 70 VALLEY STREAM PKWY | | | | MALVERN | PA | 19355 | | 2/3/2010 | EQUIPMENT LEASE AGREEMENT |
| RIGAKU AMERICAS CORPORATION | 9009 NEW TRAILS | | | | THE WOODLANDS | TX | 77381 | | 8/27/2013 | MATERIAL TRANSFER AGREEMENT |
| RISK CONTROL STRATEGIES, INC. | 250 N. WESTLAKE BLVD | SUITE 200 | | | WESTLAKE VILLAGE | CA | 91362 | | 1/21/2014 | CONSULTING AGREEMENT |
| ROOT-BERNSTEIN, ROBERT | 2174 BIOMEDICAL AND PHYSICAL SCIENCES BLDG | MICHIGAN STATE UNIVERSITY | | | EAST LANSING | MI | 48824 | | 7/22/2009 | MATERIAL TRANSFER AGREEMENT |
| SAFEBRIDGE CONSULTANTS | 1924 OLD MIDDLEFIELD WAY | | | | MOUNTAIN VIEW | CA | 94043 | | 11/17/2009 | CONSULTING AGREEMENT |
| SCHUMACHER, DORIS | 11 LOCKHAVEN COURT | | | | BEDMINSTER | NJ | 07921 | | 8/22/2011 | CONSULTING AGREEMENT |
| SCISAFE, INC. | 2540 ROUTE 130 | SUITE 114 | | | CRANBURY | NJ | 08512 | | 2/12/2014 | SERVICE AGREEMENT |
| SECUREWORKS (DELL) | 1 CONCOURSE PKWY NE | | | | ATLANTA | GA | 30328 | | 12/2/2009 | SERVICE AGREEMENT |
| SECURITY ALARM CORPORATION | 217 MAIN SE | | | | ALBANY | OR | 97321 | | 9/2/1998 | ALARM MONITORING CONTRACT |
| SENOPSYS | 800 WEST CUMMINGS PARK | SUITE 1500 | | | WOBURN | MA | 01801 | | 10/28/2013 | SERVICE AGREEMENT |
| SEQWRIGHT, INC. | 2575 WEST BELLFORT | SUITE 2001 | | | HOUSTON | TX | 77054 | | 10/26/2012 | SERVICE AGREEMENT |
| SHARP CLINICAL SERVICES, INC. (FORMERLY BILCARE, INC.) | 300 KIMBERTON ROAD | | | | PHOENIXVILLE | PA | 19460 | | 8/8/2012 | SERVICE AGREEMENT |
| SHIMADZU | 7102 RIVERWOOD DR. | | | | COLUMBIA | MD | 21046 | | 9/5/2013 | MATERIAL TRANSFER AGREEMENT |
| CONFIDENTIAL SIGA EMPLOYEE #1 | AVAILABLE UPON REQUEST | | | | | | | | | EMPLOYMENT AGREEMENT |
| CONFIDENTIAL SIGA EMPLOYEE #2 | AVAILABLE UPON REQUEST | | | | | | | | | EMPLOYMENT AGREEMENT |
| CONFIDENTIAL SIGA EMPLOYEE #3 | AVAILABLE UPON REQUEST | | | | | | | | | EMPLOYMENT AGREEMENT |
| CONFIDENTIAL SIGA EMPLOYEE #4 | AVAILABLE UPON REQUEST | | | | | | | | | EMPLOYMENT AGREEMENT |
| CONFIDENTIAL SIGA EMPLOYEE #5 | AVAILABLE UPON REQUEST | | | | | | | | | EMPLOYMENT AGREEMENT |
| CONFIDENTIAL SIGA EMPLOYEE #6 | AVAILABLE UPON REQUEST | | | | | | | | | EMPLOYMENT AGREEMENT |
| SOLOMAN-PAGE GROUP LLC | 260 MADISON AVENUE | | | | NEW YORK | NY | 10016 | | 5/22/2014 | SERVICE AGREEMENT (RECRUITING) |
| SOUTHERN RESEARCH INSTITUTE | 2000 NINTH AVENUE SOUTH | | | | BIRMINGHAM | AL | 35205 | | 3/29/2010 | SERVICE AGREEMENT |
| SSCI INC (APTUIT) | TWO GREENWICH OFFICE PARK | | | | GREENWICH | CT | 06831 | | 3/23/2010 | SERVICE AGREEMENT |
| STERLING-HOFFMAN LIFE SCIENCES | 425 UNIVERSITY AVENUE | SUITE 800 | | | TORONTO | Ontario | M5G 1T6 | Canada | 3/5/2012 | CONSULTING/FEE AGREEMENT |
| STRASSER, JOSEF | 1501 REGENTS PARK LANE | | | | GREENSBORO | NC | 27455 | | 10/18/2013 | CONSULTING AGREEMENT |
| TEICHMAN, SAM | 631 HILLGIRT CIRCLE | | | | OAKLAND | CA | 94610 | | 3/5/2014 | CONSULTING AGREEMENT |
| THOMSON REUTERS (MARKETS) LLC | THE THOMSON REUTERS BUILDING | 3 TIMES SQUARE | | | NEW YORK | NY | 10036 | | 8/16/2013 | SERVICE AGREEMENT (DATABASE SUBSCRIPTION) |

Case 14-12623-shl Technologies Inc
Schedule G - Executory Contracts and Unexpired Leases

| Creditor Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country | Contract Effective Date | Description of Contract or Lease and Nature of Debtor's Interest.  State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|---|---|---|---|---|---|---|---|---|
| THOMSON REUTERS (SCIENTIFIC) LLC | 1500 SPRING GARDEN STREET, FOURTH FLOOR | | | | PENNSYLVANIA | PA | 19130 | | 1/14/2014 | SERVICE AGREEMENT (DATABASE SUBSCRIPTION) |
| TRAN, THUAN | AVAILABLE UPON REQUEST | | | | | | | | 12/11/2013 | CONSULTING AGREEMENT |
| TRICLINIC LABS INC. | 1201 CUMBERLAND AVE | STE. S | | | WEST LAFAYETTE | IN | 47906 | | 11/5/2012 | SERVICE AGREEMENT |
| TRINET EMPLOYER GROUP, INC. | 101 CALLAN AVENUE, THIRD FLOOR | | | | SAN LEANDRO | CA | 94577 | | 12/17/1997 | SERVICE AGREEMENT (HR) |
| UNANET | 45240 BUSINESS COURT | SUITE 300 | | | DULLES | VA | 20166 | | 1/1/2014 | SUBSCRIPTION LICENSE |
| UNIVERSITAT AUTONOMA DE BARCELONA | 08193 BELLATERRA | CERDANYOLA DEL VALLES | | | BARCELONA | | | Spain | 2/11/2013 | MATERIAL TRANSFER AGREEMENT |
| UNIVERSITY AT BUFFALO | 402 CROFTS HALL | UNIVERSITY OF BUFFALO | | | BUFFALO | NY | 14260 | | 7/24/2013 | MATERIAL TRANSFER AGREEMENT |
| UNIVERSITY OF HEIDELBERG | IM NEUENHEIMER FELD 672 | | | | 69120 HEIDELBERG | | | Germany | 6/10/2011 | MATERIAL TRANSFER AGREEMENT |
| VIOGEN BIOSCIENCES | 1290 WEST | 2320 SOUTH | STE E | | SALT LAKE CITY | UT | 84119 | | 6/23/2014 | SERVICE AGREEMENT |
| WEBFILINGS LLC | 2625 N. LOOP DRIVE | SUITE 2105 | | | AMES | IA | 50010 | | 12/23/2011 | SUBSCRIPTION AND SERVICES AGREEMENT |

B6H (Official Form 6H) (12/07)

In re   **SIGA Technologies, Inc.**                                                    ,    Case No.    **14-12623 (SHL)**
                                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   **SIGA Technologies, Inc.**                                    Case No.    **14-12623 (SHL)**

                                                 Debtor(s)        Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Executive Vice President and Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**41**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 30, 2014**                    Signature    **/s/ Daniel J. Luckshire**

                                                             **Daniel J. Luckshire**
                                                             **Executive Vice President and Chief Financial Officer**
                                                             **SIGA Technologies, Inc.**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.