UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                   :

In re                                        :    Chapter 11 Case No.
                                                   :
SIGA TECHNOLOGIES, INC.,          :    14-12623 (SHL)
                                                 :
                 Debtor.                  :
                                                 :
-----------------------------------------------------------x

### FIRST MONTHLY FEE STATEMENT OF OSTROLENK FABER LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INTELLECTUAL PROPERTY COUNSEL TO THE DEBTOR FOR THE PERIOD FROM SEPTEMBER 16, 2014 THROUGH SEPTEMBER 30, 2014

| | |
|---|---|
| **Name of Applicant:** | **OSTROLENK FABER LLP** |
| **Date of Retention:** | *Nunc pro tunc* to September 16, 2014 |
| **Period for Which Fees and Expenses are Incurred:** | September 16, 2014 through and including September 30, 2014 |
| **Monthly Fees Incurred:** | $    19,900.00 |
| **Less 20% Holdback:** | $    3,980.00 |
| **Monthly Expenses Incurred:** | $    5,997.87 |
| **Total Fees and Expenses Due:** | $    21,917.87 |
| **This is a** | __X__Monthly ____Interim ____Final Fee Application |

{01671365.1}

In accordance with the Order Pursuant to 11 U.S.C. §§ 105 (a) and 331, Fed. R. Bankr. P. 2016, and LBR S.D.N.Y. 2016-1 Establishing Procedures For Interim Compensation And Reimbursement of Expenses of Professionals, dated October 28, 2014, (The "Interim Compensation Order") [Docket No. 98], Ostrolenk Faber LLP ("Ostrolenk") hereby submits this first monthly statement (the "First Monthly Statement"), seeking compensation for sercives rendered and reimbursement of expenses incurred as intellectual property counsel to the Debtor, for the period of September 16, 2014 through September 30, 2014 (the "First Monthly Period"). By this Monthly Statement, Ostrolenk seeks payment in the amount of $21,917.87, which is comprised of (i) eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the First Monthly Period and (ii) reimbursement of one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.  Attached hereto as **Exhibit A** is a summary of Ostrolenk professionals by individual, setting forth the (i) name and title of each individual who performed services during the First Monthly Period, (ii) aggregate time expended by each such individual, (iii) hourly billing rate for each such individual at Ostrolenk current billing rates, (iv) the amount of fees earned by each Ostrolenk professional, (v) year of bar admission for each attorney and patent agent, and (vi) area of concentration for each professional. The blended hourly billing rate of Ostrolenk professionals during the First Monthly Period is approximately $357.27.

2.  Attached hereto as **Exhibit B** is a summary of expenses incurred and reimbursement sought, by expense type, for the First Monthly Period.

3.   Attached hereto as **Exhibit C** are itemized time records of Ostrolenk professionals for the First Monthly Period.

4.   Attached hereto as **Exhibit D** is an itemized record of all expenses for the First Monthly Period.

### NOTICE AND OBJECTION PROCEDURES

5.   Notice of this Monthly Statement shall be given (a) by hand or overnight delivery to (i) Counsel to the Debtor's material prepetition secured lenders; (ii) the office of the U.S. Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: Richard C. Morrissey, Esq.; and (iii) counsel to any official committee appointed in these bankruptcy cases (the "Notice Parties").

6.   Objections to this Monthly Statement, if any, must be served upon the Notice Parties, including Ostrolenk, no later than November 14, 2014 (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.   If no objections to the Monthly Statement are received on or before the Objection Deadline, the Debtor will promptly pay Ostrolenk: (i) 80% of Ostrolenk's total fees for services rendered during the First Monthly Period and (ii) 100% of the total disbursements incurred during the First Monthly Period.

8.   To the extent an objection to the Monthly Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of the Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
      October 30, 2014

                                   OSTROLENK FABER LLP

                        By: _____
                              Charles C. Achkar
                              1180 Avenue of the Americas
                              New York, New York 10036
                              (212) 596-0500

                              Intellectual Property Counsel to the Debtor

**Exhibit A**

## SUMMARY OF MONTHLY FEE STATEMENT OF
## OSTROLENK FABER LLP FOR SERVICES RENDERED
## FOR THE PERIOD SEPTEMBER 16, 2014 THROUGH SEPTEMBER 30, 2014

| NAME OF PROFESSIONAL PARTNERS AND COUNSELS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Charles C. Achkar | Intellectual Property | 2000 | $600.00 | 16.90 | $10,140.00 |
| **Total Partners and Counsels:** | 1 | -- | $600.00 | 16.90 | **$10,140.00** |

| NAME OF PATENT AGENT PROFESSIONAL: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Martyn Matheson | Intellectual Property | 2009 | $400.00 | 10.00 | $4,000.00 |
| **Total Associates:** | 1 | -- | $400.00 | 10.00 | **$4,000.00** |

| NAME OF PROFESSIONALS PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Nalini P. Sahadeo | Intellectual Property | $200.00 | 28.80 | $5,760.00 |
| **Total Paraprofessionals and Other Non-Legal Staff:** | 1 | $200.00 | 28.80 | **$5,760.00** |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsels | $600.00 | 16.90 | $10,140.00 |
| Patent Agent | $400.00 | 10.00 | $4,000.00 |
| Paraprofessionals and Non-Legal Staff | $200.00 | 28.80 | $5760.00 |
| **Blended Professional Rate** | **$357.27** | **55.7** | **$19,900.00** |

{01671365.1}

**Exhibit B**

## EXPENSE SUMMARY BY OSTROLENK FABER LLP
### FOR THE PERIOD SEPTEMBER 16, 2014 THROUGH SEPTEMBER 30, 2014

| EXPENSES | AMOUNTS |
|---|---|
| Foreign associate charges | $5961.92 |
| Cost of obtaining references | $35.95 |
| **Total Expenses Requested:** | **$5997.87** |

{01671365.1}

## Exhibit C

14-12623-shl    Doc 116    Filed 10/31/14    Entered 10/31/14 14:33:48    Main Document
Pg 9 of 19

# OSTROLENK FABER LLP

1180 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10036-8403
TEL 212 382 0700   FAX 212 382 0888   FAX 212 398 0681
email@ostrolenk.com

October 30, 2014

Billed 09/16/14- 09/30/14

Bill number 056440-00000-026 CCA

Siga Technologies, Inc.
Att: William J. Haynes, Esq.
   Executive Vice-President and
   General Counsel
660 Madison Avenue, Suite 1700
New York, NY 10065

FOR PROFESSIONAL SERVICES RENDERED

Our File: 56440-11
For:    General IP Matters

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/16/14 | NPS | Review email regarding inquiry from CPA Global (0.5); review Vietnamese cases (0.2); prepare email to Ms. C. Lovejoy re same (0.3) | 1.00 Hrs | 200/hr | 200.00 |
| 09/22/14 | NPS | Review docket report | 0.50 Hrs | 200/hr | 100.00 |
| 09/22/14 | CCA | Review of draft posters titled "COMPARATIVE EFFICACY OF TECOVIRIMAT (ST-246«), ACAM2000Ö SMALLPOX VACCINE, AND COMBINED ACAM2000Ö/TECOVIRIMAT AS POST-EXPOSURE PROPHYLAXIS IN THE MONKEYPOX NON-HUMAN PRIMATE MODEL" and "POST-EXPOSURE EFFICACY OF SMALLPOX ANTIVIRAL TECOVIRIMAT IN INTRADERMAL MODEL OF RABBITPOX INFECTION IN RABBITS" for patentable subject matter, trade secret information and Drug advertisement (3.2) language and preparation of a reply to client (0.4) | 3.60 Hrs | 600/hr | 2,160.00 |
| 09/24/14 | NPS | Filing emails from foreign associates (0.5) sending email to Siga re Trademark matter; review docket (0.2) | 0.70 Hrs | 200/hr | 140.00 |
| 09/25/14 | MM1 | Reviewing materials in connection with conflict check | 0.50 Hrs | 400/hr | 200.00 |
| 09/29/14 | NPS | Review email from foreign associates | 0.30 Hrs | 200/hr | 60.00 |
| 09/30/14 | NPS | Review email from foreign associates | 0.50 Hrs | 200/hr | 100.00 |

Total fees for this matter                                                        $  2,960.00

**Continued ...**

Siga Technologies, Inc.  Bill number 056440-00000-026 CCA
October 30, 2014  Page 2

---

Our File: ARIPO 56440-1168
AP S/N : AP/P/P2009/05070
For: ANTIVIRAL DRUGS FOR TREATMENT OR PREVENTION OF DENGOE INFECTION

| | | | | |
|---|---|---|---|---|
| 09/24/14 NPS | Process email from foreign associate | 0.30 Hrs | 200/hr | 60.00 |
| | Total fees for this matter | | $ | 60.00 |

Our File: Europe 56440-1405
EP S/N : 04776765.2
For: COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES

| | | | | |
|---|---|---|---|---|
| 09/24/14 NPS | Prepare email with instructions to foreign associate | 0.40 Hrs | 200/hr | 80.00 |
| | Total fees for this matter | | $ | 80.00 |

Our File: Canada 56440-1413
CA S/N : 2,685,153
For: CHEMICALS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES

| | | | | |
|---|---|---|---|---|
| 09/16/14 NPS | Prepare claims for divisional application | 1.50 Hrs | 200/hr | 300.00 |
| 09/16/14 MM1 | Reporting the issue fee due date with the allowed claims and a proposed set of claims for filing in a potential divisional application | 1.50 Hrs | 400/hr | 600.00 |
| 09/19/14 NPS | Prepare email to foreign associate re paying final fee | 0.40 Hrs | 200/hr | 80.00 |
| | Total fees for this matter | | $ | 980.00 |

Our File: Canada 056440-1419
Your Ref.: 200-18-07B
For: CHEMICALS, COMPOSITIONS, AND METHODS FOR TREATMENT AND...
Assignee : SIGA TECHNOLOGIES, INC.

| | | | | |
|---|---|---|---|---|
| 09/19/14 NPS | Review for divisional application (0.4); send instructions to foreign associate to file divisional (0.3) | 0.70 Hrs | 200/hr | 140.00 |
| 09/19/14 CCA | Review of allowed claims and pending claims in related cases (2.5) and drafting claims for a divisional application (0.7) | 3.20 Hrs | 600/hr | 1,920.00 |
| | Total fees for this matter | | $ | 2,060.00 |

Continued ...

| Siga Technologies, Inc. | Bill number 056440-00000-026 CCA |
| October 30, 2014 | Page 3 |

Our File: 56440-2342
US S/N : 12/736,965
For: SMALL MOLECULE INHIBITORS FOR THE TREATMENT OR PREVENTION OF DENGUE VIRUS INFECTION

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/17/14 | MM1 | Preparing a response to the Office Action | 1.50 Hrs | 400/hr | 600.00 |
| 09/18/14 | CCA | Review of Office Action and prior art(2.20) and formulate a strategy for a Reply (2.0) | 4.20 Hrs | 600/hr | 2,520.00 |
| 09/19/14 | MM1 | Proof reading the claims(2.0), and finalizing the response(1.5) | 3.50 Hrs | 400/hr | 1,400.00 |
| 09/22/14 | NPS | Update amendment and claims | 2.30 Hrs | 200/hr | 460.00 |
| 09/26/14 | MM1 | Finalizing the response for filing at the USPTO | 1.50 Hrs | 400/hr | 600.00 |
| | | Total fees for this matter | | | $ 5,580.00 |

Our File: 56440-2362
US S/N : 13/203,351
For: THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/17/14 | NPS | Preparing information disclosure statement listing over 280 compounds | 6.00 Hrs | 200/hr | 1,200.00 |
| 09/18/14 | NPS | Continue preparation of information disclosure statement | 3.00 Hrs | 200/hr | 600.00 |
| 09/19/14 | NPS | Continue drafting information disclosure statement | 4.00 Hrs | 200/hr | 800.00 |
| 09/23/14 | NPS | Review file per office action issued in counterpart Australian application(1.0); obtain literature references cited in the Australian office action(0.4); update information disclosure statement(0.6) | 2.00 Hrs | 200/hr | 400.00 |
| 09/25/14 | NPS | Edit information disclosure statement | 0.50 Hrs | 200/hr | 100.00 |
| 09/26/14 | NPS | Continue preparing of information disclosure statement | 1.00 Hrs | 200/hr | 200.00 |
| | | Total fees for this matter | | | $ 3,300.00 |

Our File: Australia 56440-2364
AU S/N : 2010218152
For: THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/22/14 | NPS | Pull and review file re second examination report received(0.4); docket date(0.1); prepare email to Siga reporting same(0.2) | 0.70 Hrs | 200/hr | 140.00 |
| | | Total fees for this matter | | | $ 140.00 |

Continued ...

Siga Technologies, Inc.                                              Bill number 056440-00000-026 CCA
October 30, 2014                                                                                Page 4

Our File: China 56440-2369
CN S/N : 201080016715.6
For:   THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND
       PREVENTION OF DENGUE VIRUS INFECTIONS
09/22/14 NPS   Pull and review file re email received from foreign
               associate(0.2); prepare email to Siga forwarding
               same (0.2)                                         0.40 Hrs    200/hr        80.00

               Total fees for this matter                                              $    80.00

Our File: Israel 56440-2370
IL S/N : 214825
For:   INHIBITORS OF DENGUE VIRUS
09/23/14 NPS   Review file(0.3); prepare email to associate
               forwarding newly issued Australian office action
               and references for disclosure(0.4)                 0.70 Hrs    200/hr       140.00
09/24/14 NPS   Prepare email to foreign associate requesting
               extension for responding to Notification           0.30 Hrs    200/hr        60.00
09/29/14 NPS   Review email from foreign associate re extension
               and IDS filed                                      0.10 Hrs    200/hr        20.00

               Total fees for this matter                                              $   220.00

Our File: India 56440-2373
IN S/N : 7358/DELNP/2011
For:   THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND
       PREVENTION OF DENGUE VIRUS INFECTIONS
09/23/14 NPS   Prepare email to associate forwarding newly
               issued Australian office action and references for
               disclosure                                         0.70 Hrs    200/hr       140.00

               Total fees for this matter                                              $   140.00

Our File: Argentina 56440-2523
AR S/N : 20110102829
For:   ST-246 LIQUID FORMULATIONS AND METHODS
09/22/14 NPS   Review file and invoice received from foreign
               associate(0.1); prepare and send email o foreign
               associate requesting re-issuance of debit note(0.2)  0.30 Hrs  200/hr        60.00

               Total fees for this matter                                              $    60.00

Continued ...

Siga Technologies, Inc.                                              Bill number 056440-00000-026 CCA
October 30, 2014                                                                                Page 5

Our File: 56440-2524
US S/N : 13/814,102
For:    ST-246 LIQUID FORMULATIONS AND METHODS

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/17/14 | CCA | Review of Office Action | 0.80 Hrs | 600/hr | 480.00 |
| 09/29/14 | NPS | Obtain claims(0.1); review email from Mr. M. Matheson re election(0.1) | 0.20 Hrs | 200/hr | 40.00 |
| 09/29/14 | MM1 | Reporting the Office Action(0.5) and proposing claims for further prosecution(1.0) | 1.50 Hrs | 400/hr | 600.00 |

Total fees for this matter                                                               $  1,120.00

Our File: Singapore 56440-2535
SG S/N : 201300700-0
For:    ST-246 LIQUID FORMULATIONS AND METHODS

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/30/14 | CCA | Review of Office Action and prior art(3.0) and formulate a strategy for a Reply(2.1) | 5.10 Hrs | 600/hr | 3,060.00 |

Total fees for this matter                                                               $  3,060.00

Our File: 56440-2700 PROV
US S/N : 61/906,119
For:    REHYDRATION OF MICRONIZATION TECOVIRIMAT MONOHYDRATE

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/22/14 | NPS | Pull file(0.1); review docket(0.1); send reminder re convention ends date(0.1) | 0.30 Hrs | 200/hr | 60.00 |

Total fees for this matter                                                               $     60.00

BILLING SUMMARY

TOTAL FEES                                                                              $ 19,900.00
TOTAL DISBURSEMENTS                                                                     $      0.00
TOTAL CHARGES FOR THIS BILL                                                             $ 19,900.00

**Exhibit D**

14-12623-shl    Doc 116    Filed 10/31/14    Entered 10/31/14 14:33:48    Main Document
Pg 15 of 19

# OSTROLENK FABER LLP

1180 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK  10036-8403
TEL 212 382 0700  FAX 212 382 0888  FAX  212 398 0681
email@ostrolenk.com

October 30, 2014

Billed 09/16/14- 09/30/14

Bill number 056440-00000-027 CCA

Siga Technologies, Inc.
Att: William J. Haynes, Esq.
    Executive Vice-President and
    General Counsel
660 Madison Avenue, Suite 1700
New York, NY 10065

FOR PROFESSIONAL SERVICES RENDERED

Our File: Canada 56440-1084
CA S/N  : 2,698,075
For:    ANTIVIRAL DRUGS FOR TREATMENT OF ARENAVIRUS INFECTION

DISBURSEMENTS

| | | |
|---|---:|---:|
| Associate charge (Copy Attached) | 2,740.90 | |
| Total disbursements for this matter | | $ 2,740.90 |

Our File: ARIPO 56440-1168
AP S/N  : AP/P/P2009/05070
For:    ANTIVIRAL DRUGS FOR TREATMENT OR PREVENTION OF DENGOE INFECTION

DISBURSEMENTS

| | | |
|---|---:|---:|
| Associate charge (Copy Attached) | 318.95 | |
| Total disbursements for this matter | | $ 318.95 |

Our File: 56440-1432
US P/N   : 8,350,509
For:    COMPOUNDS, COMPOSITIONS AND METHODS FOR TREATMENT AND PREVENTION OF ORTHOPOXVIRUS INFECTIONS AND ASSOCIATED DISEASES

DISBURSEMENTS

| | | |
|---|---:|---:|
| Cost of obtaining reference from sciencedirect.com | 35.95 | |
| Total disbursements for this matter | | $ 35.95 |

**Continued ...**

| Siga Technologies, Inc. | Bill number 056440-00000-027 CCA |
|---|---|
| October 30, 2014 | Page 2 |

Our File: Mexico 56440-2348
MX S/N  : MX/a/2010/013269
For:    SMALL MOLECULE IHIBITORS FOR THE TREATMENT OR PREVENTION OF DENGUE VIRUS INFECTION

DISBURSEMENTS

| | | |
|---|---:|---:|
| Associate charge (Copy Attached) | 497.76 | |
| Total disbursements for this matter | $ | 497.76 |

Our File: Australia 56440-2364
AU S/N  : 2010218152
For:    THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS

DISBURSEMENTS

| | | |
|---|---:|---:|
| Associate charge (Copy Attached) | 440.00 | |
| Total disbursements for this matter | $ | 440.00 |

Our File: Mexico 56440-2366
MX S/N  : MX/a/2011/008988
For:    THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS

DISBURSEMENTS

| | | |
|---|---:|---:|
| Associate charge (Copy Attached) | 200.00 | |
| Total disbursements for this matter | $ | 200.00 |

Our File: China 56440-2369
CN S/N  : 201080016715.6
For:    THIENOPYRIDINE DERIVATIVES FOR THE TREATMENT AND PREVENTION OF DENGUE VIRUS INFECTIONS

DISBURSEMENTS

| | | |
|---|---:|---:|
| Associate charge (Copy Attached) | 504.00 | |
| Total disbursements for this matter | $ | 504.00 |

Our File: Israel 56440-2370
IL S/N  : 214825
For:    INHIBITORS OF DENGUE VIRUS

DISBURSEMENTS

| | | |
|---|---:|---:|
| Associate charge (Copy Attached) | 190.95 | |
| Total disbursements for this matter | $ | 190.95 |

**Continued ...**

| | |
|---|---|
| Siga Technologies, Inc. | Bill number 056440-00000-027 CCA |
| October 30, 2014 | Page 3 |

Our File: China 56440-2431
CN S/N  : 201180024589.3
For:    POLYMORPHIC FORM OF ST-246

DISBURSEMENTS

| | |
|---|---|
| Associate charge (Copy Attached) | 1,069.36 |
| Total disbursements for this matter | $ 1,069.36 |

BILLING SUMMARY

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ 5,997.87 |
| TOTAL CHARGES FOR THIS BILL | $ 5,997.87 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2014, a true copy of the foregoing **FIRST MONTHLY FEE STATEMENT OF OSTROLENK FABER LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INTELLECTUAL PROPERTY COUNSEL TO THE DEBTOR FOR THE PERIOD FROM SEPTEMBER 16, 2014 THROUGH SEPTEMBER 30, 2014** was served by overnight courier delivery to:

SIGA Technologies, Inc.
600 Madison Avenue,
Suite 1700
New York, New York 10065
Attn: William J. Haynes II, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin

The Office of the United States Trustee
for the Southern District of New York
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Richard C. Morrissey, Esq.

Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
Attn: Martin J. Bienenstock, Esq.

_____
Charles C. Achkar

{01671365.1}