Harvey R. Miller
Stephen Karotkin
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                :
**In re**                                       :    **Chapter 11 Case No.**
                                                :
**SIGA TECHNOLOGIES, INC.,**                    :    **14-12623 (SHL)**
                                                :
                            **Debtor.**         :
                                                :
-------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION ON BEHALF OF**
**ALIXPARTNERS, LLP IN SUPPORT OF APPLICATION OF**
**DEBTOR FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 327(a)**
**AND FED. R. BANKR. P. 2014(a) AUTHORIZING EMPLOYMENT**
**AND RETENTION OF ALIXPARTNERS, LLP AS RESTRUCTURING**
**ADVISORS FOR DEBTOR** *NUNC PRO TUNC* **TO OCTOBER 2, 2014**

I, Carrianne J.M. Basler, declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1.   I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"),[1] which has a place of business at 2000 Town Center, Suite 2400, Southfield, Michigan 48075. I am authorized to execute this declaration on behalf of AlixPartners.

2.   Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Original Declaration.

3. I submit this supplemental declaration (the "**Supplemental Declaration**") as a supplement to my Declaration, dated October 17, 2014 (the "**Original Declaration**"), in support of the Application of Debtor for Entry of Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) Authorizing Employment and Retention of AlixPartners, LLP as Restructuring Advisors for Debtor *Nunc Pro Tunc* to October 2, 2014 (ECF No. 83) (the "**Application**").

4. In the Original Declaration, AlixPartners reserved the right to supplement its disclosures in the event that AlixPartners discovered any additional information that would require disclosure. Accordingly, AlixPartners makes the following supplemental disclosure:

- Fishnet Securities, Inc., a creditor to the Debtor, is a vendor to AlixPartners.

- Secure Works, a vendor to the Debtor, is a vendor to AlixPartners.

5. Further, AlixPartners provides the following supplementary information with respect to the disclosures made in the Original Declaration (supplemental information is italicized):

- Covington & Burling, LLP, a professional in interest and creditor to the Debtor, is a current and former AlixPartners client in matters unrelated to the Debtor. Covington & Burling, LLP is a creditor and professional in interest to current and former AlixPartners clients in matters unrelated to the Debtor. Covington & Burling, LLP is a vendor to AlixPartners. *Covington & Burling, LLP previously represented certain shareholders and board members. Those representations were completed more than five years ago.*

- Drinker Biddle & Reath, a professional in interest in this bankruptcy matter, is a former AlixPartners client in matters unrelated to the Debtor. Drinker Biddle & Reath is a professional in interest, legal counsel, and opposing legal counsel to current and former AlixPartners clients in matters unrelated to the Debtor. AlixPartners was a client of Drinker Biddle & Reath in matters unrelated to the Debtor. *Drinker Biddle & Reath is a vendor to the Debtor. Certain board members and shareholders of AlixPartners are, and have been, represented by Drinker Biddle & Reath. A board member and shareholder of AlixPartners has been affiliated with Drinker Biddle & Reath in the past and maintains a connection with the firm.*

- Illinois National Insurance Company, an insurance provider to the Debtor, is an affiliate of American International Group, who is a current and former AlixPartners client in matters unrelated to the Debtor. *Illinois National Insurance Company is adverse to AlixPartners in ongoing litigation regarding an insurance dispute unrelated to Debtor.*

2

- PricewaterhouseCoopers, LLP ("**PWC**"), a professional in interest and vendor in this bankruptcy matter, is a professional in interest, opposing counsel, and creditor to current and former AlixPartners clients in matters unrelated to the Debtor. PWC provides tax and related consulting services to AlixPartners. PWC is a former AlixPartners client in matters unrelated to the Debtor. PWC is the previous employer of a number of current AlixPartners employees. AlixPartners provides services to PWC in the ordinary course in matters unrelated to the Debtor. *PWC is a former employer of certain employees, officers, directors, and shareholders of AlixPartners.*

6.     As stated in the Original Declaration, I believe that AlixPartners does not hold or represent an interest adverse to the Debtor or its estate and AlixPartners is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

7.     AlixPartners continues to reserve the right to supplement its disclosures in the event that AlixPartners discovers any additional information that requires disclosure. To the extent any information disclosed herein or in the Original Declaration requires amendment or modification upon AlixPartners' completion of further review or as additional party in interest information becomes available to it, a further supplemental declaration will be filed stating such amended or modified information.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

/s/ Carrianne J.M. Basler
Carrianne J.M. Basler

Dated this 3rd day of November, 2014

3