Harvey R. Miller
Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| SIGA TECHNOLOGIES, INC., | : | 14-12623 (SHL) |
| | : | |
| Debtor. | : | |
| | : | |

------------------------------------------------------------x

**NOTICE OF MATTERS SCHEDULED FOR**
**NOVEMBER 5, 2014 AT 11:00 A.M. (EASTERN TIME)**
**(SECOND OMNIBUS HEARING)**

**Location of Hearing:**     United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Sean H. Lane, United States Bankruptcy Judge, Courtroom 701, One Bowling Green, New York, New York 10004-1408

**I.     UNCONTESTED MATTERS:**

1. Motion of Debtor for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 345(b) Waiving Requirements of 11 U.S.C. § 345(b) [**ECF No. 106**]

   Responses Filed:         None to date.

   Replies Filed:           None to date.

   Additional Documents:    None to date

   Status:        This matter is going forward.

WEIL:\95141953\1\74193.0003

2. Application of Debtor for Entry of Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) Authorizing Employment and Retention of AlixPartners, LLP as Restructuring Advisors for Debtor Nunc Pro Tunc to October 2, 2014 [**ECF No. 83**]

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:

    A.    Supplemental Declaration on Behalf of AlixPartners, LLP In Support of Application of Debtor for Entry of Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) Authorizing Employment and Retention of AlixPartners, LLP as Restructuring Advisors for Debtor Nunc Pro Tunc to October 2, 2014 [**ECF No. 117**]

    Status:    This matter is going forward.

3. Application of Debtor for Entry of Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) Authorizing Debtor to Employ and Retain Paul Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel for Debtor Nunc Pro Tunc to Commencement Date [**ECF No. 80**]

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:    None to date

    Status:    This matter is going forward.

4. Application of Debtor for Entry of Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) Authorizing Employment and Retention of Kramer Levin Naftalis & Frankel LLP as Special Corporate, SEC, and Litigation Counsel for Debtor Nunc Pro Tunc to Commencement Date [**ECF No. 82**]

    Responses Filed:    None to date.

    Replies Filed:    None to date.

    Additional Documents:    None to date

    Status:    This matter is going forward.

5. Application of Debtor for Entry of Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) Authorizing Employment and Retention of Prime Clerk LLC as Administrative Agent for Debtor Nunc Pro Tunc to Commencement Date [**ECF No. 81**]

| | | |
|---|---|---|
| Responses Filed: | | None to date. |
| Replies Filed: | | None to date. |
| Additional Documents: | | None to date |
| Status: | This matter is going forward. | |

Dated: New York, New York
November 3, 2014

/s/ Stephen Karotkin
Harvey R. Miller
Stephen Karotkin

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession