UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                      :   Chapter 11
                                                            :
SIGA TECHNOLOGIES, INC.,                                    :   Case No. 14-12623 (SHL)
                                                            :
                            Debtor.                         :

---

## AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On October 30, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the service list attached hereto as **Exhibit A**:

- Schedules of Assets and Liabilities [Docket No. 112]
- Statement of Financial Affairs [Docket No. 113]

Dated: November 3, 2014

_____
Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 3, 2014, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

SRF 944

## Exhibit A

SRF 944

Exhibit A
Service List
Served via First Class Mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Counsel for the statutory creditors' committee of SIGA Technologies, Inc. | Proskauer Rose, LLP | Martin J. Bienenstock, Scott K. Rutsky & Ehud Barack | Eleven Times Square | | New York | NY | 10036-8299 | |
| United States Trustee Southern District of New York | United States Trustee William K Harrington | Attn Paul Schwartzberg, Richard Morrissey | US Federal Office Building | 201 Varick St Room 1006 | New York | NY | 10014 | |