UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SIGA TECHNOLOGIES, INC., | : | Case No. 14-12623 (SHL) |
| Debtor. | : | |

---

## AFFIDAVIT OF SERVICE

I, Steven Gordon, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On October 29, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email (or overnight mail, where email is unavailable) on the Core/2002 service list attached hereto as **Exhibit A**:

- Notice of Presentment of Order Implementing Certain Notice and Case Management Procedures [Docket No. 105]

- Motion of Debtor for Entry of Order Waiving Requirements of 11 U.S.C. § 345(b) [Docket No. 106]

- Order Shortening Notice Period, Scheduling Hearing, and Approving Notice with Respect to Motion of Debtor for Entry of Order Waiving Requirements of 11 U.S.C. § 345(b) [Docket No. 108]

[*Remainder of Page Left Intentionally Blank*]

SRF 922

Dated: November 4, 2014

                                                                                             _____
                                                                                             Steven Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 4, 2014, by Steven Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ADAM ADLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AD6306134
Qualified in Nassau County
My Commission Expires June 16, 2018

SRF 922

# Exhibit A

14-12623-shl    Doc 122    Filed 11/04/14    Entered 11/04/14 19:19:39    Main Document
Pg 3 of 5

SRF 922

**Exhibit A**

Exhibit A
Core/2002 Service List
Served via Email (or Overnight mail, if Email was unavailable)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor | Albemarle Corporation | Attn: Julie Risdon | 1421 Kalamazoo Street | | South Haven | MI | 49090 | | julie.risdon@albemarle.com |
| Attorney General for USA | Attorney General for USA | Attn Bankruptcy Dept | US Dept of Justice | 950 Pennsylvania Ave NW | Washington | DC | 20530-0001 | | |
| Interested Party | BARDA Acquisitions | Linda D. Luczak, Chief Contracting Officer | 330 Independence Ave | SW,Rm G-644 | Washington | DC | 20201 | | linda.luczak@hhs.gov |
| Top 20 Unsecured Creditor | Bend Research | Attn: Mary Heller | 64550 Research Road | | Bend | OR | 97701 | | mary.heller@bendresearch.com |
| Top 20 Unsecured Creditor | BINGHAM MCCUTCHEN LLP | Attn.: Alphonso Tsinijinni & David O. Johanson | One Federal Street | | Boston | MA | 02110-1726 | | al.tsinijinni@bingham.com; david.johanson@bingham.com |
| Top 20 Unsecured Creditor | Catalent Pharma Solutions | Attn: Jaspreet Jabbal & Lisa Marsicano | 14 Schoolhouse Road | | Somerset | NJ | 08873-0000 | | lisa.marsicano@catalent-ssc.com |
| Counsel for Albemarle Corporation | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | Norman L. Pernick, Esq. | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | npernick@coleschotz.com |
| Counsel for Albemarle Corporation | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | Daniel F.X. Geoghan, Esq. | 900 Third Avenue, 16th Floor | | New York | NY | 10022 | | dgeoghan@coleschotz.com |
| Top 20 Unsecured Creditor | COMPENSATION ADVISORY PARTNERS, LLC | Attn: Ilana Kanzas | 1133 Avenue of the Americas | 36th Floor | New York | NY | 10036 | | ilana.kanzas@capartners.com |
| Top 20 Unsecured Creditor | Control Solutions Intl | Attn: Charlie Cooper | P.O. BOX 75343 | | Chicago | IL | 60675-5343 | | ccooper@controlsolutions.com |
| Top 20 Unsecured Creditor | Cooley LLP | Attn: William Schwartz | 1114 Avenue of the Americas | | New York | NY | 10036-7798 | | wschwartz@cooley.com; kguernsey@cooley.com |
| Top 20 Unsecured Creditor | Covance Labs | Attn: Judy Bieri | 3301 Kinsman Boulevard | | Madison | WI | 53704-2523 | | judy.bieri@covance.com |
| Top 20 Unsecured Creditor | Fishnet Security, Inc. | Attn: Janet Ashcraft | 3701 Solutions Center | | Chicago | IL | 60677-3007 | | janet.ashcraft@fishnetsecurity.com |
| Top 20 Unsecured Creditor | FORMUREX Inc. | Attn: Sunny Sun | 2470 North Wilcox Road | | Stockton | CA | 95215 | | ssun@formurex.com |
| Secured Creditor | General Electric Capital Corporation c/o GE Healthcare Financial Services, Inc. | Attn: Senior Vice President of Risk – Life Science Finance or Sandy Kwon | Two Bethesda Metro Center | Suite 600 | Bethesda | MD | 20814 | | |
| Counsel for General Electric Capital Corporation | Holland & Knight LLP | Attn: Arthur E. Rosenberg, Esq | 31 West 52nd Street | | New York | NY | 10019 | | arthur.rosenberg@hklaw.com |
| Counsel for General Electric Capital Corporation | Holland & Knight LLP | Attn: Brent R. McIlwain | 200 Crescent Court | Suite 1600 | Dallas | TX | 75201 | | brent.mcilwain@hklaw.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 | | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | |
| Top 20 Unsecured Creditor | Jeffrey R. Hincks | Attn: Jeffrey R. Hincks | 230 Balmoral Court | | Chester Springs | PA | 19425 | | hincksj@aol.com |
| Top 20 Unsecured Creditor | Jenner & Block LLP | Attn: Jay DeVecchio | 1099 New York Avenue, NW | Suite 900 | Washington | DC | 20001 | | jdevecchio@jenner.com |
| Counsel for PharmAthene, Inc. | K&L Gates LLP | Attn: Roger R. Crane, Esq. & Eunice Rim Hudson | 599 Lexington Avenue | | New York | NY | 10022-6030 | | roger.crane@klgates.com; eunice.hudson@klgates.com |
| Counsel for PharmAthene, Inc. | K&L GATES LLP | Mackenzie L. Shea & Charles A. Dale III | State Street Financial Center | One Lincoln Street | Boston | MA | 02111-2950 | | mackenzie.shea@klgates.com; chad.dale@klgates.com |
| Counsel for PharmAthene, Inc. | K&L GATES LLP | Robert T. Honeywell | 599 Lexington Avenue | | New York | NY | 10022 | | robert.honeywell@klgates.com |
| Top 20 Unsecured Creditor | KCSA Strategic Communications | Attn.: Joseph Septon & Christopher Harrison | 880 Third Avenue | 6th Floor | New York | NY | 10022 | | jsepton@kcsa.com; charrison@kcsa.com |
| Top 20 Unsecured Creditor | M.L. CORRADO CONSULTING | Attn: Michael Corrado | 1309 Seven Corner Road | | Perkasie | PA | 18944 | | mlcorrado4444@yahoo.com |
| Top 20 Unsecured Creditor | Marion Weinreb & Associates, Inc. | Attn: Marion Weinreb | 58 Vista Del Sol | | Mill Valley | CA | 94941 | | marion@gxpsrus.com |
| Counsel for PharmAthene, Inc. | McCarter & English, LLP | Attn: A. Richard Winchester, Esq. & Christopher A. Selzer, Esq. | Renaissance Centre | 405 N. King St., 8th Floor | Wilmington | DE | 19801 | | awinchester@mccarter.com; cselzer@mccarter.com |
| Interested Party | National Institutes of Health | Attn: Artisha Wright and Christopher K. Tseng | 9000 Rockville Pike | | Bethesda | MD | 20892 | | artisha.wright@nih.gov; ctseng@niaid.nih.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Dept | Department of Law | The Capitol 2nd Floor | Albany | NY | 12224-0341 | | |
| NYC Dept. of Finance | NYC Dept. of Finance | Attn: Legal Affairs | 345 Adams Street, 3rd Fl. | | Brooklyn | NY | 11201 | | |
| NYS Dept. Taxation & Finance | NYS Dept. Taxation & Finance | Bankruptcy/Special Procedures Section | P.O. Box 5300 | | Albany | NY | 12205-0300 | | |
| Top 20 Unsecured Creditor | Patheon Manufacturing Services, LLC | Attn: Kaye Byrd | 5900 Martin Luther King Jr. Hwy. | | Greenville | NC | 27834 | | sfsc.usa@dsm.com; kaye.byrd@Patheon.com |
| Patheon Pharmaceutical Services Inc. | Patheon Pharmaceutical Services Inc. | Sheri Christie | Corporate Legal Projects Administrator | 4721 Emperor Blvd, Suite 200 | Durham | NC | 27703 | | meenu.khindri-patel@patheon.com |
| Top 20 Unsecured Creditor | PHARMATHENE, INC. | Attn.: Jeffrey Steinberg | 571 Turtle Hollow Drive | | Freehold | NJ | 07728-0000 | | jsteinberg@hcven.com |
| Top 20 Unsecured Creditor | Polit Bureau | Attn: Peter Tulkens | Diamant Building | 80, A. Reyerslaan | Brussels | | 1030 | Belgium | peter.tulkens@politbureau.be |
| Proposed counsel for the statutory creditors' committee of SIGA Technologies, Inc. | Proskauer Rose, LLP | Martin J. Bienenstock, Scott K. Rutsky & Ehud Barack | Eleven Times Square | | New York | NY | 10036-8299 | | mbienenstock@proskauer.com; srutsky@proskauer.com; ebarak@proskauer.com |
| Top 20 Unsecured Creditor | Ricerca Biosciences, LLC | Attn: Lori Sedilko | 7528 Auburn Road | | Concord | OH | 44077 | | tim.tinkler@ricerca.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 | | secbankruptcy@sec.gov; NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept | Brookfield Place | 200 Vesey Street Ste 400 | New York | NY | 10281-1022 | | bankruptcynoticeschr@sec.gov |
| Top 20 Unsecured Creditor | Senopsys LLC | Attn: Jeff Worthington | 800 West Cumming Park | Suite 1500 | Woburn | MA | 01801-0000 | | jeff.worthington@senopsys.com |
| United States Trustee Southern District of New York | United States Trustee William K Harrington | Attn Paul Schwartzberg, Richard Morrissey | US Federal Office Building | 201 Varick St Room 1006 | New York | NY | 10014 | | paul.schwartz@usdoj.gov; richard.morrissey@usdoj.gov |

Exhibit A
Core/2002 Service List
Served via Email (or Overnight mail, if Email was unavailable)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| US Attorney for the Southern District of New York | US Attorney for Southern District of New York | Attn Bankruptcy Division | 86 Chambers St 3rd Floor | | New York | NY | 10007 | | |
| Counsel to Westchester Fire Insurance Company | WOLFF & SAMSON PC | Attn: Scott A. Zuber, Esq. | One Boland Drive | | West Orange | NJ | 07052-0000 | | szuber@wolffsamson.com |
| Counsel to Westchester Fire Insurance Company | WOLFF & SAMSON PC | Attn: Jonathan Bondy, Esq. | One Boland Drive | | West Orange | NJ | 07052-0000 | | jbondy@wolffsamson.com |