**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **SIGA TECHNOLOGIES, INC.,** | : | **14-12626 (SHL)** |
|  | : |  |
| **Debtor.** | : |  |
|  | : |  |

-----------------------------------------------------------------x

DECLARATION AND DISCLOSURE STATEMENT OF SARAH WILLIAMS,

ON BEHALF OF ELLENOFF GROSSMAN & SCHOLE LLP, hereby declares,

pursuant to section 1746 of title 28 of the United States Code:

1.      I am a Partner of Ellenoff Grossman & Schole LLP, located at 1345

Avenue of the Americas FL 11, New York, New York 10105 (the "**Firm**").

2.      SIGA Technologies, Inc., as debtor and debtor in possession in the above-

captioned chapter 11 case (the "**Debtor**"), has requested that the Firm provide legal services to

the Debtor, and the Firm has consented to provide such services.

3.      The Firm may have performed services in the past and may perform

services in the future, in matters unrelated to this chapter 11 case, for persons that are parties in

interest in the Debtor's chapter 11 case.  As part of its customary practice, the Firm is retained in

cases, proceedings, and transactions involving many different parties, some of whom may

represent or be claimants or employees of the Debtor, or other parties in interest in this chapter

11 case.  The Firm does not perform services for any such person in connection with this chapter

11 case.  In addition, the Firm does not have any relationship with any such person, their

attorneys, or accountants that would be adverse to the Debtor or its estate with respect to the

matters on which my Firm is to be employed.

4.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals and regular employees of the Firm.

5.    Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate with respect to the matters on which my Firm is to be employed.

6.    The Debtor owes the Firm $0 for prepetition services.

7.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2014.

By: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
**In re**                                                    :    **Chapter 11 Case No.**
                                                             :
**SIGA TECHNOLOGIES, INC.,**                                 :    **14-12623 (SHL)**
                                                             :
                                    **Debtor.**              :
                                                             :
                                                             :
-------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by SIGA Technologies, Inc., as
debtor and debtor in possession (the "**Debtor**").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTOR, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn: Stephen Karotkin

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate.
If more space is needed, please complete on a separate page and attach.

1.    Name and address of firm:

      Ellenoff Grossman & Schole LLP
      1345 Avenue of the Americas FL 11
      New York, New York 10105

2.    Date of retention: October 2, 2014

3.    Type of services to be provided (accounting, legal etc.):

      Legal

4.    Brief description of services to be provided:

      Legal advice in connection with potential delisting from NASDAQ

5.    Arrangements for compensation (hourly, contingent, etc.):

Hourly

(a)    Average hourly rate (if applicable): $450.00

(b)    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

_____

6.    Prepetition claims against the Debtor held by the company:

Amount of claim: $0

Date claim arose: _____

Nature of claim: _____

7.    Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the firm:

Name: 0

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

8.    Disclose the nature and provide a brief description of any interest adverse to the Debtor or to its estate for the matters on which the firm is to be employed:

None.

9.    Stock of the Debtor currently held by the firm:

None.

2

10.   Stock of the Debtor currently held individually by an member, associate, or professional employee of the firm:

Name:  None.

Status:_____

11.   Name and title of individual completing this form:

Sarah Williams, Partner

Dated: _November 5_, 2014

3