**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
SIGA TECHNOLOGIES, INC., : Case No. 14-12623 (SHL)
: 
: 
Debtor. :
: 
---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

    I, Steven Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

    On November 6, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail (and email, if available) on the Special Parties service list attached hereto as **Exhibit A**:

- Declaration and Disclosure Statement of Sarah Williams, on behalf of Ellenoff Grossman & Schole LLP and Retention Questionnaire [Docket No. 123]

Dated: November 10, 2014

                                                                          Steven Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 10, 2014, by Steven Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

                                                     DAVID M. SMITH
                                    NOTARY PUBLIC-STATE OF NEW YORK
                                          No. 02SM6300826
                                  Qualified in New York County
                             My Commission Expires April 07, 2018

## Exhibit A

SRF 988

Exhibit A
Special Parties Service List
Served via First Class Mail (and Email, if available)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel for the statutory creditors' committee of SIGA Technologies, Inc. | Proskauer Rose, LLP | Martin J. Bienenstock, Scott K. Rutsky & Ehud Barack | Eleven Times Square | | New York | NY | 10036-8299 | mbienenstock@proskauer.com; srutsky@proskauer.com; ebarak@proskauer.com |
| United States Trustee Southern District of New York | United States Trustee William K Harrington | Attn Paul Schwartzberg & Richard Morrissey | US Federal Office Building | 201 Varick St Room 1006 | New York | NY | 10014 | paul.schwartz@usdoj.gov; richard.morrissey@usdoj.gov |