UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11 Case No.
                                                           :
SIGA TECHNOLOGIES, INC.,                                   :    14-12626 (SHL)
                                                           :
                    Debtor.                                :
                                                           :
-----------------------------------------------------------x

DECLARATION AND DISCLOSURE STATEMENT OF Wayne Trumbull,

ON BEHALF OF Andersen Tax LLC (fka WTAS LLC), hereby declares, pursuant to section 1746 of title 28 of the United States Code:

1. I am a Managing Director of Andersen Tax LLC (fka WTAS LLC), located at 58 South Service Road, Suite 170, Melville, New York (the "**Firm**").

2. SIGA Technologies, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), has requested that the Firm provide tax services to the Debtor, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to this chapter 11 case, for persons that are parties in interest in the Debtor's chapter 11 case. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtor, or other parties in interest in this chapter 11 case. The Firm does not perform services for any such person in connection with this chapter 11 case. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtor or its estate with respect to the matters on which my Firm is to be employed.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate with respect to the matters on which my Firm is to be employed.

6. The Debtor owes the Firm $0 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2014.

By: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
SIGA TECHNOLOGIES, INC.,                                       :    14-12623 (SHL)
                                                               :
                        Debtor.                                :
                                                               :
---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by SIGA Technologies, Inc., as debtor and debtor in possession (the "**Debtor**").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTOR, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Stephen Karotkin

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:
   Andersen Tax LLC (fka WTAS LLC)

2. Date of retention: Peter Crocco and Wayne Trumbull have been providing services for the Debtor since November 26, 2010. Crocco and Trumbull joined Andersen Tax, LLC in June 2014, at which point, the Debtor retained Andersen Tax, LLC

3. Type of services to be provided (accounting, legal etc.):
   Tax services

   Brief description of services to be provided:
   Tax provision, tax compliance and tax consulting services

4. Arrangements for compensation (hourly, contingent, etc.):
   Hourly

   (a) Average hourly rate (if applicable): $195 - $375

  (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition): <u>Based on prepetition services we would expect monthly fees to be in the range of $4,500 - $5,500 ($54,000 - $66,000 annual), however the bankruptcy has resulted in significant tax complexities so we expect the post-petition monthly compensation to be significantly higher than they were prepetition.</u>

5. Prepetition claims against the Debtor held by the company:

 Amount of claim: <u>$ 0</u>

 Date claim arose: _____

 Nature of claim: _____

6. Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the firm:

 Name: <u>None</u>

 Status: _____

 Amount of claim: $_____

 Date claim arose: _____

 Nature of claim: _____

_____

_____

2

7. Disclose the nature and provide a brief description of any interest adverse to the Debtor or to its estate for the matters on which the firm is to be employed:

   None

8. Stock of the Debtor currently held by the firm:
   None

9. Stock of the Debtor currently held individually by an member, associate, or professional employee of the firm:

   Name: None

   Status:_____

10. Name and title of individual completing this form:
    Wayne A. Trumbull, Managing Director

Dated: November 4, 2014