UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                          :

In re                                      :         Chapter 11 Case No.

SIGA TECHNOLOGIES, INC.,             :         14-12626 (SHL)

                   Debtor.           :

------------------------------------------------------------x

DECLARATION AND DISCLOSURE STATEMENT OF RICHARD F. KINGHAM,

ON BEHALF OF COVINGTON & BURLING LLP

Richard F. Kingham, hereby declares, pursuant to section 1746 of title 28 of the United States Code:

1.    I am a partner of Covington & Burling LLP, located at 1201 Pennsylvania Avenue, N.W., Washington, DC 20004 (the "**Firm**").

2.    SIGA Technologies, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), has requested that the Firm provide legal services concerning U.S. Food and Drug Administration regulatory matters, and the Firm has consented to provide such services.

3.    This Declaration is based either upon my personal knowledge and belief or upon client/matter and accounting records of the Firm reviewed by legal and administrative personnel of the Firm acting under my supervision or direction.

4.    I have caused to be reviewed for potential conflicts of interest the list of interested parties in this case (the "**Interested Parties List**") provided by the Debtor, and caused the persons on such list to be checked through the Firm's computerized conflict-of-interest database for the purpose of determining any current relationships.

5. Insofar as I have been able to ascertain, the Firm does not represent or hold any interest adverse to that of the Debtor with respect to the matters on which the Firm is to be employed, except as set forth herein.

6. As part of its customary practice, the Firm may represent in cases, proceedings, and transactions many different parties, some of whom may represent, or be claimants or employees of, the Debtor or persons on the Interested Parties List. As a result of the computerized search, it appears that the Firm may have represented in the past and/or may currently represent, in matters unrelated to this chapter 11 case, certain persons on the Interested Parties List. The Firm does not represent any such person in connection with this chapter 11 case. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtor or its estate with respect to the matters on which the Firm is to be employed.

7. The Firm has not entered into, and will not enter into, any agreement with any other person to share compensation for services rendered.

8. Insofar as I have been able to ascertain, neither I, nor any partner of, nor professional employed by, the Firm holds or represents any interest adverse to the Debtor or its estate with respect to the matters on which the Firm is to be employed.

9. The Debtor owes the Firm $3,431.50 for prepetition legal services.

10. I have caused to be made a diligent effort to identify and disclose relationships with the parties in interest in this case of which I am aware. If, in any subsequent conflicts search, I identify any new connections related to this bankruptcy case, I will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2014.

By: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
SIGA TECHNOLOGIES, INC.,                      :    14-12623 (SHL)
                                              :
                    Debtor.                   :
                                              :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by SIGA Technologies, Inc., as debtor and debtor in possession (the "**Debtor**").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTOR, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn: Stephen Karotkin

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   > Covington & Burling LLP
   > 1201 Pennsylvania Avenue, N.W.
   > Washington, DC 20004

2. Date of retention: Covington & Burling LLP first provided services to the Debtor on February 21, 2012.

3. Type of services to be provided (accounting, legal etc.):

   > Legal services

4. Brief description of services to be provided:

   > Covington & Burling LLP provides legal services to the Debtor concerning U.S. Food and Drug Administration ("**FDA**") regulatory matters.

5. Arrangements for compensation (hourly, contingent, etc.):

   The Debtor compensates Covington & Burling LLP for services performed for the Debtor on an hourly basis. The Debtor also pays Covington & Burling LLP for expenses and other charges that are incurred in performing services for the Debtor.

   (a) Average hourly rate:

   Customary hourly rates for attorneys range from $350 to $1,050. Based on the work performed by Covington & Burling LLP for the Debtor in the twelve (12) months ending September 30, 2014, the average hourly rate was $577.

   (b) Estimated average monthly compensation based on prepetition retention:

   $10,000 to $20,000

6. Prepetition claims against the Debtor held by the company:

   Amount of claim: $3,431.50

   Date claim arose: The claim arose for legal services performed for the Debtor between September 9, 2014 and September 15, 2014.

   Nature of claim: The claim relates to unpaid legal services concerning FDA regulatory matters provided by Covington & Burling LLP to the Debtor prior to September 16, 2014.

7. Prepetition claims against the Debtor held individually by any partner or professional employed by the firm:

   Name: N/A

   Status: N/A

   Amount of claim: N/A

   Date claim arose: N/A

   Nature of claim: N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtor or to its estate for the matters on which the firm is to be employed:

   None

2

9. Stock of the Debtor currently held by the firm:

   None

10. Stock of the Debtor currently held individually by any partner or professional employed by the firm:

    Name: N/A

    Status: N/A

11. Name and title of individual completing this form:

    Richard F. Kingham, Partner, Covington & Burling LLP

Dated: November 12, 2014

3