UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
SIGA TECHNOLOGIES, INC., : 14-12623 (SHL)
:
Debtor. :
:
---------------------------------------------------------------x

### ORDER FURTHER EXTENDING TIME BY WHICH DEBTOR MUST COME INTO COMPLIANCE WITH 11 U.S.C. § 345(b) OR OBTAIN A WAIVER THEREOF

Upon the Motion, dated October 29, 2014 (the "**Motion**"),[1] of SIGA Technologies, Inc., as debtor and debtor in possession (the "**Debtor**"), for Entry of Order Pursuant to 11 U.S.C. §§ 105(a) and 345(b) Waiving Requirements of 11 U.S.C. § 345(b) (ECF No. 106), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held on November 5, 2014 to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing and all of the proceedings had before the Court; and it being agreed that consideration of the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Motion shall be adjourned to **December 9, 2014 at 11:00 a.m. (Eastern Time)**; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the thirteenth (13th) decretal paragraph of the Final Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 363(c), and 364(a) and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtor to (i) Continue Using Existing Cash Management System, (ii) Honor Certain Prepetition Obligations Related to the Use Thereof, and (iii) Maintain Existing Bank Accounts and Business Forms, dated October 23, 2014 (ECF No. 91) is amended to read in its entirety as follows:

> ORDERED that the Debtor shall have until December 9, 2014 to either come into compliance with section 345(b) of the Bankruptcy Code or to obtain a waiver of the requirements of section 345(b); and it is further

; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       November 12, 2014

                                                          */s/ Sean H. Lane*
                                                          United States Bankruptcy Judge

WEIL:\95146823\3\74193.0003