UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
: 
In re                                                   :       Chapter 11 Case No.
                                                        :
SIGA TECHNOLOGIES, INC.,                                :       14-12626 (SHL)
                                                        :
                                    Debtor.             :
                                                        :
-----------------------------------------------------------x

DECLARATION AND DISCLOSURE STATEMENT OF <u>BEN A. TERMINI</u>,

ON BEHALF OF <u>  BDO USA LLP.  </u>, hereby declares, pursuant to section 1746 of title 28 of
the United States Code:

1. I am a <u>Partner of BDO USA, LLP. located at 100 Park Ave New York, NY 10017</u> (the "**Firm**").

2. SIGA Technologies, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), has requested that the Firm provide <u>Internal Control Consulting</u> services to the Debtor, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to this chapter 11 case, for persons that are parties in interest in the Debtor's chapter 11 case. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtor, or other parties in interest in this chapter 11 case. The Firm does not perform services for any such person in connection with this chapter 11 case. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtor or its estate with respect to the matters on which my Firm is to be employed.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate with respect to the matters on which my Firm is to be employed, except as set forth herein.

6. The Debtor owes the Firm $ 4,500 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 13, 2014.

By: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                         :

In re                                        :         Chapter 11 Case No.

SIGA TECHNOLOGIES, INC.,         :         14-12623 (SHL)

                  Debtor.         :

-------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by SIGA Technologies, Inc., as debtor and debtor in possession (the "**Debtor**").

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTOR, TO:</u>

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Stephen Karotkin

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.    Name and address of firm:

      <u>BDO USA, LLP.</u>
      <u>100 Park Avenue</u>
      <u>New York, NY 10017</u>

2.    Date of retention: <u>June 26, 2014</u>

3.    Type of services to be provided (accounting, legal etc.):
      <u>Internal Controls Consulting</u>

4.    Brief description of services to be provided:
      <u>Assist SIGA Management in testing internal controls over financial reporting for calendar year 2014</u>

5.  Arrangements for compensation (hourly, contingent, etc.):

    (a)  Average hourly rate (if applicable): _____

    (b)  Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

    $6,800 ($27,200 over 4 months Sept – Dec)

6.  Prepetition claims against the Debtor held by the company:

    Amount of claim: $4,500

    Date claim arose: Invoice date – Sept. 29, 2014

    Nature of claim: Professional services rendered Sept. 1 – 15, 2014

7.  Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the firm:

    Name: NONE

    Status: _____

    Amount of claim: $_____

    Date claim arose: _____

    Nature of claim: _____

2

8. Disclose the nature and provide a brief description of any interest adverse to the Debtor or to its estate for the matters on which the firm is to be employed:

   NONE

9. Stock of the Debtor currently held by the firm:

   NONE

10. Stock of the Debtor currently held individually by an member, associate, or professional employee of the firm:

    Name: NONE

    Status:

11. Name and title of individual completing this form:

    Ben Termini, Partner

Dated: November 13, 2014