**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re SIGA Technologies, Inc.

Case No.: 14-12623 (SHL)
Reporting Period: 31-Oct-14
Federal Tax I.D. #: 13-3864870

## CORPORATE MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | |
| Bank Account Information | MOR-1a | x | |
|    Copies of bank statements | | | x |
|    Cash disbursements journals | | | x |
| Statement of Operations (Income Statement) | MOR-2 | x | |
| Balance Sheet | MOR-3 | x | |
| Status of Postpetition Taxes | MOR-4 | x | |
|    Copies of IRS Form 6123 or payment receipt | | | x |
|    Copies of tax returns filed during reporting period | | | x |
| Summary of Unpaid Postpetition Debts | MOR-4 | | x |
|    Listing of Aged Accounts Payable | | | x |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | x |
| Taxes Reconciliation and Aging | MOR-5 | | x |
| Payments to Insiders and Professionals | MOR-6 | | x |
| Postpetition Secured Notes Adequate Protection Payments | MOR-6 | | x |
| Debtor Questionnaire | MOR-7 | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____     11/14/14
Signature of Authorized Individual*       Date

Daniel Luckshire
Printed Name of Authorized Individual

Executive Vice President and Chief Financial Officer
Title

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re SIGA Technologies, Inc.

| | |
|---|---|
| Form No. | Legal Entities and Notes to MOR |
| Case No. | 14-12623 (SHL) |
| Reporting Period: | 31-Oct-14 |
| Federal Tax I.D. # | 13-3864870 |

## Listing of Debtor Entity and Notes to the Monthly Operating Report

**General:**
The report includes activity from the following Debtor and the related Case Number:

| Debtor | Case Number |
|---|---|
| SIGA Technologies, Inc. | 14-12623 (SHL) |

**Notes to the MOR (the "Notes"):**
On September 16, 2014 (the "**Commencement Date**"), SIGA Technologies, Inc. (the "**Debtor**") commenced a case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Debtor is authorized to operate its business and manage its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Bankruptcy Code provides for the Office of the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") to appoint a statutory committee of creditors holding unsecured claims as soon as practicable after the commencement of a chapter 11 case. On October 7, 2014, the U.S. Trustee appointed an official committee of unsecured creditors.

This Monthly Operating Report ("**MOR**") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in the bankruptcy case and is in a format acceptable to the U.S. Trustee. The financial information contained herein is unaudited, limited in scope, and as discussed below, not prepared in accordance with accounting principles generally accepted in the United States of America ("**U.S. GAAP**").

The unaudited financial statements have been derived from the books and records of the Debtor. The information furnished in this MOR includes amounts recorded during the month in the ordinary course of operations, and certain accruals that are recurring. The information furnished in this MOR does not include all the adjustments that would typically be made for the quarterly and annual financial statements to be in accordance with U.S. GAAP. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtor applies in the preparation of its quarterly and annual financial information in accordance with U.S. GAAP. Accordingly, upon the application of such procedures, the Debtor believes that the financial information may be subject to change, and these changes could be material.

The amounts currently classified as liabilities subject to compromise may be subject to future change as the Debtor completes its analysis of prepetition liabilities.

The results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position, and cash flows of the Debtor in the future. The Debtor cautions readers not to place undue reliance upon the MOR. There can be no assurance that such information is complete, and the MOR may be subject to revision.

**Notes to MOR-4 and MOR-5:**
The Debtor discloses the ending accounts receivable and accounts payable balances as part of MOR-3. Support to these items will be made available upon request.

**Note to MOR-6:**
The Debtor has made certain payments to insiders during the month relating to payroll, benefits, and lease payments. Details regarding these payments will be made available upon request. As of the date of filing this MOR, the Debtor has not made any payments to its professionals. Accordingly, the Debtor has no payments to report with respect to MOR-6. On October 28, 2014, the Bankruptcy Court entered the Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (ECF No. 98) and Order Pursuant to 11 U.S.C. §§ 105(a), 327, and 328 of the Bankruptcy Code Authorizing the Debtor to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date (ECF. No. 101). Any payments made by the Debtor to its professionals will be in accordance with the terms and conditions set forth therein.

| | |
|---|---|
| In re SIGA Technologies, Inc. | Form No.  MOR-1 |
| | Case No.  14-12623 (SHL) |
| | Reporting Period:  31-Oct-14 |
| | Federal Tax I.D. #  13-3864870 |

### Schedule of Cash Receipts and Disbursements

**TIME PERIOD:** 10/1/2014 - 10/31/2014

| Debtor | Case Number | Cash Receipts | Cash Disbursements | Total |
|---|---|---|---|---|
| SIGA Technologies, Inc. | 14-12623 (SHL) | $32,045 | ($1,018,828) | ($986,783) |

**Notes to MOR-1:**
Cash receipts and disbursement amounts are derived based on information from the Debtor's bank statements.

| | | | Form No. | MOR-1a |
|---|---|---|---|---|
| In re SIGA Technologies, Inc. | | | Case No. | 14-12623 (SHL) |
| | | | Reporting Period: | 31-Oct-14 |
| | | | Federal Tax I.D. # | 13-3864870 |

## Bank Account Information

| Legal Entity | Case Number | Bank Name / Address | Account Number | Bank Balance | |
|---|---|---|---|---|---|
| SIGA Technologies, Inc. | 14-12623 (SHL) | Citibank CBO Services P O BOX 769018 San Antonio, TX 78245 | 43359232 | $78,310,296 | |
| SIGA Technologies, Inc. | 14-12623 (SHL) | Citibank CBO Services P O BOX 769018 San Antonio, TX 78245 | 4976023536 | $24,397,283 | |
| SIGA Technologies, Inc. | 14-12623 (SHL) | Citibank CBO Services P O BOX 769018 San Antonio, TX 78245 | 4976023528 | $27,891 | |
| SIGA Technologies, Inc. | 14-12623 (SHL) | Citi Personal Wealth Management 111 Wall Street 3rd Floor New York, NY 10043 | C34-029394 | $99,933 | |
| SIGA Technologies, Inc. | 14-12623 (SHL) | Chase Bank P O BOX 659754 San Antonio, TX 78265 | 000003790968728 | $1,385 | |
| SIGA Technologies, Inc. | 14-12623 (SHL) | Citibank CBO Services (opened postpetition) P O BOX 769018 San Antonio, TX 78245 | 004989357463 | $5,000,000 | [A] |

**Notes to MOR 1-a:**
All amounts listed above are the bank balances as of the end of the month. Copies of bank statements and cash disbursement journals are not included in this MOR. These items will be made available upon request.

[A] This account was opened postpetition pursuant to the Stipulation and Interim Order Regarding Use of Cash Collateral and Adequate Protection (ECF No. 25) requiring the Debtor to open a new separate account with a balance in the amount of no less than $4 million. On October 28, 2014, the Court entered the Stipulation and Final Order Regarding Use of Cash Collateral and Adequate Protection (ECG No. 96). This amount is classified as restricted cash on the balance sheet.

In re SIGA Technologies, Inc.

Form No.      MOR-2
Case No.  14-12623 (SHL)
Reporting Period:      31-Oct-14

Federal Tax I.D. #    13-3864870

## Debtor Statement of Operations (Unaudited)

|  | TIME PERIOD: 10/1/14 - 10/31/14 October |
|---|---:|
| Revenues - Research & Development | $461,000 |
| Operating Expenses |  |
|     Selling, general and administrative expenses | 953,206 |
|     Research and development costs | 680,424 |
|     Patent preparation fees | 52,000 |
| Total operating expenses | 1,685,631 |
| Operating loss | (1,224,631) |
| Interest expense | 30,910 |
| Reorganization items, net | 739,500 |
| Loss before income taxes | (1,995,041) |
| Benefit from (provision for) income taxes | - |
| Net income (loss) | ($1,995,041) |

The Notes to this MOR are an integral part of these financial statements

| In re SIGA Technologies, Inc. | | Form No. | MOR-3 |
|---|---|---|---|
| | | Case No. | 14-12623 (SHL) |
| | | Reporting Period: | 31-Oct-14 |
| | | Federal Tax I.D. # | 13-3864870 |

### Debtor Balance Sheet (Unaudited)

| | As of 10/31/2014 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | $103,129,022 |
| Accounts receivable | 990,706 |
| Inventory | 18,152,562 |
| Prepaid expenses and other current assets | 702,648 |
| Total current assets | 122,974,938 |
| | |
| Property plant and equipment net | 885,400 |
| Restricted cash | 4,000,000 |
| Deferred costs | 32,809,441 |
| Goodwill | 898,334 |
| Other assets | 1,991,512 |
| **Total Assets** | **$163,559,625** |
| | |
| **LIABILITIES AND EQUITY** | |
| **Current Liabilities** | |
| Accounts payable | $1,665,759 |
| Accrued expenses and other current liabilities | 2,185,765 |
| Current portion of long term debt | 1,984,550 |
| Total current liabilities | 5,836,073 |
| | |
| Long term debt | 332,870 |
| Other liabilities | 415,895 |
| Liabilities subject to compromise | 386,701,086 |
| Deferred income tax liability | 240,973 |
| **Total Liabilities** | **$393,526,897** |
| | |
| Stockholders' equity | |
| Common stock (par value shares authorized and issued and outstanding at December and December respectively) | $5,351 |
| Additional paid-in capital | 175,130,075 |
| Accumulated deficit | (405,102,697) |
| Total stockholders' equity | (229,967,271) |
| | |
| **Total liabilities and stockholders' equity** | **$163,559,625** |

The Notes to this MOR are an integral part of these financial statements

| | | Form No. | MOR-4 |
|---|---|---|---|
| **In re SIGA Technologies, Inc.** | | Case No. | 14-12623 (SHL) |
| | | Reporting Period: | 31-Oct-14 |
| | | Federal Tax I.D. # | 13-3864870 |

### Status of Postpetition Taxes

| Debtor | Case Number | Tax Collector | Type | Date | Total |
|---|---|---|---|---|---|
| SIGA Technologies, Inc. | 14-12623 (SHL) | Benton County | Property | 10/1/2014 | $55,827 |

**Notes to MOR-4:**
The Debtor received Bankruptcy Court authority to pay certain prepetition income, sales, use, franchise, property, and other taxes, assessments, fees (including intellectual property) and similar charges (ECF No. 34, 95).

The Debtor is current on all postpetition payments other than disputes that arise in the ordinary course of business.

| In re SIGA Technologies, Inc. | | Form No. | MOR-7 |
|---|---|---|---|
| | | Case No. | 14-12623 (SHL) |
| | | Reporting Period: | 31-Oct-14 |
| | | Federal Tax I.D. # | 13-3864870 |

### Debtor Questionnaire

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No | Explanation |
|---|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X | |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X | |
| 3 | Is the Debtor delinquent in the timely filing of any postpetition tax returns? | | X | |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X | |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X | |
| 6 | Have any payments been made on prepetition liabilities this reporting period? | X | | [A] |
| 7 | Are any postpetition receivables (accounts, notes or loans) due from related parties? | | X | |
| 8 | Are any postpetition payroll taxes past due? | | X | |
| 9 | Are any postpetition State or Federal income taxes past due? | | X | |
| 10 | Are any postpetition real estate taxes past due? | | X | |
| 11 | Are any other postpetition taxes past due? | | X | |
| 12 | Have any prepetition taxes been paid during this reporting period? | X | | [B] |
| 13 | Are any amounts owed to postpetition creditors delinquent? | | X | |
| 14 | Are any wage payments past due? | | X | |
| 15 | Have any postpetition loans been received by the Debtor from any party? | | X | |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X | |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X | |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X | |

[A] Any payments made by the Debtor on account of the Debtor's prepetition liabilities were made pursuant to an order of the Bankruptcy Court. (See ECF Nos. 26, 27, 28, 33, 34, 91, 92, 93, 94, 95, 99). Information on these transactions shall be furnished upon request.

[B] Prepetition tax payments made during the respective period were paid pursuant to orders of the Bankruptcy Court. (See ECF Nos. 34, 95). Information on these transactions shall be furnished upon request.