UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
In re                                                     :   Chapter 11 Case No.
                                                          :
SIGA TECHNOLOGIES, INC.,                                  :   14-12626 (SHL)
                                                          :
                        Debtor.                           :
                                                          :
------------------------------------------------------------X

DECLARATION AND DISCLOSURE STATEMENT OF DAVID O. JOHANSON,

ON BEHALF OF BINGHAM MCCUTCHEN LLP

David O. Johanson, hereby declares, pursuant to section 1746 of title 28 of the United States Code:

1. I am a Partner of Bingham McCutchen LLP, located at 1 Federal Street, Boston, MA 02110-1726 (the "**Firm**").

2. SIGA Technologies, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), has requested that the Firm provide legal services to the Debtor, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to this chapter 11 case, for persons that are parties in interest in the Debtor's chapter 11 case. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtor, or other parties in interest in this chapter 11 case. The Firm does not perform services for any such person in connection with this chapter 11 case. In addition, the Firm does not have any relationship with any such person, their

attorneys, or accountants that would be adverse to the Debtor or its estate with respect to the matters on which my Firm is to be employed.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate with respect to the matters on which my Firm is to be employed, except as set forth herein.

6. The Debtor owes the Firm $61,426.82 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 13, 2014.

By: David O. Johanson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                  :

In re                                        :         Chapter 11 Case No.

**SIGA TECHNOLOGIES, INC.,**          :         14-12623 (SHL)

              **Debtor.**           :

-----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by SIGA Technologies, Inc., as debtor and debtor in possession (the "**Debtor**").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTOR, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Stephen Karotkin

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:
   **Bingham McCutchen LLP**
   **Attn:  David O. Johanson, Esq.**
   **1 Federal Street**
   **Boston, MA 02110-1726**

2. Date of retention:
   **August 15, 2005**

3. Type of services to be provided (accounting, legal, etc.):
   **Legal**

4. Brief description of services to be provided:
   **Bingham McCutchen LLP ("Bingham") provides legal advice to the Debtor with regard to:**
   1. **the selection, protection, and registration of trademarks in the United States and in foreign countries;**

      **2. trademark disputes and conflicts; and**

      3. **other related matters**.

5. Arrangements for compensation (hourly, contingent, etc.):
**Hourly**

    (a) Average hourly rate (if applicable): **$490.52 (based on a blended rate of all billing attorneys and paralegals over the year preceding the Petition Date)**

    (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition): **$9,489.63 (average based on the two years preceding the Petition Date)**

6. Prepetition claims against the Debtor held by the company:

Amount of claim: **$61,426.82**

Date claim arose: **8/29/2014**

Nature of claim: **Legal services rendered.**

7. Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the firm: **None.**

Name: _____

Status: _____

Amount of claim: $_____

Date claim arose: _____

Nature of claim: _____

_____

_____

8. Disclose the nature and provide a brief description of any interest adverse to the Debtor or to its estate for the matters on which the firm is to be employed:

   **None**

   _____

   _____

   _____

9. Stock of the Debtor currently held by the firm: **None.**

   _____

   _____

10. Stock of the Debtor currently held individually by a member, associate, or professional employee of the firm: **None.**

    Name:_____

    Status:_____

11. Name and title of individual completing this form:
    **David O. Johanson, Esq.**

Dated: November 13, 2014

3