**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
    :

**In re**                                          :          **Chapter 11 Case No.**
    :
**SIGA TECHNOLOGIES, INC.,**                  :          **14-12623 (SHL)**
    :
                         **Debtor.**        :
    :
----------------------------------------------------------------x

DECLARATION AND DISCLOSURE STATEMENT OF CAROLINE A. RECKLER,

ON BEHALF OF LATHAM & WATKINS LLP

Caroline A. Reckler, hereby declares, pursuant to section 1746 of title 28 of the

United States Code:

        1.      I am a partner of Latham & Watkins LLP, located at 885 Third Avenue,

New York, NY 10022-4834 (the "**Firm**").

        2.      SIGA Technologies, Inc., as debtor and debtor in possession in the above-

captioned chapter 11 case (the "**Debtor**"), has requested that the Firm provide legal services to

the Debtor, and the Firm has consented to provide such services.

        3.      The Firm may have performed services in the past and may perform

services in the future, in matters unrelated to this chapter 11 case, for persons that are parties in

interest in the Debtor's chapter 11 case.  As part of its customary practice, the Firm is retained in

cases, proceedings, and transactions involving many different parties, some of whom may

represent or be claimants or employees of the Debtor, or other parties in interest in this chapter

11 case.  The Firm does not perform services for any such person in connection with this chapter

11 case.  In addition, the Firm does not have any relationship with any such person, their

attorneys, or accountants that would be adverse to the Debtor or its estate with respect to the matters on which my Firm is to be employed.

4.    Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than the principals and regular employees of the Firm.

5.    Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate with respect to the matters on which my Firm is to be employed, except as set forth herein.

6.    The Debtor owes the Firm $270.28 for prepetition services.

7.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2014.

By: _____

Caroline A. Reckler

LA\3873973.2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                             :

In re                                      :         Chapter 11 Case No.

                                             :

SIGA TECHNOLOGIES, INC.,        :         14-12623 (SHL)

                                             :

                      Debtor.      :

                                             :

-----------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by SIGA Technologies, Inc., as debtor and debtor in possession (the "**Debtor**").

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTOR, TO:

      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Attn:  Stephen Karotkin

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.  If more space is needed, please complete on a separate page and attach.

1.      Name and address of firm:

      Latham and Watkins ("**Latham**"), 885 Third Avenue, New York, NY 10022-4834

2.      Date of retention:
      October 17, 2012

3.      Type of services to be provided (accounting, legal etc.):

      Legal services.

4.      Brief description of services to be provided:

      Latham provides legal services to the Debtor in connection with its financing matters, including matters relating to the company's existing secured credit facility and related collateral documents.  Latham also provides the Debtor with general compliance advice and advice with respect to potential litigation.

5.    Arrangements for compensation (hourly, contingent, etc.):

   Hourly.

(a)    Average hourly rate (if applicable):

   For 2014, the range of hourly rates by position is:
   Partner: $875 to $1,195 per hour
   Counsel: $850 to $995 per hour
   Associate: $495 to $825 per hour
   Paraprofessional: $215 to $505 per hour

(b)    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   Latham's prepetition fees were approximately $2,000 per month. However, Latham's fees increase in the event of an active financing transaction or requests for compliance or litigation services.

6.    Prepetition claims against the Debtor held by the company:

Amount of claim: $270.28

Date claim arose:  March 31, 2014

Nature of claim:  Legal services.

7.    Prepetition claims against the Debtor held individually by any member, associate, or professional employee of the firm:

Name:  N/A

Status:  N/A

Amount of claim: $ N/A

Date claim arose:  N/A

Nature of claim:  I am unaware of any Latham attorneys who own any note or other debt instrument issued by the Debtor. A memorandum has been sent to all Latham attorneys requiring that all attorneys who own any equity securities issued by the Debtor (per question 10 below) or any note or other debt instrument issued by the Debtor provide the details of such ownership. I will supplement this Declaration, as necessary, based on any responses to the memorandum that are received after the date hereof as soon as reasonably practicable.

2

LA\3873956.2

8.     Disclose the nature and provide a brief description of any interest adverse to the Debtor or to its estate for the matters on which the firm is to be employed:

_Based upon the information that is presently available to me, except as set forth below the partners, counsel, and associates of Latham do not have any interest adverse to the Debtor, its estate or its affiliates_

_Latham and certain of its partners, counsel, and associates may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest or creditors of the Debtor. To date, all such representations have been in matters unrelated to the Debtor and the Chapter 11 Case._

_Latham currently represents GE Healthcare Financial Services, Inc., General Electric Capital Corporation, and several of their affiliates and subsidiaries (collectively "__GE__") in a number of different matters unrelated to the Debtor and this Chapter 11 Case. GE is the administrative agent for, and a lender under, the Debtor's prepetition secured credit facility. Latham will not advise GE in any matters related to the Debtor or this Chapter 11 Case._

_Latham currently represents PharmAthene, Inc. ("__PharmAthene__") in various matters unrelated to the Debtor or this Chapter 11 Case. In particular, Latham had no involvement with PharmAthene's litigation against the Debtor and did not represent or advise PharmAthene with respect to its suit against the Debtor. Latham will not advise PharmAthene in any matters related to the Debtor or this Chapter 11 Case._

9.     Stock of the Debtor currently held by the firm:

_None._

10.    Stock of the Debtor currently held individually by a member, associate, or professional employee of the firm:

Name:_ Thomas Yeh, an associate in Latham's Washington, D.C. office, holds de minimis shares (approximately 100 shares) of the Debtor._

Status:_ Mr. Yeh is not currently, and will not be, involved in the representation of the Debtor on this matter or any other matter._

11.    Name and title of individual completing this form:

_Partner, Latham & Watkins LLP

Dated: November 17, 2014

LA\3873956.2