UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
SIGA TECHNOLOGIES, INC.,                                     :   Case No. 14-12623 (SHL)
                                                             :
                                                             :
                        Debtor.                              :
                                                             :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

I, Steven Gordon, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On November 12, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail (and email, if available) on the Interested Parties service list attached hereto as **Exhibit A**:

- Declaration and Disclosure Statement of Wayne Trumbull, on behalf of Andersen Tax LLC (fka WTAS LLC) [Docket No. 129]

- Declaration and Disclosure Statement of Richard F. Kingham, on behalf of Covington & Burling LLP [Docket No. 130]

Dated: November 14, 2014

                                        Steven Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 14, 2014, by Steven Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

                                        ADAM ADLER
                                NOTARY PUBLIC-STATE OF NEW YORK
                                        No. 02AD6306134
                                    Qualified in Nassau County
                                My Commission Expires June 16, 2018

SRF 1028

**Exhibit A**

14-12623-shl    Doc 145    Filed 11/17/14    Entered 11/17/14 19:14:48    Main Document
Pg 2 of 3

SRF 1028

**Exhibit A**

Exhibit A
Interested Parties Service List
Served via First Class Mail (and Email, if available)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| Counsel for the statutory creditors' committee of SIGA Technologies, Inc. | Proskauer Rose, LLP | Martin J. Bienenstock, Scott K. Rutsky & Ehud Barack | Eleven Times Square | | New York | NY | 10036-8299 | mbienenstock@proskauer.com; srutsky@proskauer.com; |
| United States Trustee Southern District of New York | United States Trustee William K Harrington | Attn Paul Schwartzberg & Richard Morrissey | US Federal Office Building | 201 Varick St Room 1006 | New York | NY | 10014 | paul.schwartz@usdoj.gov; richard.morrissey@usdoj.gov |