B26 (Official Form 26) (12/08)

# United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re SIGA Technologies, Inc. | Case No. 14-12623 (SHL) |
| Debtor | Chapter 11 |

**PERIODIC REPORT REGARDING VALUE, OPERATIONS, AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF SIGA TECHNOLOGIES, INC. HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of May 31, 2015 on the value, operations, and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Fed. R. Bankr. P. 2015.3.  The estate of SIGA Technologies, Inc. (the "**Debtor**") holds a substantial or controlling interest in the following entity:[1]

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| SIGA Pharmaceuticals (Europe) Ltd. ("**SIGA Europe**") | 100% | N/A |

This periodic report (the "**Periodic Report**") contains a report (the "**Entity Report**") on the value, operations, and profitability of the entity listed above.

An Entity Report typically consists of three (3) exhibits.  **Exhibit "A,"** a valuation estimate for the entity as of a date not more than two (2) years prior to the date of this Periodic Report.  **Exhibit "B,"** a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes.  **Exhibit "C,"** a description of the entity's business operations.

It should be noted that this Entity Report does not contain an Exhibit "A," because the entity in which the Debtor holds a substantial or controlling interest, SIGA Europe, has no operations and its current market valuation is believed to be de minimis.  The Debtor also did not prepare Exhibit "B," because, as a non-operating entity, financial statements are not prepared for SIGA Europe.  SIGA Europe's only asset is called-up capital (not paid) in the amount of £1,000.00.

---

[1] The Debtor owns a 9.8% interest in Kineta Four LLC ("**Kineta**") in the form of non-voting profit interest units. As the Debtor's interest in Kineta is not substantial or controlling, Kineta is not included herein.

B26 (Official Form 26) (12/08) – Cont.                                                          2

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of the Debtor holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate, and truthful to the best of his/her knowledge.


Date: June 9, 2015

> /s/ Daniel J. Luckshire
> Sigature of Authorized Individual
>
> Daniel J. Luckshire
> Name of Authorized Individual
>
> Executive Vice President and
> Chief Financial Officer,
> SIGA Technologies, Inc.
> Title of Authorized Individual

B26 (Official Form 26) (12/08) – Cont.                                                  3

## Exhibit C

| Non-Debtor Entity | Description of Operations |
|---|---|
| SIGA Pharmaceuticals (Europe) Ltd. | Inactive company |