UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :   Chapter 11
SIGA TECHNOLOGIES, INC.,                                     :
                                                             :   Case No. 14-12623 (SHL)
                        Debtor.                              :
                                                             :
-------------------------------------------------------------x
```

**ORDER DENYING MOTION OF DEBTOR FOR**
**ORDER DISBANDING STATUTORY CREDITORS' COMMITTEE**

Upon the motion, dated April 29, 2015 [ECF No. 384] (the "Motion"), of SIGA Technologies, Inc. ("SIGA"), for an order disbanding the statutory creditors' committee (the "Committee"); and objections to the Motion having been filed by the Committee [ECF No. 404] and the Office of the United States Trustee for the Southern District of New York [ECF No. 403]; and SIGA having filed a reply to the foregoing objections [ECF No. 412]; and a hearing on the Motion, the objections thereto and the reply having been held before the Court on May 13, 2015 (the "Hearing"); and upon the arguments of counsel made at the Hearing; it is hereby

ORDERED, that, for the reasons set forth by the Court on the record of the Hearing, the Motion shall be, and hereby is, denied without prejudice.

Dated: June 9, 2015
       New York, New York

                                            */s/ Sean H. Lane*
                                            THE HONORABLE SEAN H. LANE
                                            UNITED STATES BANKRUPTCY JUDGE