**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                        :
In re                                   :         **Chapter 11 Case No.**
                                        :
**SIGA TECHNOLOGIES, INC.,**            :         **14-12623 (SHL)**
                                        :
                        **Debtor.**     :
                                        :
------------------------------------------------------------x

## ORDER PURSUANT TO 11 U.S.C. § 1121(d)
## FURTHER EXTENDING EXCLUSIVE PERIODS

Upon the Motion, dated September 10, 2015 (the "**Motion**"),[1] of SIGA

Technologies, Inc. (the "**Debtor**"), pursuant to section 1121(d) of title 11, United States Code

(the "**Bankruptcy Code**"), for entry of an order further extending the Debtor's exclusive periods

in which to file a chapter 11 plan (the "**Exclusive Filing Period**") and solicit acceptances thereof

(the "**Exclusive Solicitation Period**" and, together with the Exclusive Filing Period, the

"**Exclusive Periods**"), all as more fully described in the Motion; and the Court having

jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C.

§§ 157 and 1334 and Amended Standing Order of Reference M-431, dated January 31, 2012

(Preska, C.J.); and consideration of the Motion and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to

28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and

it appearing that no other or further notice need be provided; and a hearing having been held to

consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Motion.

and all of the proceedings had before the Court; and the Court having found and determined that

cause exists for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, the

Debtor's Exclusive Filing Period in which to file a chapter 11 plan is extended to and including

November 24, 2015; and it is further

ORDERED that, pursuant to section 1121(d) of the Bankruptcy Code, the

Debtor's Exclusive Solicitation Period in which to solicit acceptances of its chapter 11 plan is

extended to and including January 13, 2016; and it is further

ORDERED that the extensions of the Exclusive Periods granted herein are

without prejudice to such further requests that may be made pursuant to section 1121(d) of the

Bankruptcy Code by the Debtor or any party in interest, for cause shown, upon notice and a

hearing; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
         November 5, 2015


                                                 _/s/ Sean H. Lane_
                                                 United States Bankruptcy Judge