Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| SIGA TECHNOLOGIES, INC., | : | 14-12623 (SHL) |
| | : | |
| Debtor. | : | |
| | : | |

-----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 1, 2015 AT 2:30 P.M. (EASTERN TIME) (THIRTEENTH OMNIBUS HEARING)

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for December 1, 2015 has been cancelled;

**PLEASE TAKE FURTHER NOTICE** that the following matters (the "**Motions**"), which were previously scheduled for hearing on December 1, 2015, have been adjourned to **December 15, 2015 at 2:00 p.m. (Eastern Time)**:

- Motion of Statutory Creditors' Committee for Order Pursuant to Bankruptcy Code Sections 105(a) and 1103 Authorizing Sharing of Information with Committee Members [**ECF No. 343**]**;**

- Motion of Statutory Creditors' Committee for Order Pursuant to Bankruptcy Rule 2004 Authorizing Further Discovery from Debtor and Certain Third Parties (**ECF No. 554**);

- Motion of Statutory Creditors' Committee to Compel MacAndrews & Forbes Group, LLC; MacAndrews & Forbes, Inc.; and MacAndrews & Forbes LLC to Produce Documents Pursuant to Subpoenas Issued Under this Court's Rule 2004 Order [**ECF No. 602**]; and

- Motion of Debtor for Entry of Order Pursuant to 11 U.S.C. § 1121(d) Further Extending Exclusive Periods [**ECF No. 630**].

**PLEASE TAKE FURTHER NOTICE** that the hearings regarding the adjourned matters will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, One Bowling Green, Room 701, New York, New York 10004, and such hearings may be further adjourned from time to time without further notice other than an announcement at the hearings.

Dated: New York, New York
       November 24, 2015

/s/ Stephen Karotkin
Stephen Karotkin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtor
and Debtor in Possession