UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
SIGA TECHNOLOGIES, INC.,                           :    14-12623 (SHL)
                                                   :
                    Debtor.                        :
                                                   :
------------------------------------------------------------x

### BRIDGE ORDER PURSUANT TO 11 U.S.C. § 1121(d) FURTHER EXTENDING THE EXCLUSIVE PERIODS

Upon the Motion, dated November 10, 2015 (the "**Motion**"),[1] of SIGA Technologies, Inc. (the "**Debtor**"), pursuant to section 1121(d) of title 11, United States Code (the "**Bankruptcy Code**"), for entry of an order further extending the Debtor's exclusive periods in which to file a chapter 11 plan (the "**Exclusive Filing Period**") and solicit acceptances thereof (the "**Exclusive Solicitation Period**" and, together with the Exclusive Filing Period, the "**Exclusive Periods**"), all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been provided as set forth in the Motion, and it appearing that no other or further notice need be provided; and it appearing that upon the agreement of the Debtor and the Committee the hearing to consider the Motion has been adjourned to **December 15, 2015 at 2:00 p.m. (Eastern Time)** (the "**Hearing**"); and it

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

appearing that, based on such adjournment, entry of this bridge order is appropriate; and after due deliberation, it is hereby

ORDERED that pursuant to section 1121(d) of the Bankruptcy Code, (a) the Debtor's Exclusive Filing Period is extended through and including the later of December 15, 2015, or the date on which this Court enters an order with respect to the relief requested in the Motion, and (b) the Debtor's Exclusive Solicitation Period is extended through and including the later of February 3, 2016, or the date that is fifty (50) days after the applicable date provided for in the immediately preceding clause (a); and it is further

ORDERED that a copy of this Order shall be sent to all parties that received service of the Motion in accordance with the Order Pursuant to 11 U.S.C. §§ 105(a) and (d) and Bankruptcy Rules 2002(m) and 9007 Implementing Certain Notice and Case Management Procedures (ECF No. 138); and it is further

ORDERED that the time to file objections to the Motion shall be extended to **December 8, 2015 at 4:00 p.m. (Eastern Time)** with the time for any replies by the Debtor correspondingly extended; and it is further

ORDERED that the Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
November 24, 2015

*/s/ Sean H. Lane*
United States Bankruptcy Judge

2

WEIL:\95541335\2\74193.0003